
*Proof of no money for Exhibits for court.*

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-871

TO: Lou Price    SBI#: 454309

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: November 17, 2005

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of May 1, 2005 to October 31, 2005

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| May | 0 |
| June | 0 |
| July | 0 |
| Aug | 0 |
| Sept | 0 |
| Oct | 0 |

Average daily balances/6 months: 0

Attachments
CC: File

*Stacy Shane* 11/17/05

11-17-05

# Individual Statement - No Transactions This Month

Date Printed: 11/16/2005                                            Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00454309 | PRICE | LOU | G | | | |
| **Current Location:** 21 | | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|

# Individual Statement - No Transactions This Month

Date Printed: 11/16/2005          Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00454309 | PRICE | LOU | G | | | |
| **Current Location:** | 21 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

## Individual Statement - No Transactions This Month

Date Printed: 11/16/2005                  Page 1 of 1

### For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00454309 | PRICE | LOU | G | | | |
| **Current Location:** | 21 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  |  | Ending Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|

# Individual Statement - No Transactions This Month

Date Printed: 11/16/2005                          Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00454309 | PRICE | LOU | G | | | |
| **Current Location:** 21 | | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

                                                          **Ending Mth Balance:**     $0.00

# Individual Statement

Date Printed: 11/16/2005

Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00454309 | PRICE | LOU | G | | | |

Current Location: 21    Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 9/22/2005 | $0.00 | $0.00 | $0.00 | $0.00 | 161012 | | | |

Ending Mth Balance: $0.00

# Individual Statement

Date Printed: 11/16/2005                                                              Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00454309 | PRICE | LOU | G | | | |
| Current Location: | 21 | | Comments: QOL3 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($7.92) | $0.00 | 167802 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($1.98) | $0.00 | 172375 | | DST/POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 176041 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 176092 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 176093 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 176094 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($2.67) | $0.00 | 176155 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 176191 | | POSTAGE | |

Ending Mth Balance: $0.00

Date Printed: 10/21/2005

Page 1 of 1

# Individual Statement
## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00454309 | PRICE | LOU | G | | | |

Current Location: 21    Comments: QOL3

| Trans Type | Date | Deposit or (Withdrawal) Amount | Medical Hold | Non-Medical Hold | Balance | Trans# | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($7.92) | $0.00 | 167802 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($1.98) | $0.00 | 172375 | | DST/POSTAGE | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($9.90)

*per your request*

*Stacy Shany*
*Support Service Secretary*

# Individual Statement

Date Printed: 10/21/2005

## For Month of September 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00454309 | PRICE | LOU | G | | | |

Current Location: 21   Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 9/22/2005 | $0.00 | $0.00 | $0.00 | $0.00 | 161012 | | | |

Ending Mth Balance: $0.00