*original copy*

(Rev. 5/05)

**ORIGINAL**

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Lou Garden Price Sr. 454309
     (Name of Plaintiff)          (Inmate Number)

Delaware Corr. Center
1181 Paddock Rd. 19977
     (Complete Address with zip code)

(2) _____
     (Name of Plaintiff)          (Inmate Number)

_____
     (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) CERT Team C.O. Lieutenant Taylor
     (First name unknown; wht male)
(2) Nurse Carol (refusal to give full name)
(3) Nurse Kera (refused to give full name)
     (Names of Defendants)
(4) [Warden] Tom Carroll
     (Each named party must be listed, and all names
     must be printed or typed. Use additional sheets if needed)
(5) St. Louis (based) Correctional Medical Services/Smyrna DCC/Director
(6)(7) State Detectives at Dept of Justice (Delaware). Unknown presently.

0 5 - 8 7 1

(Case Number)
( to be assigned by U.S. District Court)

FILED

DEC 15 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**CIVIL COMPLAINT**

Jury Trial Requested

**A. PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

None

_____
_____
_____
_____
_____
_____

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    • (•Yes) • •No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    • (Yes) • •No

C.    If your answer to "B" is Yes:



1.    What steps did you take? Wrote staff (numerous); no response. Wrote grievance # 19394. Unprocessed (dismissed) because I requested action (as stated on form); chairperson mistakenly said I filed past 7 day filing period. I filed on 9/27/05 and
2.    What was the result? the incident was 9/21/05, that is not 7 days, but only 6 days. Smyrna/D.C.C. deliberately has grievance procedure set up to sabotage grievances, so the complainant receives no help from the courts. I also appealed to Warden and Bureau Chief in Dover.

D.    If your answer to "B" is No, explain why not: _____

_____

## III.    DEFENDANTS (in order listed on the caption)

(1)  Name of first defendant: CERT Team C.O. Lieutenant Taylor (first name unknown)

Employed as CERT Correction Officer at Smyrna/Del Correction Center

Mailing address with zip code: 1181 Paddock Rd

Smyrna, Delaware 19977

(2)  Name of second defendant: Nurse Carol (refused to give full name)

Employed as Nurse at D.C.C./Smyrna Del.

Mailing address with zip code: 1181 Paddock Road

Smyrna, Delaware 19977

(3)  Name of third defendant: Nurse Kera (refused to give full name)

Employed as Nurse at D.C.C./Smyrna, Del.

Mailing address with zip code: 1181 Paddock Road

Smyrna, Delaware 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(4) Warden Tom Carroll, 1181 Paddock Rd. Smyrna De 19977

(5) Correctional Medical Services 1181 Paddock Rd. (Director) Smyrna, De. 19977

(6) Unknown Department of Justice (De) State Detective

(7) Unknown Department of Justice (De) State Detective (Carvel State Office Bld. 820 N French St. Wilmington 19801)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. 8/25/05 I Lou Price had carpal tunnel surgery while in Pa. DOCS custody. The surgery only damaged me further. 9/21/05 I was paroled to D.C.C. Smyrna De. and CERT Team Lt. Taylor neglected to take precautions while cuffing me during the trip, placing me under extreme pain and duress during a 3 hour tortuous trip.

2. Two Dept of Justice (De) state detectives were with him; their names are unknown but they are defendants.

upon arrival to D.C.C./DOCS nurse Carol (refuses last name) interviewed me; I complained many, many, times that the handcuffs had severely injured my wound/wrist

3. and I was in profound pain. She refused to give me prescribed meds (that Dr. Underwood in Pa. had sent along with me) even though I had tears in my eyes from the pain. I was told by her that I could not see the doctor. I put in sick call requests and even then nurse Carol and nurse Kera denied my pleas (both of them refused to give me their last names). I was not seen until 10/5/05 - 14 days later when Dr. Ott prescribed narcotics and a right hand splint because Dr. Ott knew I was in pain from a botched surgery.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I respectfully and emphatically beg the Court to compel De. DOCS/Medical Department Director to have an emergency EMG done so I can be scheduled for another carpal tunnel release surgery due to the pain shooting through my hand/fingers/wrist/arm and even my neck now which is preventing me from sleeping and having pain free days.

OR:

2. Compel Pa/DOCS (Camp Hill, Pa) to have Dr. Yucha at Holy Spirit Hospital re-do the surgery. I trust Dr. Yucha even though he obviously made a mistake (I just refuse to believe he did it on purpose).

3. I have written the Warden and numerous C.O.'s to try obtaining all of the defendants full names but I'm being stonewalled which is now classical of Delaware Prison staff according to the investigation DOC, De is currently under. Please obtain full names of each staff named in this suit.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __3__ day of __December__, 2_005_.

_____ Jou Garden Price Sr.
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

Relief

④. Whatever due and just relief a jury/judge sees fit as a matter of Law and Justice.

⑤ Because of pain in writing hand (and wrist splint) please assign counsel to assist in writing/filing proper upcoming documents. Thank You.

JM Joed El Price Sr.
SB# 454309 UNIT 21
**DELAWARE CORRECTIONAL CENTER**
**1181 PADDOCK ROAD**
**SMYRNA, DELAWARE 19977**

US POSTAGE $03.950
0002386401  DEC 14 2005
MAILED FROM ZIP CODE 19977

Sm/sm Clerk
U.S. District Court
Lockbox 18
844 North King St.
Wilmington, Delaware
19801