Exhibit A.

42 USC 1983

L. Price

Attached: 1) please find Grievance form #19394 which was mistakenly unprocessed/dismissed for "expired filing period." See "date" and see "Time of incident" 9/21/05.
2) Letter to Dr. Ott
3) Letter to Paul Howard (grievance appeals to Bureau of Prisons)

Exhibit A

FORM #584

## GRIEVANCE FORM

FACILITY: D.C.C. Smyrna          DATE: 9/27/05

GRIEVANT'S NAME: Lou Price       SBI#: 454309

CASE#: 19394                     TIME OF INCIDENT: 9/21/05 / Daytime

HOUSING UNIT: Bldg #21 C-L-9

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 8/25/05 I had carpal tunnel release surgery done while in Pa DOCs custody. I was not only cuffed with steel hand cuffs, but I was handcuffed very tightly plus I was secured with a 50,000 volt stunbelt. Staff Lieutenant Taylor (the white one on CERT Team) and the two State Detectives knew about the recent surgery but neglected to use other methods (e.g. velcro straps, etc). As a result I suffered unecessarily for 3 hours from Pa to DCC. and the pain in my right hand has been unbearable to the point of me not being able to use it, its numb and my thumb keeps giving out.

ACTION REQUESTED BY GRIEVANT: I request that CERT Team Lt. Taylor (or Tailor) give me a written statement why he (they) neglected to use another method of cuffing an injured person knowing I had had surgery just weeks prior to this torture and negligence I went through and am still going through. Plus I want the names of the other 2 Detectives.

GRIEVANT'S SIGNATURE: Lou Y. Price Sr.    DATE: 9/27/05

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)    ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
OCT 1 4 2005
Inmate Grievance Office

9/1/05

Mr. Paul Howard/Bureau Chief
Bureau of Prisons
DOCS
245 McKee Road
Dover, De. 19904

(Exhibit A)

Re: Grievance #19394 dated 9/27/05
    unprocessed/denied 10/28/05
    Lou G. Price Sr. #454309

Dear Mr Howard,
        Please let this letter act as an appeal because I was told the Department has no official Appeal form for grievances. My grievance went denied because "by the "Action Requested By Grievant" statement on the "form 584" I requested medical help and because of that my Grievance was denied. Second, due to the "7 day filing period rule" my grievance was also denied. But the incident date was 9/27/05 and the "time of incident" was "9/21/05 Daytime". That's clear as it can get. 6+21=27 (I filed it on the 6th day I mean). But the chairperson denied my grievance anyway and I'm in need of medical attention and I'm being refused

2). Mr Howard Grievance Appeal continued:

From all sides. I wrote the warden Mr. T. Carroll but he never answers anybody. I wrote Captain Henry, Captain McCraner, Lt. Boone, Counselor Ms. Forbes, Chris and Donna, (the Medical supervisors) numerous C.O.'s — nobody has wrote me back. The Dept of Corrections in Delaware is under intense investigation for inmate deaths, suicides, malfeasance and medical negligence and I'm asking the administration to intervene and stop this cruel and unusual punishment. I can lose my right hand — I'm in so much pain I can hardly use it for more than an hour. Isn't this against my 8th Amendment Rights? Please help me.

Lou D. Price Sr.

11/1/05

Exhibit A
see rear

Medical Doctor Ott    10/25/05

I don't know what their problem is in this building but I'm constantly being refused my meds and medical attention. I've put in sick call slips and evidently they're being discarded and ignored. Today and yesterday my blood pressure meds and [capal tunnel surgery] meds have not been given to me. I tried addressing this to the nurse with the long blond hair (Kera or Kira) and she just stormed off without explanation. I'm in pain and now I'm put at risk for stroke if I don't take my HBP/Tenormin. Kira/Kera is already the subject of a current grievance I put her in and I'm going all the way to the litigation stages w/ State and Federal Court and I'm naming her and nurse Carol for neglect and violating my 8th Amendment Rights under USCA. For 33 days I've been suffering and refused treatment. I'm copying this letter before sending it to you so it's not

thrown away like my numerous sick call slips have been. Then I'm sending copies to Mr. Colm Connelly (U.S Attorney/Dept of Justice on Orange St. Wilm.), State Legislature Reps (Dem.), Mr. Fennell, and some others. I take my health seriously and these nurses in Building 21 do not. Medication administration class teaches that you're supposed to pour the meds in front of the person taking them to insure that the right med is being administered. But I'm either being neglected by Carol or Kera/Kira completely or they're deliberately giving me the wrong meds (and that could kill me). On top of that my sick call requests are being thrown away to lessen their workload. Inmates are being told to wait days even <u>weeks</u> before being seen medically or dentally and that's just wrong. Cali, Oklahoma, New York, Ga. Pennsylvania — I've been locked up in all of them and inmates are not mistreated and neglected like this here in D.C.C. Smyrna. And however much it costs me I'm going to Federal Court to pursue a lawsuit that will change this vicious abuse pattern by the medical staff here in Bldg 21. So there will be no surprises here's notice. Thank You. Lou Price.