Exhibit B

L. Price

Attached: see Medical Grievance which went totally ignored. I kept complaining again and again and I am still in pain.

I was ignored so the aggravated injury done during transfer could heal and the malfeasance done to me could be hidden.

DOCS/De/D.C.C. is still refusing to perform ~~B~~ EMG on my hand/wrist. See Delaware Online/News Journal about ongoing investigation on the DOC/Med Department neglect and inmate deaths. Lou Price

Exhibit B

Copy sent to
Warden Carroll 10/11/05
As of 12/2/05 no answer.

p 1 of 3

FORM #585

## MEDICAL GRIEVANCE

FACILITY: D.C.C. Smyrna, Delaware          DATE SUBMITTED: 10/11/05

INMATE'S NAME: Lou G. Price Sr.            SBI#: 454309

HOUSING UNIT: Bldg #21 (SMax Unit)         CASE #: _____

////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: Ongoing Since 10/21/05 — present. 2 pages. (Lined pages attached).

TYPE OF MEDICAL PROBLEM:

ERT Team Lt. Taylor
Aggravated carpal tunnel — right wrist when he and State Detectives put handcuffs on extremely tight and they knew about recent surgery but took no precautions. Therefore making me suffer miserably with pain and agony during 3 hour (apprx) transfer from Camp Hill, Pa. on 10/21/. I arrived here and interviewed by intake nurse Carol         and told her above. I came here with non-narcotic prescription meds for pain (Indocin/Motrin) and not only did she fail to assess/look at my swollen/aggravated injury (hand/wrist) she specifically refused to give me my prescribed meds to alleviate my pain saying I had to talk to the doctor, and sign up for sick call. Next day I was put in Bldg #2

GRIEVANT'S SIGNATURE: Lou G. Price          DATE: 10/11/05

ACTION REQUESTED BY GRIEVANT: See attached page #3.

_____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

#2 Medical Grievance Form                                  2 of 3

where apparently nurse Carol was in charge of sickcall. I put in two sickcall slips to see a doctor to complain that aggravated injury escalated my pain, I needed medical assistance, ice, and I needed increased medication for effective pain management. I asked Carol each time she came to deliver meds about sickcall and my need to see a doctor. She either said "I'm too busy," a number of times and then (she and other nurses) said, "I don't recall seeing your name," which told me that my slips were discarded or ignored. I kept complaining and suffering every day/night that I was in pain, numbness, (hand and arm) and my hand was weak and swollen (almost useless) to Carol and other nurses (a blond female who refuses to give me her name I think is Kera or Kira) but I was never brought or seen for sickcall. Then on 10/5/05 a woman named Danielle came for meds and I was nearly in tears when I told her I was post-operation and all the above problems. She was being escorted by Corporal Andrews who got angry when Danielle wanted to use the phone saying, "You're making me do extra un-necessary work." He tried to discourage her from giving me medical assistance but she finally got him to let her use the phone (by Lower 12 cell). Ten minutes later Dr. Ott came to examine me at 3:30 p.m. She told me that I had to sign a medical release so Pa. DOCS can send my file

#3                                                                                              3 of 3

here to D.C.C. Smyrna. To this date I have not signed a release and to this date I have still not received effective pain management. I told the doctor (Dr. Ott) here that my surgery by Dr. Yucha at Holy Spirit Hospital in Harrisburg, Pa. was not effective and I am worse off now than I was before surgery. Now I'm just in pain and discomfort and I am receiving no medical treatment (that's effective) and no guidance.

Lou G. Price Sr.                                                                10/11/05
*Lou G. Price Sr.*

Action Requested: 1) Thorough Examination; 2) EMG done to determine/verify that Carpal Tunnel still exists; 3) MRI to assess aggravated damage done by CERT Team Taylor/State Detectives; 4) Official in writing Reprimand for nurse Carol, nurse Kera/Kira, and CERT Team Lt. Taylor and the two state Detectives from the AG/Dept. of Justice who transferred me and deliberately caused me to suffer. 5) Full names of each party mentioned because they refused. 6) That Just Restitu-