copies for:

original;
court;
AG;
7 Defendants;

Forma pauperis Forms AO 240 included.

05-871    12/7/05

Dear Clerk,

Enclosed please find the original copy of 42 U.S.C. 1983 plus a copy for the court's use, 7 copies for 7 defendants although I am unable to obtain the names of

2 State Detective Transport Officers for Delaware Dept. of Justice

PLUS: Nurse Carol refuses to give her last name

PLUS: Nurse "Kera" refuses to give me her Full name.

And I wrote the warden ask him to provide their names and he (Tom Carroll) has ignored me.

Plus: I wrote to the Dept. of Justice on French St Delaware on 10/21 and I have received no response but I believe these unknown officers names are logged for the transfer which was made on 9/21/05 from Camp

2

Hill Pa. prison to D.C.C. Smyrna prison.

I ask that a judge compels the Department of Justice and the Delaware DOCS provide these defendants names so Your Honor can be of assistance in resolving my condition.

Also, it kills me to write for long and this case is complex so I respectfully ask for counsel/assistance.

Lastly, the law library Ms. Lyons' refused to provide me with 14 copies for the defendants (see "example" on Instructions for Filing Complaint where for 2 defendants... four copies are needed).

Please allow this letter to be seen by the Honorable Judge to enlighten him/or her. My suit is not for money, but medical attention (EMG then surgery). Thank You And Happy Holidays To All of You At The District Court

Jon Garden Price Sr.