Dear Judge; Your Honor

05-871
12/7/05

I am not another person trying to "cash" in on money. I'm in pain day and night. I just want my right hand fixed, my left hand diagnosed and my neck then I'll be okay. Please help me your Honor. I am a right handed person and I fear my hand/wrist/fingers and arm will be damaged for life or I may lose use of it.

I need an EMG which will confirm the carpal tunnel existence, then surgery can be scheduled. Just knowing it will be repaired will be peaceful. I do not mean to waste your time or the taxpayers money because others are in more need than me.

Happy Holidays Your Honor,

Lou Price Sr.

454309
D.C.C. Smyrna

FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# PARALEGAL INFORMATION REQUEST

Inmate Name: Lou Price          SBI# _____

Building # 21   Cell # C-L-4   Date: 12-7-05

Please state as clearly as possible the legal issue you need assistance with. This form will be assigned to an Inmate Paralegal who will respond to you in writing through the Law Library staff. Please indicate if you have a pending filing date. If you have a filing date attach a copy of the court ordered date or the court rule number that applies to your situation.

Question: You dont Need to send 2 copy's to each defendant, you only Need to send The court 1 copy for each defendant and The oris. Plus 2 copies for The court. You cannot have U.S. marshall forms until The court sends you a order. Pleaas Read pag. 5 of your $1983 Direction form First page.

Law Library,

Please send me Divorce Action papers for Delaware. (I filled last ones out wrong). Please send 10 U.S. Marshal 285 forms.

---

I need 16 copies of enclosed lawsuit. Orig. to clerk, 2 for ea. def. (7x2=14). 16 copies plus orig. 1 for me, one for lawyer.

Thanks.

Staples have been removed to expedite things.

Jon G. Price Sr.

#21 C-L-9    454309