IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-871-SLR |
| | ) |
| C.O. LIEUTENANT TAYLOR, NURSE | ) |
| CAROLE, NURSE KERA, WARDEN | ) |
| TOM CARROLL, CORRECTIONAL | ) |
| MEDICAL SERVICES, and | ) |
| DEPARTMENT OF JUSTICE DE | ) |
| STATE DETECTIVE, | ) |
| | ) |
| Defendants. | ) |

FILED JAN 1 3 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Lou Garden Price, Sr., request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated ____1/4____, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __1/6/06_____, 200_6_

                                       _____
                                       Signature of Plaintiff

Case 1:05-cv-00871-SLR    Document 6    Filed 01/13/2006    Page 2 of 3

$00.39⁰ JAN 12 2006
MAILED FROM ZIP CODE 19977

I/M Jon A. Price Sr.
SBI# 454305  UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk/Hon. Sue L. Robinson, Judge
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, Delaware 19801-3570