Dear Clerk of Court,                  1/9/06

                                    05-871

I intend to pursue this case with the Honorable Judge S.L. Robinson as assigned. Thank You Very Much.

Truly Yours,

Lou G. Price Sr.

---

**FILED**
**JAN 13 2006**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk,

Can you please send me the "motions" I need to ask Your Honor to compel the DOCS and Dept. Justice to supply me with defendants names (state employees), my medical records, plus a form to ask for assistance of counsel. I need all proper forms because they are unavailable here.

Thank You Very Much. LP

I/M Jon A. Price Sr.
SBI# 454309    UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk/Hon. Sue L. Robinson, Judge
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, Delaware
19801-3570