OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 18, 2006

TO:  Lou Garden Price, Sr.
     SBI# 454309
     Delaware Correctional Center
     1181 Paddock Rd.
     Smynra, DE 19977

   RE:   *Request for Forms*; 05-871(SLR)

Dear Mr. Price :

   A letter has been received by the Clerk's office requesting forms. Please be advised that these forms are available at the institution where you are currently incarcerated. The Clerk's office does not send forms to inmates based upon individual requests.

   Also please be advised that this office is unable to render legal advice and therefore we are unable to assist you.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                       Sincerely,

/bad                                   PETER T. DALLEO
                                       CLERK


cc: The Honorable Sue L. Robinson