IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Lou Price Sr.
Plaintiff

v.

Taylor et al
Defendant

CIVIL ACTION NO. 05-871-SLR

MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the Plaintiff Lou G. Price Sr., pro se, and moves this Honorable Court for Appointment of Counsel, to represent Plaintiff.

In support of this Motion Plaintiff states that the following is true and correct, to the best of his knowledge and belief:

1. Plaintiff is incarcerated.
2. Plaintiff is unskilled in the law.
3. The administration at the Delaware Correctional Center where the Plaintiff is held limits the days and times that Plaintiff s allowed access to the law library.
4. Appointment of counsel would serve "the best interests of justice" in this case.

WHEREFORE, Plaintiff prays this Honorable Court appoint counsel to represent the Plaintiff.
(Please See Attached).

DATE: 1/27/06

*[signature: Lou G. Price Sr.]*

Delaware Corr. Center
Smyrna, DE 19977

In The United States District Court
For The District of Delaware

Lou G. Price Sr.
    Plaintiff

v.

Taylor et al

Civ. Action No. 05-871-SLR

- - - -

## Cont'd Motion For Appointment of Counsel

5). Plaintiff is unable to fully investigate, present facts because case involves 2 states, and evidence will be strongly disputed.

6). Plaintiff's writing hand (right hand) is in constant discomfort/pain (which is plaintiff's primary concern/issue at hand), and he must write manually all required motions, documents, etc.

7). Case is complex and involves medical issues, facts, and legal issues plaintiff is not able to articulate well to the Court, and will require a high degree of legal skills.

8). Plaintiff was recently taken to outside SMRI and diagnosed with permanent damage to right hand which gives credence to plaintiff's claim and further need for legal representation.

    Plaintiff prays that this Honorable Court appoint counsel to represent Plaintiff.

                            Lou G. Price Sr.



I/M Lou G. Price, Sr.
SBI# 454309   UNIT 22-A-L-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, Delaware
                    19801-3570