2/2/06

In The United States District Court
For the District of Delaware

Lou G. Price Sr.                    | Civ No. 05-871-SLR
        Plaintiff                   |
                                    |
        v                           |
                                    |
Taylor et al.                       |

2006 FEB -6  PM 2:44  DISTRICT OF DELAWARE

Motion For Discovery Pursuant To Federal Rules
of Civil Procedure Rule 26 (a)(1), A and B.

        Comes now, the plaintiff, Lou G. Price Sr., pro se,
and moves this Honorable Court to compel DOC, state
of Delaware, Delaware Correctional Center, Warden Tom
Carrol to provide plaintiff/Court with Full names
of Defendants in this case; and addresses of each
Defendant.
  "A",
        1). C.O. Lieutenant Taylor (wht male; Lt. on CERT team
            D.C.C.);
        2). Nurse Carol (refusal to provide name).
        3). Nurse Kera (wht female, long blond hair, young).
        4). Correctional Medical Services and their Directors
            and Owners here at D.C.C./DOCS

    and;
        Department of Justice, De State detectives
(2 wht males who transferred Plaintiff from

Pennsylvania DOCS - SCI Camp Hill on 9/21/05 to D.C.C. Delaware DOCS along with Lt. Taylor);

- "B"

That this Honorable Court compel DOCS Correctional Medical Services to provide complete copy of plaintiff's medical files and correction file and all "tangible things that are in the possession or control of the above parties ... and that they could use to support their claims or defenses," to turn over all documents to plaintiff, or this Honorable Court or Counsel appointed therefrom.

Lou G. Price Jr.

2 OF 2



$ 00.39⁰

PITNEY BOWES

02 1A
0004608975    FEB 03 2006
MAILED FROM ZIP CODE 19977

I/M Lou G. Price, Sr.
SBI# 454309  UNIT 22-A-L-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, Delaware
19801-3570