2/2/06

Dear Judge Sue L. Robinson,

This is notice that petitioner is amending his 1983 complaint for various reasons. One being that D.C.C. took him to an outside specialist who performed a EMG which determined permanent damage to his right hand. Petitioner thought it necessary to ask for counsel, and discoverable info, and dutiful to alert court to the EMG which was done around the latter end of 12/05. Thus plaintiff is in pain from writing which is why he requests counsel (among # reasons). Thank You.

Jon G. Price Sr.
#454309 / 22-A-L-11
D.C.C.

I/M Lou G. Price, Sr.
SBI# 454309  UNIT 22-A-L-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.39 FEB 03 2006
MAILED FROM ZIP CODE 19977

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, Delaware
19801-3570