To: Honorable Judge Mrs. Sue L. Robinson                6/8/06
From: Lou G. Price, Sr. / Re: 1:05-cv-871

    I was placed in the prison Inf apprx. 1 month ago and my property was packed and stored (for it is not allowed in Infirmary). Upon returning to population my personal property was given back to me. The property room LOST several items of mine which I am literally nauseous over — such as pictures, a manuscript (700 page), legal work, etc. In that legal work are a <u>copy of the First amended</u> (my only copy) complaint in the above action. I have written a grievance, numerous staff members, and the only one to write back is Counselor Atallian (Cindy) with suggestions. Enclosed is her letter to me dated 6/7/06 which I received today (6/8/06) — along with your Order dated 6/6/06 I received today as well. Enclosed see stamped envelope your Order came in.

    If the Court can request to the Clerk to send me the First Amended complaint I shall have copies made promptly along with the USM 285 forms Ordered by Your Honor and send back to the Court for filing ASAP. I can send

stamps, copying fees and even copying paper if the court orders. Please instruct.

However, I do have the original copy of the complaint the court requested that I provide once again also.

In any event I am deeply apologetic to the Court and its Clerk for this mishap. I wish I could say or do more but I cannot. Thank You For Your Time, And Assistance.

Very Sincerely Yours,

Jon G. Price, Sr. 454309

6/8/06   11:40 p.m.



FILED
JUN 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned



Hon. Sue L. Robinson, Judge
Office of The Clerk, Mr. Peter T. Dalleo
U.S. District Court
844 N. King St., Lockbox 18
Wilmington DE
19801-3570

1:05 cv 871
SLR