*Proof that the Property Room (on 5/6/06) misplaced my things and I'm trying to hunt them down, Honorable Judge Robinson.*

June 7, 2006

Lou Price, 454309
22
CL8

I have six letters from you and will try to answer your concerns in those letters.

Has the property room already confiscated your items? If so, they have control over what will happen with them. Is there any friend that would be willing to hold on to them for a short time for you that you might be able to trust on the outside? If they are in process, only the Property Room staff have control now. The supervisor is Lt. Dotson if you want to appeal to him in any way. You will want to let him know specifically what is missing such as the dictionary, pictures and your manuscript. I understand why you would be so worried about finding that as it is a tremendous amount of work. You can also file a grievance to find out where the items are. I would start with the Lt. though and ask for it to be investigated. I will also send an e-mail to the staff to ask them to start searching. (that was sent about 2 minutes ago).

I cannot mail out file folders as that is not permitted.

An application is attached.

I sent out your appeal. A copy of it is attached. It may have gotten delayed with your movement, but the copy is attached. Unfortunately, it was denied.

Pennsylvania, Connecticut, New Jersey and Massachusetts participate in the interstate compact.

If this does not answer your questions, let me know. Also, if your property is returned, please let me know.

Thank you,

Cindy Atallian
Counselor - 22



RECEIVED
JUN 0 8 2006
Delaware Correctional Center

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Lou Garden Price, Sr
SBI# 454309
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977