OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

June 20, 2006

TO:  Lou Garden Price, Sr.  
     SBI# 454309  
     Delaware Correctional Center  
     1181 Paddock Rd.  
     Smynra, DE 19977

     **RE:**  *Request for Copy of DI 11,* **05-871(SLR)**

Dear Mr. Price:

    A letter has been received by the Clerk's office from you requesting a copy of DI 11 from the above noted civil action.

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. ***A copy of the DI 11 is enclosed, free of charge for this request only. Should you require copies in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                               Sincerely,

/bad                                  PETER T. DALLEO  
                                      CLERK

cc:  The Honorable Sue L. Robinson  
enc: DI 11