U.S. States District Court
Of Delaware

Lou G. Price, Sr.
        Plaintiff

        v.

Taylor et al
        Defendants

05 - 871 - SLR

FILED
JUL 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
Sent
6/30/06

Notice of Service

Enclosed please find (10) USM 285 Forms, the complaint (DI 2) as well as the amended complaint as ordered by this Honorable Court on 6/6/06. Order did not specify if petitioner shall make copies for all remaining defendants — if he is in error please notify and he will comply immediately.

Thank You.

Lou G. Price, Sr.

Legal Mail

U.S. District Court of Delaware

Clerk / SLR

844 N. King St. Lockbox 18

Wilmington DE

19801

I/M Ron G. Crue Sr.

SBI# 454307 UNIT 28

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Legal 'sMail