IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOU GARDEN PRICE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-871-SLR |
| | ) | |
| C/O LIEUTENANT TAYLOR, NURSE CAROL, NURSE KERA, WARDEN TOM CARROLL, CORRECTIONAL MEDICAL SERVICES, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 1, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 2, BETTY BURRIS, MAJOR HOLMAN, CHRIS MALANEY, and PROFACI, | ) ) ) ) ) ) ) ) ) ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

**MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, TO DISMISS PLAINTIFF'S COMPLAINT[1]**

COMES NOW Correctional Medical Services, ("CMS"), by and through its undersigned counsel, and respectfully moves this Honorable Court to enter an Order pursuant to Federal Rules of Civil Procedure 12(b)(6) dismissing Plaintiff's Complaint for failure to state a claim upon which relief can be granted. In support of this Motion, CMS offers the Memorandum of Points and Authorities filed simultaneously herewith.

                                                MARSHALL, DENNEHEY, WARNER,
                                                COLEMAN AND GOGGIN

BY:   /s/ Lorenza Anna Wolhar
        LORENZA A. WOLHAR, (DE ID # 3971)
        1220 N. Market Street, 5th Floor
        P.O. Box 8888
        Wilmington, DE 19899-8888
        (302) 552-4300
        Attorneys for Correctional Medical Services

Dated: September 20, 2006

---

[1] CMS waives its right to file an Opening Brief and submit this Motion in lieu thereof pursuant to Local Rule 7.1.2. However, CMS reserves the right to file a Reply Brief.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civ. No. 05-871-SLR |
| | ) |
| C/O LIEUTENANT TAYLOR, NURSE CAROL, NURSE KERA, WARDEN TOM CARROLL, CORRECTIONAL MEDICAL SERVICES, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 1, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 2, BETTY BURRIS, MAJOR HOLMAN, CHRIS MALANEY, and PROFACI, | ) JURY OF TWELVE ) DEMANDED ) ) ) ) ) ) ) ) |
| | ) |
|     Defendants. | ) |

## CERTIFICATE OF SERVICE

    I hereby certify that on September 20, 2006, I electronically filed the Motion of Defendant, Correctional Medical Services, to Dismiss Plaintiff's Complaint with the Clerk of Court using CM/ECF.

    I hereby certify that on September 20, 2006, I have mailed by United States Postal Service, the Motion of Defendant, Correctional Medical Services, to Dismiss Plaintiff's Complaint to the following non-registered participant:

Lou Garden Price, Sr., SBI# 454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                          MARSHALL, DENNEHEY, WARNER,
                                          COLEMAN AND GOGGIN

                            BY:    /s/ Lorenza Anna Wolhar
                                          LORENZA A. WOLHAR, (DE ID # 3971)
                                          1220 N. Market Street, 5th Floor
                                          P.O. Box 8888
                                          Wilmington, DE  19899-8888
                                          (302) 552-4300
                                          Attorneys for Correctional Medical Services