IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-871-SLR |
| | ) |
| C/O LIEUTENANT TAYLOR, NURSE CAROL, NURSE KERA, WARDEN TOM CARROLL, CORRECTIONAL MEDICAL SERVICES, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 1, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 2, BETTY BURRIS, MAJOR HOLMAN, CHRIS MALANEY, and PROFACI, | ) TRIAL BY JURY DEMANDED |
| | ) |
| Defendants. | ) |

## ORDER

**AND NOW,** this _____day of _____, 2006, upon consideration of the Motion of Defendant, Correctional Medical Services, to Dismiss Plaintiff's Complaint and any Response thereto, it is hereby ORDERED that the Motion is GRANTED in favor of Defendant, Correctional Medical Services and all claims therein against Defendant, Correctional Medical Services are dismissed with prejudice.

_____
J.