IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-871-SLR |
| v. | ) |
| | ) |
| C/O LIEUTENANT TAYLOR, | ) |
| NURSE CAROLE, NURSE KERA, | ) Jury Trial Requested |
| WARDEN TOM CARROLL, | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| UNKNOWN DEPARTMENT OF | ) |
| JUSTICE STATE DETECTIVES, | ) |
| BETTY BURRIS, and CHRIS MALANEY, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Erika Y. Tross on behalf of State Defendants Lieutenant Ramon Taylor, Warden Tom Carroll, and Deputy Warden Betty Burris (the "State Defendants").  This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the State Defendants.  The State Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

                DEPARTMENT OF JUSTICE
                STATE OF DELAWARE

                */s/ Erika Y. Tross*
                Erika Y. Tross (#4506)
                Deputy Attorney General
                820 N. French Street
                Wilmington, DE  19801
                (302) 577-8400
                    Attorney for the State Defendants

Dated: September 25, 2006

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on September 25, 2006, I caused a true and correct copy of the attached *Entry of Appearance* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT:**

Inmate Lou Garden Price, Sr.
SBI #00454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

☐ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

☐ Two true copies by Federal Express

☐ Two true copies by hand delivery to each recipient

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400