United States District Court of Delaware

Lou G. Price, Sr.
v.
Taylor et. al.

Case Caption # 05-871-SLR



Motion To Seal D.I. #32

On 8/30/06 the above Lou G. Price, Sr. filed a document/letter meant for Your Honor and not aware that the private information it contains could be seen by the public. The above (Price) now submits this Motion To Seal the document due to the fact that he admitted private concerns/matters about his criminal case that could come back and haunt/hurt him physically later... if the information gets out.

1 of 2

#1). Is the concern about him asking the Court to assist him in moving out of this prison to Pa. DOC due to his co-operation with NCCPD in the instant offense and that his co-defendant is out to harm him;

#2). Is the concern of his health and his current civil action and numerous grievances/complaints about CMS and their lack of medical care (proper medical care) which is subsequently placing (Price) in an unhealthy/dangerous situation. CMS and the State does not need to know about this document and (Price) prays that this Honorable Court grants his request.

Thank You.

Jon G. Price, Sr.
454309
Delaware Corr Center.

I/M Ton Y Price By.
SBI# 454309 UNIT 23-A44
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

U.S. Courthouse / Mr. Peter Dalleo / Clerk
Lockbox 18
844 King St.
Wilmington, De.
19801