Three Things Enclosed:

10/10/06

1). Motion For Appointment of Counsel.

2). Motion To Waive Filing Fee Balance For 05-871-SLR

3). Time To Respond Request

IM Ton B. Price, Jr.
SBI# 454309 UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

05-871-SLR

Legal Mail

Hon. Sue L. Robinson/US District Courthouse
Lockbox 18; 844 N. King St.
Wilmington, DE
19801

UNITED STATES POSTAGE
$ 00.63⁰
OCT 13 2006
MAILED FROM ZIP CODE 19977
0004608875