Dear Honorable Judge, Sue L. Robinson



05-871-SLR

Price v. Taylor et all.

"Time To Respond Request"

Please allow this letter to act as a Motion For Time Enlargement to respond to all of the motions that I've received from CMS and State employees' attorneys. I have several assertions I think the Court needs to made aware of such as the lie that was made about Lt. Taylor not being present for the Pennsylvania-to-Delaware transfer that was made on 9/21/05. I do not want to "Flood" this

(1)

motion/letter with too many facts but there are a litany of things that I feel necessary to bring to the light in order to expedite this Court's time.

I understand that this Court will respond to the opposing parties motions at some time soon. I'm requesting that this Court delay any decision(s) until I have a chance to respond to the motions and the confusion and lies inside of them. (Please note that I am not making any accusation that I cannot prove intelligently and honestly.).

Thank You For Your Time.

Lou G. Price, Sr.
D.C.C. / Smyrna
19977

(2)