Dear Honorable Judge Sue L. Robinson

10/10/06

05-871-SLR

Price v. Taylor et al.

---

## Motion To Waive Filing Fee Balance

Please allow this letter to act as a "motion to waive filing fee balance".

1). I have been at D.C.C. for (13) months now and housed in SMHU with no income.

2). I was told by Tim Martin that I could not work in the Law Library as long as I have a law suit in against the State.

3). I rarely receive any monetary gifts from the outside (since the filing of this action I've only been able to pay this Honorable Court $38 in a years time for the $250 balance).

(1) of (2)

4). I'm just being warehoused and I was never given any reason why although I qualify for population "point-wise" according to classification procedures.

5). I have Life plus 20 years, no income at all and I've demonstrated to this Court that CMS and D.C.C. are and have been violative of my 8th Amendment Rights and placing me in a situation where my life and health is being jeopardized.

For this and other reasons I am praying that this Honorable Court consider and then grant that the remaining filing fees be waived.

I will furnish this court with monthly statements over this past (13) months at Your Honor's Request.

Thank You For Your Time.

Jon G. Price, Sr.
D.CC / Smyrna
19977

(2) of (2)