05-871-SLR

10/10/06

Mr. Clerk of Court, P.Dalleo,

Would I have to submit an entirely different 1983 for new complaints with the same people I'm already filing against? (CMS). Because the problems are ongoing?

Thank You.

Jon G Price, Sr.

FILED
OCT 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM Jon M Price
SBI# 454309  UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

05-871-SLR
Legal Mail

District Court of Delaware
Lockbox 18, 844 King St
Wilmington De
19801