10/10/06

Dear Judge Sue L. Robinson,

Enclosed is a current complaint regarding the retaliatory treatment I'm going through from CMS. I'm asking this Honorable Court to intervene and have me removed from this prison immediately and placed back in Pa-Doc custody who I still owe (5) years prison time to... due to the fact that I'm being retaliated against directly and indirectly. Also, I am high risk for heart problems due to HBP and high cholesterol as well as an ex drug user and cigarette smoker. If I'm being treated like this now — what if I have a heart attack. (I am currently on HBP meds and a special diet for low sodium/low cholesterol).

Thank You For Your Time And Patience

05cv871 SLR

FILED
OCT 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM Jon B. Price AN
SBI# 454309  UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

05-871-SLR
Legal Mail

District Court of Delaware
Lockbox 18, 844 King St
Wilmington De
19801

District Court DElaware; Dep. Warden D. Pierce/Burris; Tom Carroll; A. Rendina; ACLU; CCLU/Butler Firm, DC; US Dept of Justice; Director of CMS; IGC Chairperson L. Merson; Nurse Neal; S. Ott; Lt. Profaci; Major Holman; X-Ray Dept; Dr. Rogers...

MHU #23

October 10th, 2006

From: Lou G. Price sr 454309

On October 4th or 5th I suffered an injury serious enough to prompt Nurse Practitioner Sherell Ott to order X-rays done. I saw her immediately after the injury being that she came to Building #23 and had me scheduled to chronic care anyway. It is now October 10th, 2006 - Tuesday. Since the injury my right knee has filled with fluid, I'm unable to bend it, and I'm in excruciating pain from being unable to walk/apply normal pressure on it, or to it. Ms. Ott (on 10/4 or 10/5 ordered Ultram/narcotic meds to combat the pain).

— X-rays have not been performed as of 10/10/06, and I'm still suffering from pain.

— Everyday except 10/9/06 I directed numerous complaints to Nurse Q. Neal about my pain, (and meds). Specifically, she came to pass out prescribed meds on 10/5 and literally got angry and very loud with me in the presence of C.O. White. On the 6th, 7th, 8th, 9th and today I've had similar results as far as trying to attain medical treatment from Nurse Neal, but she has responded in such a cold and contemptuous manner that it's numbing. Specifically, I asked C.O. Gonzalez to ask the doctor and Nurse Asst Adrian if they could see me (I saw them enter the Building this morning). C.O. Gonzalez conveyed to me at 12:15 p.m., when

(1)

we came from noon meal, that Quani once again "got angry and loud" saying that "if he ain't dying or bleeding then he's not seeing anyone." The same C.O. was heard by Nurse Neal when he asked Sgt Massey "why would she call Price down to pick up meds when his leg is obviously hurt?" Nurse Neal angrily retorted "we don't cater to nobody."

(Note: She gave me KOP meds Inderal and Reglan at 8:25 p.m. — both of which were not for the pain I'm suffering nor did she even glance at my knee one time. She only called me to see me suffer.")

Ms. Ott did not see how huge my knee has swollen at the time she saw me on 10/4/06 since the injury was only moments old. But, Nurse Neal saw it and several C.O.'s told her I was seriously injured. Nurse Rachel also saw it a few times during medication drop off in the wee morning hours over the weekend when she worked and promised to give me an ace bandage Saturday night but she reneged and left me to suffer.

Nurse Neal and Nurse Rachel were deliberately indifferent to my serious injuries in the past as they have been right now. I have C.O.'s, Sgt's and Lieutenants for witnesses on how medical staff has neglected to treat my pain and injury (not to mention 48 men who are on the tier with me). Medical

(2)

nurses Quani Neal and Rachel even went as far as refusing to alert C.O.'s that I should not have to take the walk to the messhall due to the worsening pain and swelling in my right knee. I keep complaining everyday to all C.O.'s who will listen but Nurse Quani and Rachel have failed to treat me and I've been met with contempt by both of them.

I would not be going this far if my injury was not serious, or if I wasn't in alot of pain. It sounded like something "cracked" in my knee and I've told medical staff this ad nauseam. I also spoke with Lt. Welcome and Lt. Barlow — they all know. But it's medical staff who have blatantly continued to ignore my complaints and continue to retaliate against me for the current civil suit I've filed with the District Court in front of Her Honorable Sue L. Robinson — Chief Judge, Delaware. And since I have been made to suffer miserably with pain instead of receiving prompt and effective medical treatment by Nurse Neal I fully intend on filing another lawsuit against CMS — specifically Nurse Neal and Nurse Rachel. By them taking no immediate-urgent medical action, failing to treat my serious medical need and all-out refusal to honor their contracts to provide medical care has violated my 8th Amendment Rights to the US. Constitution because what they did was leave me to suffer (that's cruel and unusual punishment). Part of their reason for doing so is that their retaliating against me since I sued their colleagues for several reasons. Under the law

(3)

retaliation is illegal for any reason, and Nurse Neal needs to be stopped.

Action Requested: That I'm seen by a qualified professional <u>immediately</u>.

2). That X-rays are performed immediately.
3). That an MRI is performed immediately.
4). That Nurse Quani Neal's rogue and contempt-filled conduct is investigated and dealt with accordingly — immediately.
5). That I'm given crutches, ace bandages and knee braces immediately.
6). That I'm compensated for my pain and suffering since it's unnecessary and cruel and unusual.
7). That the practice of if a prisoner is in need of an X-ray that it is performed <u>immediately</u> because if an Xray is ordered by the NP/or Doctor then it is <u>seriously in need of urgent care</u>.

CC: 16 Grievances made for the above.

*see 10/5/06 Grievance*

Jon G Price, Sr.
#454309
MHU #23

(4)