A REGIONAL DEFENSE LITIGATION LAW FIRM

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4318**
**Email: lawolhar@mdwcg.com**



October 18, 2006

**VIA E-FILE**
The Honorable Sue L. Robinson
U.S. District Court
844 N. King Street
Lock Box 31
Wilmington, DE 19801

      Re:    Price v. CMS
              C.A. No: 05-871-SLR
              Our File No: 13252-00170

Dear Judge Robinson:

     The undersigned represents Defendant, Correctional Medical Services, Inc., ("CMS), in the above-referenced matter.  Plaintiff-inmate, Lou Garden Price, has requested an extension of time to respond to the Motion to Dismiss filed at D.I. 27.  While CMS has no objection to a reasonable extension of time for plaintiff to file a response, this request comes two weeks after the response was due, and without any justification for the delay.  In light of this, CMS requests that plaintiff be limited to a thirty-day extension of time, to run to and include November 4, 2006.

                              Respectfully submitted,

                              /s/ *LORENZA A. WOLHAR*
                              LORENZA A. WOLHAR (DE I.D. #3971)

/law

cc:    Erika Tross, Esquire (by e-file)
        Lou Garden Price (by regular mail)