OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

October 18, 2006

```
TO:   Lou Garden Price, Sr.
      SBI# 454309
      Delaware Correctional Center
      1181 Paddock Rd.
      Smynra, DE 19977
```

**RE:  Letters to the Clerk and the Honorable Sue L. Robinson dated 10/10/06**

Dear Mr. Price:

   The above referenced letter has been received by this office requesting assistance regarding new complaints. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

   The Clerk's Office is also in receipt of the above referenced papers addressed to the Honorable Sue L. Robinson(enclosed and returned herewith). Be advised that it is unclear how you wish these papers to be treated. Please clarify your intentions and return for filing if necessary. If you are filing a new complaint, please file it in accordance with the Federal Rules of Civil Procedure.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                      Sincerely,

/rpg                                  PETER T. DALLEO
                                      CLERK

cc:   the Honorable Sue L. Robinson; Civ. No. 05-871 SLR
      alpha