## STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General



| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

October 19, 2006

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   *Price v. Taylor, et al.*,
      **D. Del., C.A. No. 05-871-SLR**

Dear Judge Robinson:

On October 16, 2006, Plaintiff Lou G. Price, Sr. filed with this Court a "Motion for Time Enlargement to respond to all of the motions that I've received from CMS and state employees' attorneys." (D.I. 36). At present, the State Defendants have filed an Answer in response to Plaintiff's Complaint. (D.I. 29). The State Defendants, however, have not filed any motions that require a response from the Plaintiff. Therefore, it appears that the Plaintiff does not need an extension of time to respond with respect to the State Defendants.

Given that the request for an extension of time does not appear to apply to the State Defendants, a response to Plaintiff's request by the State Defendants is unwarranted. To the extent a response is required, the State Defendants do not object to Plaintiff's request for an extension. Thank you.

Sincerely,

*/s/ Erika Y. Tross*

Erika Y. Tross
Deputy Attorney General

EYT/vd