IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LOU GARDEN PRICE, SR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civ. No. 05-871-SLR |
| ) | |
| C/O LIEUTENANT TAYLOR, NURSE ) | TRIAL BY JURY DEMANDED |
| CAROL, NURSE KERA, WARDEN TOM ) | |
| CARROLL, CORRECTIONAL MEDICAL ) | |
| SERVICES, UNKNOWN DEPARTMENT ) | |
| OF JUSTICE (DE) STATE DETECTIVE 1, ) | |
| UNKNOWN DEPARTMENT OF JUSTICE ) | |
| (DE) STATE DETECTIVE 2, BETTY ) | |
| BURRIS, MAJOR HOLMAN, CHRIS ) | |
| MALANEY, and PROFACI, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**JOINDER OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES,
TO STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S
<u>MOTION FOR APPOINTMENT OF COUNSEL</u>**

Defendant, Correctional Medical Services, by its attorneys, hereby joins in the State Defendants' Response to Plaintiff's Motion for Appointment of Counsel. In joining State Defendants' Response to Plaintiff's Motion for Appointment of Counsel, D.I. 44, Defendant, Correctional Medical Services, relies upon, and adopts the well-reasoned arguments and positions, as well as the legal authority, set forth therein.

**WHEREFORE**, Defendant, Correctional Medical Services, respectfully request that this Court deny Plaintiff's Motion for Appointment of Counsel.

                                              MARSHALL, DENNEHEY, WARNER,
                                              COLEMAN AND GOGGIN

                    BY:    /s/ Lorenza Anna Wolhar
                               LORENZA A. WOLHAR, (DE ID # 3971)
                               1220 N. Market Street, 5th Floor
                               P.O. Box 8888
                               Wilmington, DE  19899-8888
                               (302) 552-4300
                               Attorneys for Correctional Medical Services

DATED: <u>October 20, 2006</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOU GARDEN PRICE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-871-SLR |
| | ) | |
| C/O LIEUTENANT TAYLOR, NURSE | ) | JURY OF TWELVE |
| CAROL, NURSE KERA, WARDEN TOM | ) | DEMANDED |
| CARROLL, CORRECTIONAL MEDICAL | ) | |
| SERVICES, UNKNOWN DEPARTMENT | ) | |
| OF JUSTICE (DE) STATE DETECTIVE 1, | ) | |
| UNKNOWN DEPARTMENT OF JUSTICE | ) | |
| (DE) STATE DETECTIVE 2, BETTY | ) | |
| BURRIS, MAJOR HOLMAN, CHRIS | ) | |
| MALANEY, and PROFACI, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

      I hereby certify that on October 20, 2006, I electronically filed the Joinder of Defendant, Correctional Medical Services, to State Defendants' Response to Plaintiff's Motion for Appointment of Counsel with the Clerk of Court using CM/ECF.

Erika Yvonne Tross
Deputy Attorney General
Department of Justice
820 N French Street
Wilmington, DE  19801

      I hereby certify that on October 20, 2006, I have mailed by United States Postal Service, the Joinder of Defendant, Correctional Medical Services, to State Defendants' Response to Plaintiff's Motion for Appointment of Counsel to the following non-registered participant:

Lou Garden Price, Sr., SBI# 454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                      MARSHALL, DENNEHEY, WARNER,
                                      COLEMAN AND GOGGIN

                    BY:    /s/  Lorenza Anna Wolhar
                                      LORENZA A. WOLHAR, (DE ID # 3971)
                                      1220 N. Market Street, 5th Floor
                                      P.O. Box 8888
                                      Wilmington, DE  19899-8888
                                      (302) 552-4300
                                      Attorneys for Correctional Medical Services