IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-871-SLR |
| | ) |
| C/O LIEUTENANT TAYLOR, NURSE CAROLE, NURSE KERA, WARDEN TOM CARROLL, CORRECTIONAL MEDICAL SERVICES, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 1, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 2, BETTY BURRIS, MAJOR HOLMAN, CHRIS MALANEY, and PROFACI, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 7th day of December, 2006, having reviewed plaintiff's unopposed motion seeking an extension of time to respond to defendant Correctional Medical Service's motion to dismiss;

IT IS ORDERED that plaintiff's motion (D.I. 36) is granted and briefing on the motion to dismiss shall proceed in accordance with the following schedule:

1. Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **December 28, 2006**.

2. Defendant may file and serve a reply brief on or before **January 12, 2007**.

_____
United States District Judge