In The United States District Court For
The District of Delaware

Lou Garden Price, Sr.,
   Plaintiff,

V.

Taylor et al
   Defendants.

Civ. No. 05-871-SLR



BD scanned

<u>Motion Requesting A Two Week Extension
of Time To Respond To Defendant's Motion(s)</u>.

   Plaintiff above, Lou Garden Price, Sr., respectfully moves this Court for a Two Week Extension of Time to File his Answering Brief to Defendant's Motions based on the following reasons:

   1). Due to new developments within the SMHU at Delaware Correctional Center, prisoners housed there are no longer allowed to attend - "go to" - Law Library as they once were (starting 12/18/06). This blocks Price's already hindered "Access to The Courts".

1

2). DCC has put a mailing system in the place of actual/physical Law Library Access and they are still denying SHHU prisoners "legal assistance/help in preparing & Filing legal papers/motions to the Courts" as the U.S. Supreme Court outlined in Bounds v. Smith. (General Population prisoners are allowed to sit with/request a "person/paralegal trained in the law" but SHHU prisoners are denied the same).

3). With the above facts stated — plus with the holidays upon working people — (who are sure to take vacation time from Christmas thru the New Year) the plaintiff respectfully requests that he be allowed to submit his Answering Brief TWO WEEKS beyond the 12/28/06 date ORDERED by this Honorable Court.

Thank You.

Respectfully Submitted,

Lou G. Price, Sr.
Pro Se

I/M Lou G. Price, Sr.
SBI# 454309 UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

05-871-SLR

U.S. District Court (Clerk)
844 N. King St
Lockbox 18
Wilmington, De
19801-3570

U.S.M.S.
X-RAY

DEC 27 2006

$00.390
DEC 22 2006
MAILED FROM ZIPCODE 19977