Dear Mr. Dalleo,

Can you please return a copy of this to me? The new "mail system" here at DCC will take at least (3) days for me to mail this motion out (copies have to go through the law Library and that's done only through the mail now).

Thank You For Your Time,

Lou G. Price, Sr.



FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned