In the United States District Court
For The District of Delaware

Lou Garden Price, Sr
     Plaintiff,

   V.

C.O. Lt. Taylor et al
     Defendants.

Civ. No. 05-871-SLR

```
FILED
JAN 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

BD scanned

To: Honorable Judge Sue L. Robinson

    Dear Judge, please allow this letter to be handled as another Motion For ENLARGEMENT of Time. I just thought I could explain my situation better like this.

    Please be aware that I only have "In House Mail Access" to

(1)

the Dcc Law Library in the SMHU
and I have to wait for my
research/copy requests to be returned
in the same manner and at
times that can take several days.
There's just no way possible for
meaningful (thorough) research to be
done this way.

They limit the amount of
cases we can request to (5)
at one time and to get copies
can take a while.

Why the administration discontin-
ued actual physical access to the
Law Library for SMHU residents, I
have the slightest idea. And they
did it at a time when you
issued an ORDER to submit my
answer brief by 12/28/06 which
I, in turn, petitioned the Court

(2)

For (14) days which will expire in approximately (3) days... That's why I'm asking you to permit me to send in my Answer Brief by January 18th, 2007 which is next week. By then the SMHU Law Library personnel will have had ample time to return the copies I've requested for the Court and all parties involved.

Note that my Brief is in excess of (40) pages plus the exhibits and attachments. By January 18th, 2007 it should be in the mail.

In the meantime, Following

(3)

this  Motion/Letter  is a Motion  to Appoint
Counsel  which  should  be  considered
along  with  the  Answer  Brief.
Then  a  Motion  For  Discovery  which
I  am  actually  re-filing  For
the  Court's  consideration.

    Thank You  For  Your  Time  And
Consideration.


            Yours Fondly,


            Lou G. Price, Sr.
            _____
            Lou  G. Price, Sr.
            Pro  Se
            Delaware  Corr. Center
            _____


Dated  1/8/07
_____

            (4)



I/M Lou G. Price, Sr

SBI# 454309 UNIT 23

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

United States Postage
$ 00.39°
02 1A
0004608975    JAN 10 2007
MAILED FROM ZIP CODE 19977

05 - 871 - SLR

District Court of Delaware

844 North King Street

Lockbox 18

Wilmington, De.

19801-3570