In The United States District Court
For The District of Delaware

Lou Garden Price, Sr.
　　　　Plaintiff,

v.

C.O. Taylor et al
　　　　Defendants.

Civ. No. 05-871-SLR

FILED
JAN 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Motion For Appointment of Counsel

Comes Now, Lou Garden Price, Sr., a pro se litigant, respectively moves this Honorable Court for Appointment of Counsel to represent Plaintiff.

In support of this Motion, the Plaintiff states that the following is true and correct to the best of his knowledge and belief:

(1)

1). The Plaintiff is incarcerated.

2). The Plaintiff is unskilled in the law and is unable to prepare all of the motions and meaningful papers necessary to succeed with this case.

3). The administration at DCC has completely severed his (Price's) physical access to the Law Library for unknown reasons, therefore unconstitutionally blocking access to the Courts which is contrary to U.S. Supreme Court Law.

4). DCC is without an adequate Law Library and they have no Legal Assistance Program available to Plaintiff Price.

5). The issues in this case are

(2)

complex and with no way to do any reasonable research Plaintiff contends that he will fail way short of properly presenting all the facts necessary to prevail which will cause the case to either be dismissed or be reluctantly withdrawn.

b). The case is in dire need of factual investigation and at least (2) experts which Plaintiff is unable to do or afford nor does he even know how to properly petition for since he cannot research it properly.

While Plaintiff respectively asserts that it's within the Court's discretion to appoint counsel this surely would be some very good reasons to support the Court granting Price's request.

(3)

Thus, the above reasons fall well within the range of "upon a showing of special circumstances indicating a likelihood of substantial prejudice to the litigant resulting... from his probable inability without such assistance to present the facts and legal issues to the court in a complex, arguably meritorious case." Daniels v. Correctional Services, Inc., 380 F.Supp. 2d 379, 384 (D. Del. 2005) (quoting Smith-Bey v. Petsock, 741 F.2d 22, 26 (3d Cir 1984).

Plaintiff has pointed to all of the above facts and he respectively prays that this Honorable Court grants his request to Appoint Counsel.

Respectfully Submitted,

Lou G. Price, Sr.
DCC

Dated 1/9/07

(4)



I/M Lou G. Price, Sr.
SBI# 454391 UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

05-871-SLR
District Court of Delaware
844 N. King St., Lockbox 18
Wilmington Delaware
19801-3570