38 pages

OF Exhibits

Attached

"Exhibit A"

Medical Rules —

CMS
1
3
1
Dcc

## INMATE HOUSING RULES FOR MEDIUM HIGH SECURITY

C. Whenever an inmate departs the cell, he shall be properly dressed.

Inmates leaving the tier for anything other than recreation shall be



dressed in the uniform pants, uniform shirts, sweatshirt, and/or

jacket. Inmates leaving the tier for recreation (yard, gymnasium,

and/or dayroom, as applicable) may be dressed in the uniform

pants and shirts or in sweatpants, shorts, and T-shirt. Inmates

leaving their cell to go to the bathroom and/or shower may wear a

robe, pajamas, sweatpants, uniform pants, uniform shirt, or T-

shirt as long as the chest is covered and the inmate is wearing

shorts, pajamas, or sweat pants.

D. Requests for authorized personal items to be sent out of the

Institution, through the mail at the inmate's expense, donated to a

charitable organization, or discarded, shall be submitted on a

Form 208 to the tier officer at least 24 hours in advance.

E. Headwear and sunglasses (except prescription sunglasses) will be

removed indoors (except authorized wearing of religious headwear).

F. Identification cards will be displayed face out on the left breast

pocket or on the left breast of outer most garment at all times by

inmates whenever departing tier. Any lost or damaged I.D. will be

replaced at the inmate's expense.

## VIII. **MEDICAL SERVICES AND SICK CALL**

A. Sick call slips shall be placed in the secured sick call box, which

will be emptied daily by the medical services provider. Sick call

12

"Exhibit A"

**INMATE HOUSING RULES FOR MEDIUM HIGH SECURITY**

shall normally be Monday through Friday, excluding holidays. Inmates with medical emergencies should immediately notify the housing unit staff.

B. The medical staff at designated locations dispense prescribed medication. Inmates will be directed to report as requested by the medical staff.

C. Inmates will be charged a medical co-pay fee of $4 for medical visits and $2 for non-prescription medication as directed by the Medical Department.

D. Inmates must report to medical staff for all medical appointments. Failure to do so will result in disciplinary action. Inmates refusing medical treatment and/or medication must sign an acknowledgement of such.

IX. **EXERCISE**

A. Exercise periods for all Medium High Security are normally between the hours of 0830 to 0945, 1300 to 1445, 1830 to 1945, 2145 to 2300, or as operations permit. During fair weather, the yard area may be utilized. Otherwise, exercise can be conducted in the designated areas. When an exercise period is lost during one day, it will not be made up. There is no allowance for accumulated exercise time. All exercise shall be taken in designated exercise areas. There is no loitering upstairs or on stairways of any tiers at all.

13

"Exhibit B"

About The
Consfiscated News Journal
Articles

"Exhibit B"

September 15, 2006

Lou Price, 454309
22
CL8

I received your letter and will try to answer your questions.

- I have not seen Father Jackson, but I will place a note in his box.
- I will schedule time to meet with you.
- Ms. Shane was out for a few weeks. With prime vacation time, many people have taken 2 or 3 weeks vacation, and unfortunately, it takes time to go through all the paperwork upon one's return. If you do not receive a response from Ms. Shane, you could contact her supervisor Mrs. Smith about the articles.
- If you still want to go for an interstate, just complete the form I sent you and return to me. No application is automatically denied. It will go through the entire process of review up from the IRCB board.
- You can write to mental health at any time.

I will see you soon.

Cindy Atallian
Counselor – 22

Mrs. Graff: I had wrote to my then counselor Stacy Shane & her supervisor Tonya Smith about the support services secretary "stealing" my newspaper articles regarding the News Journal's investigation on Delawares Deadly Prisons. This is why I say CMS/DCC is working together collectively to violate prisoners constitutional rights. Stacy Shane clearly stole from me to sabotage the federal lawsuit I have against CMS/state De. That is unlawful and a criminal act.

"Exhibit C"

Ignored Dr Order

Special Shave (electric)
ordered by SAP Ott 2/23/06
and Price is still
not receiving it.



