1/12/07

Dear Mr. Peter T. Dalleo, Clerk
(Answer Brief Enclosed)   05-871

I'm aware that the Court charges for copies but I have sufficiently alleged that a DCC employee deliberately confiscated exhibit evidence in this case pertaining to News Journal articles which I was going to use for my case. That action by Stacy Shane not only infringed on my liberties but she criminally tampered with evidence.

My point is I fear that if I send this package/Brief to the Law Library it will



FILED
JAN 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

come up missing because I have to mail it to them "In House". And Tim Martin is the one who told me he would not copy the articles send them to the Business Office/Stacy Shane.

They are playing dirty here and CMS is retaliating on me by doing mean things which I've also included in the Brief (like leave me w/out pain meds for 10 weeks). They are not happy that I'm suing them and I'm in here paying for it.

Can You Please Return me one copy of The Enclosed?

Thank You.

Lou G. Price, Sr.