

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
Legal Services Administrator
Smyrna Landing Road
SMYRNA, DELAWARE 19977
Telephone:  (302) 653-9261
Fax:  (302) 659-6687

TO:          Michael Little
             Legal Services Administer

FROM:        Maria Lyons
             Staff Paralegal
             MHU Law Library

DATE:        January 22, 2007

REF:         Law Library Usage:  Lou Price  # 454309

From September 27, 2005 until January 10, 2006 Lou Price #454309 was housed in
MHU Bldg. 21 which is Security Lockdown.  His requests for Legal Services were
handled by mail due to the status of this building.  The following is a breakdown of the
services he received by mail during this period of time:

Number of Requests to MHU Law Library:        24

TABLE OF LAW LIBRARY REQUEST:  2005

| Cell Number | Date Requested | Date Items Sent | Description |
|---|---|---|---|
| C-L-9 | 9/27/05 | 9/27/05 | Response from I/M Paralegal |
| C-L-9 | 9/29/05 | 9/29/05 | Photocopies (Legal Letter) |
| C-L-9 | 10/6/05 | 10/6/05 | Photocopies (Letter to Judge), Cases (+5) |
| C-L-9 | 10/11/05 | 10/11/05 | Inmate Grievance Procedure, Addresses, Court Forms (1983, Writ Mand.) |
| C-L-9 | 10/14/05 | 10/20/05 | Photocopies, Court Forms (Power of Attorney), Addresses, Staff P/L Response, |
| C-L-9 | 10/24/05 | 10/24/05 | Response from I/M Paralegal, Court Forms (1983) |
| C-L-9 | 11/1/05 | 11/1/05 | Photocopies, Court Forms (Writ Man.) |
| C-L-9 | 11/4/05 | 11/4/05 | Photocopies |
| C-L-9 | 11/4/05 | 11/4/05 | Cases (+2) |
| C-L-9 | 11/9/05 | 11/9/05 | Photocopies |
| C-L-9 | 11/14/05 | 11/14/05 | Staff Paralegal Response, Addresses |
| C-L-9 | 11/15/05 | 11/15/05 | Staff Paralegal Response |
| C-L-9 | 12/1/05 | 12/1/05 | Staff Paralegal Response (Copying of items as exhibits) |
| C-L-9 | 12/7/05 | 12/7/05 | Photocopies, Court Forms |
| C-L-9 | 12/08/05 | 12/12/05 | Cases (+5), Inmate Paralegal Response, Search List |
| C-L-9 | 12/15/05 | 12/15/05 | ABA Standards |
| C-L-9 | 12/19/05 | 12/19/05 | I/M Paralegal & Staff Paralegal Response |
| C-L-9 | 12/27/05 | 12/27/05 | Cases (+2), I/M Paralegal Resp., GTLJ, Court Forms |
| C-L-9 | 12/28/05 | 12/28/05 | Cases (+4), photocopies (transcript) |
| C-L-9 | 1/3/06 | 1/3/06 | Cases (+4), I/M Paralegal Response, Result List |
| C-L-9 | 1/5/06 | 1/5/06 | Photocopies (Letter to Judge), Cases (+5), Staff P/L Response, T 11 s. 271 |
| C-L-9 | 1/6/06 | 1/6/06 | Cases (+3) |
| C-L-9 | 1/9/06 | 1/9/06 | Photocopies, I/M Paralegal Response, Cases (+5) |
| C-L-9 | 1/10/06 | 1/10/06 | Title 11 s. 232, 301, 306, 307, 421,632, 635 |

Photocopy Requests:                **2005**

               Number of Requests  =    10
               Number of Pages     = 1056

| MONTH | REQUESTS | # PAGES |
|-------|----------|---------|
| September | 1 | 4 |
| October | 1 | 83 |
| November | 3 | 650 |
| December | 5 | 319 |

Notary Service:                                **3**

         October 12, 2005
         November 21, 2005 – Notary Service Refused
         December 22, 2005

**\*\*\*\* January 11, 2006 – MHU Law Library is notified; in writing, by Inmate Price # 454309 that he has been transferred from MHU Bldg. 21 C-L-9 to MHU Bldg. 22 A-L-11 and requests to be scheduled for Law Library Appointments.  Inmate Price scheduled to attend his first law library appointment on January 16, 2006.**

The following is a breakdown of legal activities for Inmate Lou Price # 454309 for the time period of Jan 16, 2006 – December 18, 2006

Scheduled Law Library Appointment = 74
Did not show for Scheduled Appointments = 10

| Month | # of Appts | # of No Shows |
|---|---|---|
| January | 4 | 0 |
| February | 7 | 3 |
| March | 6 | 0 |
| April | 6 | 1* |
| May | 5 | 2* |
| June | 7 | 0 |
| July | 7 | 1 |
| August | 9 | 1 |
| September | 7 | 4* |
| October | 7 | 3* |
| November | 5 | 0 |
| December | 4 | 1* |

- Psychologist Appointment
- Infirmary
- On 9/26/06 Transferred to Bldg. 23 A-U-4.  Unable to attend to 2 appt's due to building move.
- On 10/23/06 Bldg. 23 did not send A Tier Inmates for Law Library.
- On 12/18/06 MHU Complex went to by mail only legal services due to Staff Shortages.

Number of Photocopy Requests = 37
Number of pages copied = 7,448

| Month | # of Requests | # of Pages |
|---|---|---|
| January | 3 | 922 |
| February | 2 | 48 |
| March | 1 | 6 |
| April | 2 | 292 |
| May | 4 | 2736 |
| June | 6 | 873 |
| July | 6 | 1217 |
| August | 6 | 669 |
| September | 1 | 75 |
| October | 1 | 68 |
| November | 4 | 522 |
| December | 1 | 20 |

He also requested and received Notary Service on the following dates:

March 22, 2006

The following is a breakdown of legal services received by mail from the 12/18/06 change to legal services by mail to present:

| Cell | Date Rec'd | Date Mailed | Description |
|---|---|---|---|
| 23 A-U-4 | 12/18/06 | 12/18/06 | Cases (+5) |
| 23 A-U-4 | 12/19/06 | 12/19/06 | Cases (+5), Search List |
| 23 A-U-4 | 12/20/06 | 12/20/06 | Cases (+3) |
| 23 A-U-4 | 12/29/06 | 12/29/06 | PSHLM pgs 1-201, Addresses |
| 23 A-U-4 | 1/3/07 | 1/5/07 | Guide to Rules of Litigation (TOC) |
| 23 A-U-4 | 1/4/07 | 1/8/07 | Cases (+1), Shepard Cites (+1) |
| 23 A-U-4 | 1/8/07 | 1/9/07 | Cases (+6), 42 USCA 1997e |
| 23 A-U-4 | 1/18/07 | 1/19/07 | Photocopies (Interrogatories) (55 pgs) |