In The United States District Court
For The District of Delaware

Lou G. Price, Sr.,
       Plaintiff,

v.

C.O. Lieutenant Taylor et al.

Cv No. 05-871-SLR



## Supplement For Request For Counsel

Lou G. Price, Sr. prays that this Honorable Court accepts this letter for the Court's record regarding his recent <u>request for counsel</u> and the error he made when he stated that he was being "<u>denied access</u> to the SHHU Law Library."

Instead, Price actually meant to state that he was being denied <u>physical access</u> to the Law Library and that the

1 of 4

DCC Law Library service in the SMHU Law Library denies him any reasonable access to staff or inmate paralegal services (like that given to prisoners on the compound).

Bounds vs. Smith and many of its progenys (U.S. Supreme Court and otherwise) state that Price — and others — are to be afforded <u>adequate</u> law libraries (or legal assistance programs), adequate time for research, and that a person or persons trained in the law must assist Price in the filing of and preparation of motions and meaningful legal papers.

The SMHU Law Library does little of the above (other than "mail" requested items to the prisoner and provide a notary service). Price is untrained in the law and does not even know exactly what to request in order to properly litigate this civil case and his criminal case. Furthermore, the SMHU Law Library does not always send requested items on time and other times they fail to send items

at all. So there are things that are not reflected on their computer print out. Things this Honorable cannot see.

Other than that, Price does not even have reasonable "space" for meaningful research (for he is in a cell with another inmate) and the lights are turned off at 11 - 11:30 p.m. each evening. Price continues to contend that he is being DENIED ACCESS TO AN ADEQUATE LAW LIBRARY PROGRAM which is, in effect, hindering his right to pursue legitimate claims in the courts.

If the Honorable Court or opposing counsel would like he will provide some applicable U.S. Supreme Court (and other) settled Law in support of this Amendment to/Supplement to Price's latest Request For Counsel in the above matter.

Thank You.

*Lou G. Price, Sr.*

Lou G. Price, Sr.
D.C.C. Smyrna

3 of 4

## Certificate of Service

Lou G. Price, Sr. hereby certifies that on February 15th, 2007 he mailed by USPS, this "Supplement For Request For Counsel" to the following participants:

Erika Y. Tross, Esq.
Department of Justice
820 N. French Street
Wilmington, De 19801

Court Clerk
U.S. District Court of Delaware
844 N. King Street
Lockbox 18
Wilmington, De. 19801

Lorenza A. Wolhar, Esq.
1220 N. Market St 5th Fl.
P.O. Box 8888
Wilmington, De 19899-8888

By: Lou G. Price, Sr. (454309)
1181 Paddock Rd/ DCC
Smyrna, De 19977

4 of 4



I/M Loo Rice Sr
SBI# 454309   UNIT Z3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

05-871-SLR

Legal Mail

The U.S. District Court of Del.
Court Clerk Mr. Dalleo
844 N. King St. Lockbox 18
Wilmington, De
  19801