**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LOU GARDEN PRICE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-871-SLR |
| | ) | |
| C/O LIEUTENANT TAYLOR, NURSE | ) | JURY TRIAL REQUESTED |
| CAROL, NURSE KERA, WARDEN | ) | |
| TOM CARROLL, CORRECTIONAL | ) | |
| MEDICAL SERVICES, UNKNOWN | ) | |
| DEPARTMENT OF JUSTICE (DE) | ) | |
| STATE DETECTIVE 1, UNKNOWN | ) | |
| DEPARTMENT OF JUSTICE (DE) | ) | |
| STATE DETECTIVE 2, BETTY | ) | |
| BURRIS, MAJOR HOLMAN, CHRIS | ) | |
| MALANEY, and PROFACI, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE AND CERTIFICATE OF SERVICE**

I hereby certify that on <u>February 26, 2007</u>, I have mailed by United States Postal Service, a true and correct copy of the **RESPONSES OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, TO PLAINTIFF'S COMBINED INITIAL SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION** to Defendants, in the above-captioned matter this date to the following:

Erika Yvonne Tross
Deputy Attorney General
Department of Justice
820 N French Street
Wilmington, DE  19801

Lou Garden Price, Sr., SBI# 454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN

BY:   /s/  Lorenza Anna Wolhar
LORENZA A. WOLHAR, (DE ID # 3971)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888
(302) 552-4300
Attorneys for Correctional Medical Services