**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:** [New Castle County-Civil Division]

March 5, 2007

Lou Garden Price, Sr., Inmate
SBI #00454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Re: *Price v. Taylor, et al.*,
<u>D. Del., C.A. No. 05-871-SLR</u>

Dear Mr. Price:

On January 24, 2007 you filed with the Court discovery requests directed to the Defendants. Prior to the deadline for the State Defendants' responses to your discovery requests I took leave from work. I am presently on leave and my leave will continue for a few more weeks. Therefore I am requesting an extension of time to respond to your discovery requests up to and including April 18, 2007. If you have any objection to the request for extension please contact me at the address given above.

Thank you.

Sincerely,

/s/ Erika Y. Tross

Erika Y. Tross
Deputy Attorney General

cc:   Clerk of Court
      Lorenza Anna Wolhar