In The United States District Court
For The District of Delaware

Lou Garden Price, Sr.,
    Plaintiff,

v.

C.O. Lieutenant Taylor, Nurse
Carol Kozak, Warden Tom Carroll,
Correctional Medical Services, Delaware
Dept. of Justice State Detective
Mark Forbes, Delaware Dept. of
Justice State Detective Robert
Burnan, Elizabeth "Betty" Burris,
Chris Malaney,
    Defendants.

C.A. No. 05-871-SLR

Jury Trial Requested


FILED
APR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion For Leave To File An Amended Complaint

Plaintiff Lou Garden Price, Sr., pursuant to Rules 15(a) and 19(a), of Federal Rules of Civil Procedure, requests leave to file an amended complaint adding a party/parties.

1). The plaintiff in his original complaint named a John Doe/Unknown Defendants (two nurses without last names; a DOC Lieutenant Taylor with no first name available; and two DE. Dept. of Justice State Detectives with names unknown at the time).

2). Since the filing of the complaint the plaintiff has been able to determine that the names of Defendant "Nurse Carol" is actually Nurse Carol Kozak; the name of Department of Justice State Detective #1 is Mark Forbes and the name of Department of Justice State Detective #2 is Robert Durnan. Please let the record in this case reflect the above amendments to reflect the identities and actions of the above officers, the nurse stated.

3). This Court should grant leave freely to amend a complaint. Foman v. Davis, 371 U.S. 178, 182 (1962).

April 25th, 2007

Respectfully Submitted,

Lou G. Price, Sr. 454309
Del. Correctional Center
Smyrna, De 19977

3 copies please

Lou G. Price   454309
23
AU4

