IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-871-SLR |
| ) | |
| C/O LIEUTENANT TAYLOR, et al., ) | |
| ) | |
| Defendants. ) | |

**SUPPLEMENTAL SERVICE ORDER**

WHEREAS, plaintiff, Lou Garden Price, Sr., a prisoner incarcerated at the Delaware Correctional Center ("DCC"), filed his complaint pursuant to 42 U.S.C. § 1983, on December 15, 2005 (D.I. 2);

WHEREAS, on April 30, 2007, plaintiff filed a motion for leave to file an amended complaint to add or correct the names of certain defendants, as follows: Nurse Carole to Carol Kozak; Unknown Department of Justice State Detective #1 to Mark Forbes, and Unknown Department of Justice State Detective #2 to Robert Durnan;

WHEREAS, "[a]fter amending once or after an answer has been filed, the plaintiff may amend only with leave of the court or the written consent of the opposing party, but 'leave shall be freely given when justice so requires.'" Shane v. Fauver, 213 F.3d 113, 115 (3d Cir. 2000) (quoting Fed. R. Civ. P. 15(a));

THEREFORE, at Wilmington this  9th  day of May, 2007, IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. Plaintiff's motion to amend (D.I. 62) is GRANTED.

3. The clerk of the court is directed to amend the court docket by changing the

names Nurse Carole to Carol Kozak; Unknown Department of Justice State Detective #1 to Mark Forbes, and Unknown Department of Justice State Detective #2 to Robert Durnan.

IT IS FURTHER ORDERED that:

1. This order shall supplement the court's service order (D.I. 15) dated June 6, 2006.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall complete and return to the clerk of the court an **original** "U.S. Marshal-285" forms for **each identified defendant,** Carole Kozak, Mark Forbes, and Robert Durnan, as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(C). **Additionally, plaintiff shall provide the court with one copy of the complaint (D.I. 2) and amended complaints (D.I. 11, 62) for service upon the newly identified defendants. Plaintiff is notified that the United States Marshal will not serve the complaint and amended complaints until all "U.S. Marshal 285" forms have been received by the clerk of the court. Failure to provide the "U.S. Marshal 285" forms for the newly identified defendants and the attorney general within 120 days from the date of this order may result in the complaint being dismissed or the newly identified defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

3. Upon receipt of the form(s) required by paragraph 2 above, the United States Marshal shall forthwith serve a copy of the complaint and amended complaints,

this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the additional defendant identified in the 285 form.

4. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

5. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

6. No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

7. **NOTE:** *** When an amended complaint is filed prior to service, the Court will **VACATE** all previous Service Orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). ***

8. **Note:** *** Discovery motions and motions for appointment of counsel filed

prior to service will be dismissed without prejudice, with leave to refile following service.

\*\*\*

                                                                          _/s/_____
UNITED STATES DISTRICT JUDGE