Dear Mr. Dalleo, Clerk,                                5/15/07

Re: 05-CV-871 SLR
Request for Copy of D.I. 62

FILED
MAY 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I'm aware that the Court requires a fee for copy requests, sir. I am so sorry for disturbing your day with such a request but I received an order from this Honorable Court to supply copies of the newly identified defendants - 285 Forms, D.I. 2, D.I. 11, 62.

I do not have D.I. 62 and my indigent status has not changed at D.C.C. Smyrna, which is why this Court provided me In Forma Pauperis privileges. As of 5/1/07 I am $220.94 in the red at DCC. May I be furnished with a copy of D.I. 62 please, or can you direct me of what to do?

Thank You.                    Respectfully,

                              Jon G. Price
                              DCC Smyrna De
                              19977

Date Printed: 5/1/2007

# Individual Statement
## From January 2005 to December 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | *No opening* |
|---|---|---|---|---|---|---|---|
| 00454309 | PRICE | LOU | G | | | Ending Month Balance: | $0.00 |

Current Location: 23    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 9/22/2005 | $0.00 | $0.00 | $0.00 | #Error | 161012 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($7.92) | #Error | 167802 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($1.98) | #Error | 172375 | | DST/POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | #Error | 176041 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | #Error | 176092 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | #Error | 176093 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | #Error | 176094 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($2.67) | #Error | 176155 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.60) | #Error | 176191 | | POSTAGE | |
| Supplies-MailP | 11/4/2005 | $0.00 | $0.00 | ($2.95) | #Error | 180164 | 10/10/05 | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($2.44) | #Error | 180467 | | POSTAGE | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($3.65) | #Error | 186216 | 11/9/05 | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($0.37) | #Error | 186419 | | | |
| Supplies-MailP | 12/15/2005 | $0.00 | $0.00 | ($3.45) | #Error | 196116 | 12/5/05 | | |

Ending Month Balance: #Error

Total Amount Currently on Medical Hold: ($26.00)
Total Amount Currently on Non-Medical Hold: ($194.94)

*Handwritten:*
194.94
 26.00
220.94
$220.94

I/M Lou G. Rice, Sr.
SBI# 454309  UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

U.S. District Court
Mr. P. Dalleo, Clerk
844 N. King St. Box 18
Wilmington, De
19801-3570