IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-871-SLR |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, DCC WARDEN TOM CARROLL, C.O. LIEUTENANT TAYLOR, CAROLE KOZAK, MARK FORBES, ROBERT DURNAN, CHRIS MALANEY, BETTY BURRIS | ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 3rd day of July, 2007,

IT IS ORDERED that:

1. Defendant CMS's motion to dismiss for failure to state a claim (D.I. 27) is denied.

2. Plaintiff's motions to appoint counsel (D.I. 37, 50) are denied without prejudice to renew.

3. Plaintiff's state law tort claims are bifurcated and stayed until further order of the court.

_____
United States District Judge