Dear Mr. P. Dalleo, Clerk For            6/29/07
District Court of Delaware
            Re: 05-871-SLR

Enclosed, per order of this Court is one copy of the original complaint and Amended Complaint. I do not have (D1.11) and I don't have the money to send for a copy of it. Please advise (do I make a Motion For The Court?). I am nearly $300 in a negative balance at DCC. (Four USM 285 Forms included in this package).

            Thank You.



            Lou G. Price, Jr. 454309
            DCC
            Smyrna, De 19977

I/M: Jose M. Rivera
SB# 454309  UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

S.M.S.
X-RAY

05-871-SLR

U.S. District Court Clerk
Lockbox 18
544 N. King Street
Wilmington De.
19801-3570



UNITED STATES POSTAGE
$02.16
JUL 09 2007
MAILED FROM ZIP CODE 199