**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4318**
**Email: lawolhar@mdwcg.com**

July 18, 2007

**Via E-FILE**
The Honorable Sue L. Robinson
U.S. District Court
844 N. King Street
Lock Box 31
Wilmington, DE 19801

    Re:    Price v. CMS
            C.A. No: 05-871-SLR
            Our File No: 13252-00170

Dear Judge Robinson:

    The undersigned is counsel for defendant, Correctional Medical Services, Inc. It has just come to my attention that, while I served all parties with written responses of CMS to plaintiff's discovery back in February, I omitted filing the responses with the Court. I will do so immediately.

    I apologize for my oversight.

                                    Respectfully submitted,

                                    /s/ *Lorenza A. Wolhar*

                                    LORENZA A. WOLHAR

/law

cc:    Erika Yvonne Tross , Esquire (via-file)
       Lou Garden Price, Sr., SBI# 454309 (regular mail)
\15_A\LIAB\LAWOLHAR\LLPG\439849\LAWOLHAR\13252\00170