IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-871-SLR |
| | ) |
| C/O LIEUTENANT TAYLOR, NURSE CAROL, NURSE KERA, WARDEN TOM CARROLL, CORRECTIONAL MEDICAL SERVICES, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 1, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 2, BETTY BURRIS, MAJOR HOLMAN, CHRIS MALANEY, and PROFACI, | ) JURY TRIAL REQUESTED |
| | ) |
| Defendants. | ) |

## NOTICE AND CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2007, I have mailed by United States Postal Service, a true and correct copy of the **RESPONSES OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, TO PLAINTIFF'S COMBINED INITIAL SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION** to Defendants, in the above-captioned matter this date to the following:

Erika Yvonne Tross
Deputy Attorney General
Department of Justice
820 N French Street
Wilmington, DE  19801

Lou Garden Price, Sr., SBI# 454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN

BY:   /s/ Lorenza Anna Wolhar
LORENZA A. WOLHAR, (DE ID # 3971)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888
(302) 552-4300
Attorneys for Correctional Medical Services