care, and deliberate indifference towards the serious medical needs of a prisoner. The reasons therefore are set forth in the plaintiff's affidavit and brief in support of the motion, for these Eighth Amendment violations.

July 8th, 2007

Lou G. Price, Sr.
DCC - Smyrna
1181 Paddock Rd.
Smyrna, De 19977

Respectfully Submitted

Lou G. Price, Sr.
_____
Pro Se


Lou G. Price, Sr.

7/26/07

2