# Exhibit 1

Names of State Detectives who transferred Price to Delaware.

Note: It does not reflect the full/real name of C.O. Lt. Taylor.

DEPARTMENT OF CORRECTION
TRANSFER OF CUSTODY

IT IS FURTHER O[RDERED]
September 12, 2003, sh[...]
a detainer with the Penn[...]
completion of any unexe[...]
Commonwealth of Penns[...]
State of Delaware, as pr[...]
to serve the sentence im[...]

1. Arrestee – Detainee Name: Price, Lou G.

2. Date of Birth: B/M  11-12-68

3. Arrestee Charge(s): MURDER 1

   SENTENCENED INMATE TO LIFE

4. Arresting Officer Transferring Custody:

   State Detectives Mark Forbes & Robert Durnan

5. Agency making Transfer: DE. Attorney Generals Office

6. Date of Transfer: Wednesday 9-21-05

7. Time of Transfer: _____

8. Dept. of Correction
   Accepting Officer: Sgt A Jacobs

9. Bail: N/A  NONE:  SENTENCENED TO LIFE

10. Address: _____

MPCJF  rev. 9/82
            2/97
FORM #: 479
       (2-part)

DE. SBI # 00454309

EU-2673

D00275