Exhibit 2
------------

Copy of Confiscate Property or 537-A Form. See circled portion "Brace - Thermoskin".

Allowables

## INMATE ACQUIRED OR CONFISCATED PROPERTY

INMATE NAME: Price Lou                                    SBI#: 454309
HOUSING UNIT: P/R         DATE 9/23/05      TIME: _____

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION (Poor/Fair/Good) |
|---|---|---|---|---|
| Photos | Various | P | 12 | ✓ Fair |
| Cards | Various | P | 12 | ✓ Poor |
| Tablet | Lg. Yellow Legal | P | 1 | ✓ Fair |
| Books | Websters Dict./Stiletto 101 | P | 2 | ✓ Fair |
| Envelopes | Lg. Yellow misc. Legal work | P | 3 | ✓ Poor |
| Headphones | Koss | P | 1 | ✓ Fair |
| Adapter | Black | P | 1 | ✓ Fair |

RECEIVED SEP 23 2005 PROPERTY ROOM

(NON Allowables — Mailed)

| ITEM | DESCRIPTION/BRAND NAME | S/P** | QUANTITY | CONDITION |
|---|---|---|---|---|
| Photos | Various (Excess) | P | — | ✓ Fair |
| Cards | Various (Excess) | P | — | ✓ Fair |
| Cord | Headphone Ext. | P | 1 | ✓ Fair |
| Cream | Fougera | P | 1 | ✓ Fair |
| Books | Driven / AK Press | P | 1 ea. | ✓ Fair |
| Brace | Thermoskin | P | 1 | ✓ Fair |
| Envelopes | Lg. white & Yellow misc. papers (songs, poems etc.) | P | 4 | ✓ Poor |
| Adapter | 1 male — 2 Female | P | 1 | ✓ Fair |

RECEIVED SEP 23 2005 PROPERTY ROOM

_____C/ Kronke_____          ___62___          _____C/ JR_____
Officer's Name (Print Clearly)      Shift          Officer's Signature Who Inventoried Property

_____          _____          _____
Supervisor's Name (Print Clearly)   Shift          Supervisor's Signature Reviewing Inventory

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on __/__/__, at _____, by _____, within ____
(Person Transferring Property)   (Date)   (Time)   (Person Receiving Property)   Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on __/__/__, at _____, by _____, within ____
(Person Transferring Property)   (Date)   (Time)   (Person Receiving Property)   Unit

### Record of Transfer of Property

The acquired/confiscated property, with exceptions noted, as listed above was received from:

_____, on __/__/__, at _____, by _____, within ____
(Person Transferring Property)   (Date)   (Time)   (Person Receiving Property)   Unit