# Exhibit #9

Sick call slips from 9/25/05 & 9/29/05, proving deliberate indifference.

Note: I put in sick call request on 9/23/05 and was not called. Just c me back from fa xs and have not been seen by doctor yet.

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

Name (Print): Lou Price
Housing Location: Bldg 21 C-L-9
Date of Birth: 11/12/68
SBI Number: 454309
Date Submitted: 9/29/05

Complaint (What type of problem are you having)? Post operation pain in right hand (aggravated from handcuffs during transfer); diagnosed w/ Cervical Neck Arthritis Pain - Need Bottom Bunk Status Paper; Migraine headache treatment; fungus under toenails spreading/need treatment; genital herpes outbreak prevention/treatment needed; carpal tunnel follow thru treatment needed.

Inmate Signature: Lou Price
Date: 9/29/05

The below area is for medical use only. Please do not write any further.

S:

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

seen 10/20/05

P:

E:

Provider Signature & Title: ___
Date & Time: ___

3/1/99 DE01
FORM#:

D00222

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **(MEDICAL)** DENTAL  MENTAL HEALTH

Name (Print): Lou Price
Housing Location: Bldg #21 C-69
Date of Birth: 11/12/68
SBI Number: 454309
Date Submitted: 9/25/05

Complaint (What type of problem are you having)? Pain from Carpal Tunnel surgery, (need brace from my property). Need treatment for toenail fungus infection. Prescription for migraines. Bottom bunk status until pain heals in hand (cervical neck pain is cured).

Inmate Signature: Jon Price
Date: 9/25/05

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:  seen 10/04/05

E:

Provider Signature & Title        Date & Time

3/1/99 DE01
FORM#:
MED

D00223