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

### MEMORANDUM

TO:       IM Lou Price SBI# 454309 MHU 22 CL8B

FROM:   Deputy Warden Pierce

DATE:    September 25, 2006

RE:        Barber Shave
_____

       I received your letter dated August 30, 2006, regarding your request for a barber shave and have forwarded your letter to S/Lt. Profaci for her action.


DP/dc
Attachment
cc:      S/Lt. Profaci
        File

Deputy Warden / Pierce,       SEP 0 5 2006       8/30/06   145435
22
CLOB

## DEPUTY WARDEN I

On February 23rd, 2006, Doctor Sherell Ott wrote out a memo for me (Lou G. Price, Sr.) to be allowed to receive an electrical shave each week by the Block Barber due to medical reasons (I have foliculitis, severe skin irritation/sensitive skin, etc). Using regular shaving razors causes nasty bumps, in-grown hairs, skin rashes, and the like. I was informed that the Major (Holman) would need to sign the memo in order to put it in effect so to say. Today is August 30th — 6 months since Dr. Ott wrote the memo, and the Major has not signed it.

Unfortunately I have been going back and forth with medical (CMS) trying to find out what the problem has been regarding this issue and I have been unfairly charged money time and time again to obtain answers from CMS staff about why I've had to suffer a painful skin condition when the order/memo has already been written for weekly electrical shaves. If Major Holman is assigned to resolve this type of medical—memo—order by medical staff, then six months later he has failed to take action on a serious and/or medical need of mine, then that inaction is clearly wrong and I'm hoping that you can resolve it. Thank you. Lou G. Price.

OVER ⟶

"Exhibit D"

Retaliation

Concerning Classification
where Price was retaliated
against for filing lawsuit
(No reason given for why
move from MHU was
not Approved when Counselor/
MDTeam approved it).
    Admin/IBCC stopped
Price from going to
Population.
        Appealed And still No
    reason why Denied
    given.

No reason given for denial to move to population

Appendix E

## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO:       Inmate _Kris, Lou_____, SBI# _454309_, Housing Unit _22_
VIA:      Counselor _____Hallman_____
FROM:     I.B.C.C.
DATE:     _03/27/06_
RE:       Classification Results

Your M.D.T. has recommended you for the following: _____
_____ Medium , HVP , MH Thorpe,
_____ Thresholds

The I.B.C.C.'s decision is to:

_____ Approve _Med HC, MH_

_____ Not Approve _Med HVP Thresholds_

_____ Defer _____

_____ Recommend _____

_____ Not Recommend _____

### BECAUSE:

_____ Lack of program participation          _____ Time remaining on sentence
_____ Pending disciplinary action            _____ Prior failure under supervision
_____ Gradual phasing indicated              _____ Poor institutional adjustment
_____ Open charges                           _____ Serious nature of offense
_____ Prior criminal history
_____ Failure to follow your treatment plan in that you _____
_____
_____

_____ You present a current and continuous danger to the safety of staff, other inmates, or the good
order of the Institution. Explanation: _____

OTHER:      _Rev: 9/07_

### ADDITIONAL COMMENTS:

_____ Develop/continue treatment plan with counselor

RECEIVED
APR 1 0 REC'D
Treatment Services

You will be expected to address the following:_____
_____
_____

Copy to:  Classification
          Inmate                                      Form #456
          Institution File                            Revised 11/97

## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO: Inmate _Lou Price_ , SBI# _454 307_ , Housing Unit _2 2_

VIA: Counselor _Hatlian_

FROM: I.B.C.C.

DATE:

RE: Classification Results

Your M.D.T. has recommended you for the following: _Appeal_

_____

_____

The I.B.C.C.'s decision is to:

_____ Approve _____

__X__ Not Approve _Deny_ _____

_____ Defer _____

_____ Recommend _____

_____ Not Recommend _____

## BECAUSE:

| | | |
|---|---|---|
| _____ Lack of program participation | _____ | Time remaining on sentence |
| _____ Pending disciplinary action | _____ | Prior failure under supervision |
| _____ Gradual phasing indicated | _____ | Poor institutional adjustment |
| _____ Open charges | _____ | Serious nature of offense |
| _____ Prior criminal history | | |

_____ Failure to follow your treatment plan in that you _____

_____

_____

_____ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

_____

OTHER: _Review : 09/07_ _____

RECEIVED

### ADDITIONAL COMMENTS:

MAY 2 3 REC'D

_____ Develop/continue treatment plan with counselor    **Treatment Services**

You will be expected to address the following: _____

_____

_____

Copy to: Classification
Inmate
Institution File

Form #456
Revised 11/97

"Exhibit E"

More Deliberate Indifference

And Retaliatory
Treatment By
CMS Nurses

*see how grievance
was unprocessed on
usual computer printout
and referred to Mr. Rundle?

**FORM  #585**

**MEDICAL GRIEVANCE**

FACILITY: Delaware Correctional Center

DATE SUBMITTED: 10/5/06

INMATE'S NAME: Lou G. Price, Sr.

SBI#: #454309

HOUSING UNIT: Bldg #23 /SMHU

CASE #: 15588

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 4:19 p.m ⟨Medication /October 5th, 2006

TYPE OF MEDICAL PROBLEM:

I complained to C.O. ~~&~~ Gonzalez about pain & swelling in my right knee due to an injury during afternoon exercising in the yard Oct. 4th, 2006. He spoke with Sgt. Carter and directly with Nurse Duani Neal but she acted completely indifferent and with contempt as is her normal character towards prisoners who suffer from any ailments. She did nothing so I spoke to Lt. Barlow who said he'd see about the X-rays which ⟨NP Ms. Ott ordered 10/4/06 when she examined my knee and prescribed Ultram pain meds 10/4/06 - noon /2 p. When Duani Neal came w/ reg. p.m. meds I asked about my pain meds and she got angry and loud with me. I informed her of filing a grievance and she walked away laughing. C.O. ~~gigante~~ was with her.

GRIEVANT'S SIGNATURE: Lou G. Price, Sr.    DATE: 10/5/06

ACTION REQUESTED BY GRIEVANT: That Nurse D. Neal's acts of negligence towards prisoners be investigated by someone other than her very own CMS vendor who handles med. grievances and that her record be turned over to the U.S. Dept of Justice DCC so they can see that CMS knowingly employs the wrong kind of people. Also that CMS's policy on X-rays and pain meds be made available immediately after injury - illness.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

RECEIVED

OCT 09 2006

Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.     _____Disciplinary Action     _____Parole Decision
_____Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

*WRITE NR. RUNDLE, MEDICAL DIRECTOR*


Inmate Grievance Chairperson

*10-20-06*
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

*A*

FORM #504 #585

GRIEVANCE FORM - Medical Grievance

FACILITY: D.C.C.                      DATE: 10/5/06

GRIEVANT'S NAME: Lou Price, Sr        SBI#: 459309

CASE#:                                TIME OF INCIDENT: 4:19 p.m. Wed/Oct. 5th 2006

HOUSING UNIT: Bldg #23 KMHU

**BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.**

I complained to C.O. Gonzalez about pain & swelling in my right knee due to an injury during afternoon exercising in the yard 10/4/06. He spoke with Sgt Carter and directly with Nurse Quani Neal but she acted completely indifferent and with contempt as is her normal character towards prisoners who suffer from any ailments. She did nothing so I spoke to Lt. Barlow who said he'd see about the X-rays which NP Ms. Ott ordered 10/4/06 when she examined my knee and prescribed Ultram pain meds 10/4/06 - noon/2p. When Quani Neal came w/ reg. p.m. meds I inquired about my pain meds and she got angry and loud with me. I informed her of filing a grievance and she walked away laughing. C.O. White was with her.

ACTION REQUESTED BY GRIEVANT: That Nurse Q. Neal's acts of negligence towards prisoners be investigated by someone other than her very own CMS

GRIEVANT'S SIGNATURE: _____

WAS AN INFORMAL RESOLUTION ACCEP

(COMPLET

GRIEVANT'S SIGNATURE: _____

IF UNRESOLVED, YOU ARE ENTITLED 1                    CE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

*This is all handwritten and unsigned by grievance chairperson. They said it was already addressed but I filed med complaint on the 5th of Oct 2006 marking the form 585 since they had none and still sent in a regular 584 which was copied (sent)*

RECEIVED

OCT 26 2006

Illinois Grievance Office

April '97 REV

"Exhibit F"

Note to a Sgt Carter
where Price mentions
nurse Neal's retaliation
and anger at him
For this legal
action and a
grievance

Exhibit F

10/13/06          11 a.m

Sgt. Carter,

I've made you aware that Nurse Q. Sheal has a personal vendetta against me for legal action I'm taking against her and her employer — CMS in Federal Court...
And you have seen my swollen (right) knee on 10/12/06 as well as heard from other C.O.'s how bad it is.

So, can you please call Doctor Rogers or Sherell Ott and ask one of them to reorder pain medication for me before they leave for the weekend? (Ultram). My order ran out.

Thank You.
Jou Price  454309
23  Auy

Dear Mr. D. Pierce,

Can you please address my complaint(s) regarding my right knee injury and the medical neglect I am suffering at the hands of CMS medical Nurse Sheal, Becky Vliet, Mckenzie, Chavala and Nurse Rachel who all refuse to see me concerning a bad right knee injury that happened on 10/4/06. What I am going through is unconstitutional under the 8th Amendment which I shall make a claim under after I use my administrative remedies. This is cruel and unusual punishment, medical neglect and deliberate indifference to a prisoner w/ serious medical needs.

I was also taken ~~off~~ of my migraine meds, other pain meds for carpal tunnel wrist (permanent damage) and Nurse Sheal has been retaliating against me in this cruel fashion.

This is an appeal to you for immediate action. Please schedule me for SMRI and urgent medical help.

⬛⬛⬛⬛⬛ ...ice, M. #454309
⬛⬛⬛⬛⬛ ...myrna 19977

CC: File,
    D. Pierc...

Exhibit G

Grievance / report
on more retaliation
and deliberate indifference
in re: to knee injury.

## FORM  #585

## MEDICAL GRIEVANCE

FACILITY: _D.C.C._

DATE SUBMITTED: _____

INMATE'S NAME: _Lou G. Price, Sr._

SBI#: _454309_

HOUSING UNIT: _23 — AU4_

CASE #: _____

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _10/5/06  ongoing_

TYPE OF MEDICAL PROBLEM:

_See   Attached (2) Complaints / Reports_

GRIEVANT'S SIGNATURE: _Lou G. Price, Sr._      DATE: _10/17/06_

ACTION REQUESTED BY GRIEVANT: _Actions Requested Attached Inside of Complaints_

DATE RECEIVED BY MEDICAL UNIT: _____

RECEIVED

OCT 2 6 2006

Inmate Grievance Office

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

— Attached is a "Supplement Report" to my
October 10th Report (which is also attached —
to the rear of this entire packet).


— Formerly Filed as a <u>Grievance / Medical Grievance</u>
to address seriously needed medical treatment
for Lou G. Price, Sr. in regards to an
October 4th knee injury, where, specifically:

    a). Xrays were ordered ¿ delayed for (4) days...

    b). Nurse Quani Neal deprived Price medical
       treatment unnecessarily and out of
       malicious contempt.

    c). Nurse Rachel further denied Price medical
       treatment.

    d). Price was further denied medical treatment
       in regards to receiving no pain management
       for new injury aside from a (5) day order
       of meds by AP Ott... Even after Xrays and
       apparent pain/swelling in neck and knee were
       made known to AP Ott / Nurse Neal Price was
       made to suffer in pain and receive no
       treatment whatsoever (with all pain meds
       expired prior to injury... aside from (5)
       day order of Ultram from 10/6/06 – 10/10/06, (4)
       days before Xray pain meds expired).

— <u>Action Requested</u> attached with complaints herein.

• Supplement Report to My 10/10/06 Report 10/14/06

Lieutenant Welcome et al. . . (See page 4 for "cc:"); Grievance;
<u>For Your Immediate Action</u>) Investigation <u>Please</u>

    * I <u>Finally</u> was taken to have xrays done on
SCC compound by Xray technician "Joe" who said he
comes in once a week for the SMHU/SHU and twice
For the compound (3 days I could have been seen
instead of suffering For 9 days without proper/prompt
medical attention/care & treatment), (after injury).

    After I was xrayed, "Joe" alerted Dr. Ioma (NP)
that I had an "awful amount of pain, swelling, and
fluid on my right knee" and she looked at the
xrays and determined that I had "narrowing in my
neck" consistent with complaints I'd informed medical
staff about over 13 months about a Pa-DOC diagnosis
of an arthritic condition which has gone untreated
For (13) months. Plus, Dr. Ioma examined my knee
and immediately ordered a knee brace (which she
gave to C.O. Allen and C.O. Young) until I could be
examined For further damage (xrays or MRI/knee).

    C.O. Allen gave the brace to Nurse Quani
Neal here in the SMHU so a memo could be
written before I received the knee brace. At
3:37 p.m. meds Quani appeared at my cell without
my brace, flatly refusing to give me a reason why
I was being denied of what Dr. Ioma gave/prescribed
me after her exam and determination. Also, I was
informed by Dr. Ioma that she spoke with Ms.
Sherell Ott concerning my pain meds which she
requested that narcotic meds be re-ordered immediately

(1)

But Quani Neal refused to process those orders due to the fact that I have lodged a formal complaint against her and her unprofessional conduct and her contemptuous and rogue treatment of me and others, (including officers I know). Plus Quani and Nurse Rachel have joined in a retaliatory effort against me for filing a 42 USC. K483 Civil Action against their rogue employers — CMS — which is pending in Federal Court now. (See Attached October 10th Report).

It took (9) days to fulfill Ms. Ott's X ray orders and only the Nurses are responsible for that delay (Quani Neal). It's obvious that she is so upset and angry with me that her mind is set on being vindictive, malicious and harmful towards me (and being constitutionally negligent/deliberately indifferent to my serious medical needs). I have no pain medication which I know is prescribed because PA/ Doctor Ioma specifically told me she called Dr. S. Ott at apprx. 1:45 to 2:10 p.m. on 10/13/06 and ordered narcotic "Ultram" or told Ms. Ott to reorder it. I specifically asked Nurse Neal about it and she said my last (5-day) order by Ms. Ott ran out (which is why I urged Dr. Ioma to call Dr. Ott personally so I wouldn't have to suffer the whole weekend in pain since no doctors or Nurse Practitioner's/PA's are on). Then at apprx. 3:30 A.m. Nurse Rachel came by for meds and she also refused me my knee brace and pain meds saying "Quani and I discussed

(2)

it. It's security who says you can't have your brace but you have a sleeve on order for your knee already." (A knee "support" not a "brace" which is for injury).

Sir, I have a torn ligament of some sort in my right knee. Since when does a Nurse or security decide to overrule a doctor's orders (especially when there's other options to use for a situation like mine). I'm believing that Nurse Quani and Rachel are retaliating against me for using the Courts to protect my Rights against this murderous company (Correctional Medical Systems) and now they're pulling you & security into it and I'm suffering from terrible pain for the 10th day now. You know this, we've discussed it.

I request my knee brace.

I request my narcotic pain meds.

And because of the enormity of Nurse Quani and Nurse Rachel's malicious retaliation against me I request that security notify their supervisor (medical) for an immediate investigation into their activities and conduct; not just against me but other prisoners (start with prisoner William Booze in Bldg #22), because this is not just an isolated incident or behavior. D.C.C. knows Quani Neal has been "shady" for years.

(3)

Last, Nurse Rachel threatened me with further malicious treatment when I informed her that I'm taking this matter to Federal Court.

Thank You.

Lou G. Price, Sr. #454309
Bldg #23   A44

10/14/06
9:35 a.m.

cc: District Court Chief Judge Sue L. Robinson (DE)
CV Ca. # 05-871-SLR ; Dep. Warden D. Pierce;
Betty "Elizabeth" Burris; Warden Tom Carroll; A. Rendina
Paul Howard - Bureau Chief; Stan Taylor; ACLU Atty
Julia M. Graff, DE; CCLU - Butler Law Firm, D.C.;
U.S. Dept of Justice - Cathleen Trainor, Atty; CMS Director;
IGC Chairperson, D.C.C. (L. Merson); Nurse Neal;
Nurse Rachel; NP/Pa Iona; Lt. Profaci;
Major Holman; Capt. Kramer; Counselor Kramer;
Xray Tech "Joe"; Dr. Rogers; Sherell Ott;
Joe M. Bernstein, Esq; C.H. Toliver, IV Judge;
US Atty General, DE; Nancy Wagner Legislative Hall
Dover; Shirley Price; Jarell Price; R. Goodwin;
Jennifer Hendricks and Ms. Parsons (SCI Camp
Hill).

(4)

District Court; SELaware; Dep. Warden D. Pierce/Burris;   October 10th, 2006
Tom Carroll; A. Rendina; ACLU; CCLU/Butler Firm, DC.;
US Dept of Justice; Director of CMS; IGC
Chairperson L. Merson; Nurse Neal; S. Ott; Lt. Profaci;
Major Holman; X-Ray Dept; Dr. Rogers...

On October 4th or 5th I suffered an

injury serious enough to prompt Nurse Pactitioner Sherell
Ott to order X-rays done. I saw her immediately
after the injury being that she came to Building #23
and had me scheduled to chronic care anyway. It is
now October 10th, 2006 — Tuesday. Since the injury my right
Knee has filled with fluid, I'm unable to bend it, and
I'm in excruciating pain from being unable to walk/
apply normal pressure on it, or to it. Ms. Ott (on 10/4 or
10/5 ordered Ultram/narcotic meds to combat the pain).

— X-rays have not been performed as of
10/10/06, and I'm still suffering from pain.

— Everyday except 10/9/06 I directed numerous
complaints to Nurse Q. Neal about my pain, (and
meds). Specifically, she came to pass out prescribed
meds on 10/5         and literally got angry and
very loud with me in the presence of C.O. White.
On the 6th, 7th, 8th, 9th and today I've had
similar results as far as trying to attain medical
treatment from Nurse Neal, but she has responded
in such a cold and contemptuous manner that
it's numbing. Specifically, I asked C.O. Gonzalez to ask
the doctor and Nurse Asst. Adrian if they could see
me (I saw them enter the Building this morning).
C.O. Gonzalez conveyed to me at 12:15 p.m., when

(1)

we came from noon meal, that Quani once again "got angry and loud" saying that "if he ain't dying or bleeding then he's not seeing anyone." The same C.O. was heard by Nurse Neal when he asked Sgt Massey "why would she call Price down to pick up meds when his leg is obviously hurt?" Nurse Neal angrily retorted "we don't cater to nobody."

(Note: "She gave me KOP meds Inderal and Reglan at 8:25 p.m. — both of which were not for the pain I'm suffering nor did she even glance at my knee one time. She only called me to see me suffer.")

Ms. Ott did not see how huge my knee has swollen at the time she saw me on 10/4/06 since the injury was only moments old. But, Nurse Neal saw it and several C.O.'s told her I was seriously injured. Nurse Rachel also saw it a few times during medication drop off in the wee morning hours over the weekend when she worked and promised to give me an ace bandage Saturday night but she reneged and left me to suffer.

Nurse Neal and Nurse Rachel were deliberately indifferent to my serious injuries in the past as they have been right now. I have C.O.'s, Sgt's and Lieutenants for witnesses on how medical staff has neglected to treat my pain and injury (not to mention 48 men who are on the tier with me). Medical

(2)

nurses Quani Sleal and Rachel even went as far as refusing to alert C.O.'s that I should not have to take the walk to the messhall due to the worsening pain and swelling in my right knee. I keep complaining everyday to all C.O.'s who will listen but Nurse Quani and Rachel have failed to treat me and I've been met with contempt by both of them.

I would not be going this far if my injury was not serious, or if I wasn't in alot of pain. It sounded like something "cracked" in my knee and I've told medical staff this ad nauseam. I also spoke with Lt. Welcome and Lt. Barlow — they all know. But it's medical staff who have blatantly continued to ignore my complaints and continue to retaliate against me for the current civil suit I've filed with the District Court in front of Her Honorable Sue L. Robinson — Chief Judge, Delaware. And since I have been made to suffer miserably with pain instead of receiving prompt and effective medical treatment by Nurse Sleal I fully intend on filing another lawsuit against CMS — specifically Nurse Sleal and Nurse Rachel. By them taking no immediate — urgent medical action, failing to treat my serious medical need and all-out refusal to honor their contracts to provide medical care has violated my 8th Amendment Rights to the US Constitution because what they did was leave me to suffer (that's cruel and unusal punishment). Part of their reason for doing so is that their retaliating against me since I sued their colleagues for several reasons. Under the law

(3)

retaliation is illegal for any reason, and Nurse Neal needs to be stopped.

Action Requested: That I'm seen by a qualified professional immediately.

2). That X-rays are performed immediately.

3). That an MRI is performed immediately.

4). That Nurse Quani Neal's rogue and contempt-filled conduct is investigated and dealt with accordingly — immediately.

5). That I'm given crutches, ace bandages and knee braces immediately.

6). That I'm compensated for my pain and suffering since it's unnecessary and cruel and unusual.

7). That the practice of if a prisoner is in need of an X-ray that it is performed immediately because if an X-ray is ordered by the NP/or Doctor then it is seriously in need of urgent care.

(4)

"Exhibit F"

Sick call requests
re: Knee injury... and
in retaliation For
Federal Ct. Complaint
and grievances Price
Was taken OFF OF
pain meds From
10/11/06 thru 12/21/06.

Hand-Delivered Case 1:05-cv-00823-SLR (Document 51-2 Filed 01/16/2007 Page 32 of 40

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Lou  G. Pice, Sr
Name (Print)

23 — Au y
Housing Location

11/12/68
Date of Birth

454309
SBI Number

10/13/06
Date Submitted

Complaint (What type of problem are you having)? Dr. Ott ordered x-rays on 10/4/06 for a painful knee injury that has me limping and barely able to deal with and the x-rays haven't been done. My knee is swollen and full of fluids and my pain meds have run out (Ultram, etc).

cc: Hand made copy

written copy

Lou Pice, Sr.
Inmate Signature

10/13/06
Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Lou G. Price, Sr.                          23 - A4U
_____          _____
Name (Print)                                      Housing Location

11/12/68          454309          10/13/06
_____     _____     _____
Date of Birth       SBI Number        Date Submitted

Complaint (What type of problem are you having)? I'm requesting to be
seen by Ms. Ott about pain management (Ultram)
re: my knee and neck injuries that were just
xrayed. Plus I'm requesting an MRI on my Right
knee where all the pain and swelling is. Thank You.

Lou G. Price, Sr.                          10/13/06
_____          _____
Inmate Signature                                       Date

cc:File

**The below area is for medical use only.  Please do not write any further.**

S: _____
_____
_____

O:  Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____
_____
_____

A: _____
_____

P: _____
_____
_____
_____

E: _____
_____

_____        _____
Provider Signature & Title                     Date & Time

**3/1/99 DE01**
FORM#:
**MED**
**263**

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Lou G. Price, Sr.                    23    Auy
_____ Name (Print) _____              _____ Housing Location _____

11/12/68          454309          10/20/06
Date of Birth      SBI Number       Date Submitted

Complaint (What type of problem are you having)? Pains in my right knee has
persisted since 10/4/06 and pain in my cervical neck
area persists also... Antifungal cream ordered by Ms off
10/04 has not been given to me (neither has Erythro-
mycin, Metamucil nor any pain meds/migraine meds).

Lou G. Price, Sr.                 10/20/06
_____ Inmate Signature _____        _____ Date _____

### The below area is for medical use only. Please do not write any further.

S: _____

O:   Temp:____   Pulse:_____   Resp:____   B/P:____   WT:____

A: _____

P: _____

E: _____

_____        _____
Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

22 days of his medical attention and numerous complaints, grievances to medical staff & Dcc Admin.

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Lou Price Sr.                                    # 23
_____                        _____
Name (Print)                                    Housing Location

11/12/68            454309            10/26/06
_____    _____    _____
Date of Birth            SBI Number            Date Submitted

Complaint (What type of problem are you having) X My Knee has still been swollen badly since 10/4/06 after injury and not Xrayed until 10/13/06 (which I made numerous complaints to Medical Staff and Dcc Administration D. Pierce & Mrs. Burris) Because of my complaints I have been taken off all pain meds including my migraine meds. I have carpal tunnel pains and cervical neck pain which shows in Xrays. may I please see the Doctor since C/O off no longer works here?

Inmate Signature Lou Price        Date 10/26/06

cc:file    **The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:____   Pulse:____   Resp:____   B/P:____   WT:____    unanswered

A:

P:

E:

_____            _____
Provider Signature & Title            Date & Time

3/1/99 DE01
FORM#:
MED

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Lou Price                                    # 23   Au 4
Name (Print)                                 Housing Location

11/12/68            454309            11/7/06
Date of Birth       SBI Number        Date Submitted

Complaint (What type of problem are you having)? ① I have a rash on my privates. My right knee still has fluid in it and it hurts so bad I can't bend it back. Also I have pain in my hands and shooting up and down my neck, causing severe migraines.

a-

Jon Price                              11/7/06
Inmate Signature                       Date

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:____   Pulse:____   Resp:____   B/P:____   WT:____

A:

P:

E:

Provider Signature & Title                    Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one) MEDICAL DENTAL  MENTAL HEALTH

_Lar D. Price_
Name (Print)

_23_
Housing Location

_11/12/68_
Date of Birth

_454309_
SBI Number

_11/7/06_
Date Submitted

Complaint (What type of problem are you having)? _I really need_
_migraine pain meds renewed please. My_
_hBP has me dizzy and sick._

_Jon Price_
Inmate Signature

_11/7/06_
Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:   Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____

_unanswered_

A:

P:

E:

_____                    _____
Provider Signature & Title                            Date & Time

3/1/99 DE01
FORM#:
**MED**
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

_Jon G Price_                                    _23_
Name (Print)                                     Housing Location

_11/12/68_                _454309_               _11/9/06_
Date of Birth            SBI Number             Date Submitted

Complaint (What type of problem are you having?)  I really need to see the doctor regarding being on no pain meds for my knee, neck and migraines and why I'm not on the diet meal when I've ~~was~~ been on it for heart attack risk factors all this time.

_Jon Price_                              _11/5/06_
Inmate Signature                          Date

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:                                    _unanswered_

P:

E:

_____          _____
Provider Signature & Title                 Date & Time

3/1/99 DE01
FORM#:
MED
263

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Lou  Price
Name (Print)

Bldg  23
Housing Location

11/12/68
Date of Birth

454309
SBI Number

11/10/06
Date Submitted

Complaint (What type of problem are you having)? Genital rash, migraine (w/ nausea), carpel tunnel pain, right knee pain/swelling, neck pains

Lou S Price, Sr.
Inmate Signature

11/10/06
Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:    Temp:_____    Pulse: _____    Resp: _____    B/P: _____    WT: _____

*unanswered*

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

Notes

L. Carter said Propfie
said she was
looking in to it.

---

2:10 pm     10/12/06

I asked Nurse Shid
about the X ray and
she refused to even
acknowledge me (See
staff sign in sheet
on A the Control #23
where she signed
in at 2:10 p.m.

---

I went to X ray (Joe) who
said he only comes once
a week for SMHU/SHU. Dr. Lona
gave me a brace which
C.O. Allen gave to Quani but
at 3:37 p.m. when she came
w/ C.O. Pearson for meds I asked
about my brace which she
flatly refused to give to me.
Lona also called S. Ott about my
pain meds and prescribed narcotic
but Quani refused to process those

this vindictive nurse having
a problem w/ me filing a
complaint against her on
10/5/06