{Exhibit #10 } #11 } #12

#10 — Grievance | Case # 19399 — 9/28/05
                    " # 19844 — 10/11/05

#11 —        "

#12 — Original 1983 Complaint

**FORM #584**

**GRIEVANCE FORM**

FACILITY: D.C.C. Smyrna    DATE: 9/28/05

GRIEVANT'S NAME: Lou Price    SBI#: 454309

CASE#: 19399    TIME OF INCIDENT: 9/21/05 (After 2 p.m.) and ongoing.

HOUSING UNIT: Bldg #21  C-L-9

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 9/21/05 I was transferred to DCC where I was interviewed by the nurse Carol... I specifically complained about pain I had in my right hand/wrist/arm because of recent carpel tunnel surgery while in Pa DOCS custody on 8/25/05 and the wrong/neglectful way I had been cuffed all that day. She refused to treat my pain with meds I came with from Camp Hill Prison Doctor Underwood. I put in for sick call several days ago - I asked this nurse on 9/26/05 why I haven't been called; her reply was " I didn't look at the sick call requests yet."

ACTION REQUESTED BY GRIEVANT: I still haven't been seen by a doctor or PA as of 9/28/05 10 AM. I request I be seen immediately and that this nurse writes me a statement why pain management is not a priority when the meds I needed were right there in her hands and why she flatly refused to give me my meds.

GRIEVANT'S SIGNATURE: Lou G. Price    DATE: 9/28/05  10 AM.

WAS AN INFORMAL RESOLUTION ACCEPTED?

(COMPLETE ONLY

GRIEVANT'S SIGNATURE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEA          MITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

1 4 2005

Grievance Office

Copies w- I followed copy procedure 100%.

1 of 3

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: D.C.C. Smyrna, Delaware

DATE SUBMITTED: 10/11/05

INMATE'S NAME: Lou G. Price Sr.

SBI#: 454309

HOUSING UNIT: Bldg #21 (Max Unit)

CASE #: 19844

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: Ongoing Since 9/21/05 — present. 2 pages. (Lined pages attached).

TYPE OF MEDICAL PROBLEM:

CERT Team Lt. Taylor

Aggravated carpal tunnel- right wrist when he and State Detectives put handcuffs on extremely tight and they knew about recent surgery but took no precautions. Therefore making me suffer miserably with pain and agony during 3 hour (apprx) transfer from Camp Hill, Pa. on 9/21/. I arrived here and interviewed by intake nurse Carol ____ and told her above. I came here with non-narcotic prescription meds for pain (Indocin/Motrin) and not only did she fail to assess/look at my swollen/aggravated injury (hand/wrist) she specifically refused to give me my prescribed meds to alleviate my pain saying I had to talk to the doctor, and sign up for sick call. Next day I was put in Bldg#2

GRIEVANT'S SIGNATURE: Lou G. Price

DATE: 10/11/05

ACTION REQUESTED BY GRIEVANT: See attached page #3.

DATE RECEIVED BY MEDICAL UNIT: _____

~~RECEIVED~~

OCT 2 7 2005

Inmate Grievance Office

D00267

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Note: I Lou Price signed a medical release, finally, on Monday.

#2  Medical Grievance Form                     $19\frac{94}{4}$  2 of 3

where apparently nurse Carol _____ was in charge
of sickcall. I put in two sickcall slips to see a
doctor to complain that aggravated injury escalated my
pain, I needed medical assistance, ice, and I needed
increased medication for effective pain management. I
asked Carol each time she came to deliver meds about
sickcall and my need to see a doctor. She either said
"I'm too busy," a number of times and then (she
and other nurses) said, "I don't recall seeing your name,"
which told me that my slips were discarded or ignored.
I kept complaining and suffering every day/night that I
was in pain, numbness (hand and arm) and my hand was
weak and swollen (almost useless) to Carol and other
nurses (a blond female who refuses to give me her
name I think is Kera or Kira) but I was never
brought or seen for sickcall. Then on 10/5/05 a woman
named Danielle came for meds and I was nearly
in tears when I told her I was post-operation and
all the above problems. She was being escorted by Corporal
Andrews who got angry when Danielle wanted to use
the phone saying, "You're making me do extra un-
necessary work." He tried to discourage her
from giving me medical assistance but she finally
got him to let her use the phone (by Lower 12 cell).
Ten minutes later Dr. Ott came to examine me
at 3:30 p.m. She told me that I had to sign a
medical release so far ADCS can send my file

00026

#3

19844

3 OF 3

here to D.C.C. Smyrna. To this date I have not signed a release and to this date I have still not received effective pain manage ment. I told the doctor (Dr. Ott) here that my surgery by Dr. Yucha at Holy Spirit Hospital in Harrisburg, Pa. was not effective and I am worse off now than I was before surgery. Now I'm just in pain and discomfort and I am receiving no medical treatment (that's effective) and no guidance.

Lou G. Price Sr.                    10/11/05
Lou G. Price Sr.

D00269

Action Requested: [1] Thorough Examination; [2] EMG done to determine/verify that Carpal Tunnel still exists; [3] MRI to assess aggravated damage done by CERT Team Taylor/State Detectives; [4] Official in writing Reprimand for nurse Carol, nurse Kera/Kira, and CERT Team Lt. Taylor and the two state Detectives from the AG/Dept. of Justice who transferred me and deliberately caused me to suffer. [5] Full names of each party mentioned because they refused. [6] That Just Restitu-

### Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOV Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

_____ **Vulgar/Abusive or Threatening Language.** ~~The Language that is unacceptable has~~ been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with _____ DOC Policy 4.4. These procedures have their own appeal process that must be followed.

_____ **Disciplinary Action**          _____ **Parole Decision**          _____ **Classification Action**

✓ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

✓ **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

*The grievance procedure does not handle restitution issues for alleged actions of staff. the procedure is internal, it*

_____          11-8-03
Inmate Grievance Chairperson          Date

*does not handle complaints Concerning outside agencies. most of your Complaints have past the 7 day time limit.*

000270

*original Complaint*

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) La Garden Price Sr.    454309
　　(Name of Plaintiff)　　　(Inmate Number)

Delaware Corr. Center
1181 Paddock Rd.  19977
　　(Complete Address with zip code)

(2)_____
　　(Name of Plaintiff)　　　(Inmate Number)

_____
　　(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:
:
:
:
:
:
:
:
:
:——————————————————
:　　　　　(Case Number)
:　( to be assigned by U.S. District Court)
:
:
:
:

vs.

:  **CIVIL COMPLAINT**
:

(1) CeRT Team C.O. Lieutenant Taylor
　　(First name unknown; wht male)
(2) Nurse Carol (refusal to give full name):

(3) Nurse Kera (refused to give full name)
　　(Names of Defendants)

(4) [Warden] Tom Carroll
　　(Each named party must be listed, and all names
　　must be printed or typed. Use additional sheets if needed)

(5) St. Louis (based) Correctional Medical Services/Smyrna DCC/Director

(6)(7) State Detectives at Dept of Justice (Delaware). Unknown presently.

:  • •  Jury Trial Requested
:

A.    PREVIOUS LAWSUITS
　　　If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
　　　including year, as well as the name of the judicial officer to whom it was assigned:

None

II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    · (·Yes) · ·No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    · (Yes) · ·No

C.    If your answer to "B" is Yes:

1. What steps did you take? Wrote steff (numerous); no response. Wrote grievance # 19394. Unprocessed (dismissed) because I requested action (as stated on form); chairperson mistakenly said I Filed past 7 day Filing period. I Filed on 9/27/05 and
2. What was the result? the "incident" was 9/21/05, that is not 7 days, but only 6 days. Smyrna/D.C.C. deliberately has grievance procedure set up to sabotage grievances, so the complainant receives no help from the courts. I also appealed to Warden and Bureau Chief in

D.    If your answer to "B" is No, explain why not: _____
                                                                        Δoves


III.    DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: CERT Team C.O. Lieutenant Taylor
(First name unknown).
Employed as CERT Correction Officer at Smyrna / Del Correction Center

Mailing address with zip code:  1181  Paddock  Rd
Smyrna, Delaware   19977


(2) Name of second defendant: Nurse Carol (refused to give full name)

Employed as Nurse _____ at D.C.C. / Smyrna Del.

Mailing address with zip code:  1181  Paddock  Road
Smyrna, Delaware   19977

(3) Name of third defendant: Nurse Kera (refused to give full name

Employed as Nurse _____ at D.C.C. / Smyrna, Del.

Mailing address with zip code:  1181  Paddock  Road
Smyrna, Delaware   19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(4) Warden Tom Carroll, 1181 Paddock Rd. Smyrna De
                                              1997?

(5) Correctional Medical Services 1181 Paddock Rd.
      (Director)                              Smyrna, De. 1997

(6) Unknown Department of Justice (De) State Detective

(7) Unknown Department of Justice (De) State Detective
     (Carvel State Office Bldg. 820SN French St Wilmington 19..

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. 8/25/05 I Lou Price had carpal tunnel surgery while in Pa. DOCS custody. The surgery only damaged me further. 9/21/05 I was paroled to D.C.C. Smyrna De. and CERT Team Lt. Taylor neglected to take precautions while cuffing me during the trip, placing me under extreme pain cold duress during a 3 hour tortuous trip.

2. Two Dept of Justice (De) State Detectives were with him; their names are unknown but they are defendar

Upon arrival to D.C.C./DOCS nurse Carol (refuses last na interviewed me; I complained many, many, times that the handcuffs had severely injured my could wound/wrist

3. and I was in profound pain. She refused to give me prescribed meds (that Dr. Underwood in Pa. had sent along with me) even though I had tears in my eye from the pain. I was told by her that I could not see the doctor. I put in sick call requests and even then nurse Carol and nurse Kera denie my pleas (both of them refused to give me their last names). I was not seen until 10/5/05-14 days later whe

V. RELIEF Dr. Ott prescribed narcotics and a right hand splint because Dr. Ott knew I was in pain from a botched

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or Surger statutes.)

1. I respectfully and emphatically beg the Court to compel De. Docs/SMedical Department Director to have an emergency EMG done so I can be scheduled for another carpal tunnel release surgery due to the pain shooting through my hand/fingers/wrist/arm and even the neck now which is preventing me from sleeping and having pain free days.

OR:

2. Compel Pa/DOCS (Camp Hill, Pa) to have Dr. Yucha at Holy Spirit Hospital re-do the surgery. I trust Dr. Yucha even though he obviously made a mistake (I just refuse to believe he did it on purpose).

3. _____
I have written the Warden and numerous C.O.'s to try obtaining all of the defendants full names but I'm being stonewalled which is now classical of Delaware Prison staff according to the investigation DOC, De is currently under. Please obtain full names of

I declare under penalty of perjury that the foregoing is true and correct. each staff named in this suit.

Signed this ___3___ day of ___December___, 2 005

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

Relief

④. Whatever due and just relief a jury/judge sees fit as a matter of Law and Justice.

⑤ Because of pain in writing hand (and wrist splint) please assign counsel to assist in writing/Filing proper upcoming documents. Thank You.

Exhibit A.

42 USC 1983

J. Price

Attached:¹⁾ please Find Grievance
Form #19394 which was mistakenly
unprocessed/dismissed For "expired
Filing period. See "date" and see
"Time of incident" 9/21/05.
2) Letter to Dr. Ott
3) Letter to Paul Howard (grievance appeals
   to Bureau of Prisons)

FORM #584

## GRIEVANCE FORM

FACILITY: D.C.C. Smyrna     DATE: 9/27/05

GRIEVANT'S NAME: Lou Price     SBI#: 454309

CASE#: 19394     TIME OF INCIDENT: 9/21/05 / Daytime

HOUSING UNIT: Bldg #21 C-L-9

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 8/25/05 I had carpal tunnel release surgery done while in Pa Docs custody. I was not only cuffed with steel hand cuffs, but I was handcuffed very tightly plus I was secured with a 50,000 volt stunbelt. Staff Lieutenant Taylor (the white one on CERT Team) and the two State Detectives knew about the recent surgery but neglected to use other methods (e.g. velcro straps, etc). As a result I suffered unnecessarily for 3 hours from Pa to DCC. and the pain in my right hand has been unbearable to the point of me not being able to use it, its numb and my thumb keeps giving out.

ACTION REQUESTED BY GRIEVANT: I request that CERT Team Lt. Taylor (or Tailor) give me a written statement why he (they) neglected to use another method of cuffing an injured person knowing I had had surgery just weeks prior to this torture and negligence I went through and am still going through. Plus I want the names of the they 2 Detectives.

GRIEVANT'S SIGNATURE: Lou G. Price Sr.     DATE: 9/27/05

WAS AN INFORMAL RESOLUTION ACCEPTED? _____ (YES) _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____     DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
   GRIEVANT

April '97 REV

**RECEIVED**

OCT 1 4 2005

Inmate Grievance Office

Mr. Paul Howard/Bureau Chief
   Bureau of Prisons
     DOCS
   245 McKee Road
   Dover, De. 19904

Exhibit A

Re: Grievance #19394  dated 9/27/05
     unprocessed/denied  10/28/05
    Lou G. Price Sr.  #454309

Dear Mr Howard,

    Please let this letter act as an appeal because I was told the Department has no official Appeal Form for grievances. My grievance went denied because "by the "Action Requested By Grievant" statement on the "form 584" I requested medical help and because of that my Grievance was denied. Second, due to the 7 day filing period rule my grievance was also denied. But the incident date was 9/27/05 and the "time of incident" was 9/21/05 Daytime". That's clear as it can get. 6 + 21 = 27 (I Filed it on the 6th day I mean). But the chairperson denied my grievance anyway and I'm in need of medical attention and I'm being refused

from all sides. I wrote the warden Mr. T. Carroll but he never answers anybody. I wrote Captain Henry, Captain McCraner, Lt. Boone, Counselor SMs Forbes Chris and Donna, (the Medical Supervisors) numerous C.O.'s — nobody has wrote me back. The Dept of Corrections in Delaware is under intense investigation for inmate deaths, suicides, malfeasance and medical negligence and I'm asking the administration to intervene and stop this cruel and unusual punishment. I can lose my right hand — I'm in so much pain I can hardly use it for more than an hour. Isn't this against my 8th Amendment Rights? Please help me.

Lou G. Price #1.

11/1/05

Exhibit A
see rear

Medical Doctor C.H    10/25/0?

     I don't know what their problem is in this building but I'm constantly being refused my meds and medical attention. I've put in sick call slips and evidently they're being discarded, and ignored.

     Today and yesterday my blood pressure meds and (capal tunnel surger meds have not been given to me. I tried addressing this to the nurse with the long blond hair (Kera or Kira) and she just stormed off without explanation. I'm in pain and now I'm put at risk for stroke if I don't take my HBP/Tenormin. Kira/Kera is already the subject of a current grievance I put her in and I'm going all the way to the litigation stages w/ State and Federal Court and I'm naming her and nurse Carol for neglect and violating my 8th Amendment Rights under USCA for 33 days I've been suffering and refused treatment. I'm copying this letter before sending it to you so it's not

Exhibit

L. Price

Attached: see Medical Grievance which went totally ignored. I Kept complaining again and again and I am still in pain.

I was ignored so the aggravated injury done during transfer could heal and the malfeasance done to me could be hidden.

DOCS/De/D.C.C. is still refusing to perform a EMG on my hand/wrist See Delaware Online /News Journal about ongoing investigation on the DOC/Med Department neglect and inmate deaths. Lou Price

Exhibit E

(Copy) Carroll, Warden
Warden Carroll
As of 12/2/05
answer

FORM #585

MEDICAL GRIEVANCE

FACILITY: D.C.C. Smyrna, Delaware

DATE SUBMITTED: 10/11/05

INMATE'S NAME: Lou G. Price Sr.

SBI#: 454309

HOUSING UNIT: Bldg #21 (Max Unit)

CASE #:

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: Ongoing Since 10/21/05 — present. 2 pages. (Lined pages attached).

TYPE OF MEDICAL PROBLEM:

ERT Team Lt. Taylor

Aggravated carpal tunnel — right wrist when he and State Detective put handcuffs on extremely tight and they knew about recent surg. but took no precautions. Therefore making me suffer miserably with pain and agony during 3 hour (apprx) transfer from Camp Hill, Pa. on 10/2 I arrived here and interviewed by intake nurse Carol _____ and told her above. I came here with non-narcotic prescription meds for pain (Indocin/Motrin) and not only did she fail to assess/look at my swollen/aggravated injury (hand/wrist) she specifically refused to give me my prescribed meds to alleviate my pain saying I had to talk to the doctor, and sign up for sick call. Next day I was put in Bldg#

GRIEVANT'S SIGNATURE: Lou G. Price      DATE: 10/11/05

ACTION REQUESTED BY GRIEVANT: See attached page #3.

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

#2 | Medical Grievance Form                    2 of 3

where apparently nurse Carol       was in charge
of sickcall. I put in two sickcall slips to see a
doctor to complain that aggravated injury escalated my
pain, I needed medical assistance, ice, and I needed
increased medication for effective pain management. I
asked Carol each time she came to deliver meds about
sickcall and my need to see a doctor. She either said
"I'm too busy," a number of times and then (she
and other nurses) said, "I don't recall seeing your name,"
which told me that my slips were discarded or ignored.
I kept complaining and suffering every day/night that I
was in pain, numbness, (hand and arm) and my hand was
weak and swollen (almost useless) to Carol and other
nurses (a blond female who refuses to give me her
name I think is Kera or Kira) but I was never
brought or seen for sickcall. Then on 10/5/05 a woman
named Danielle came for meds and I was nearly
in tears when I told her I was post-operation and
all the above problems. She was being escorted by Corporal
Andrews who got angry when Danielle wanted to use
the phone saying, "You're making me do extra un-
~~absolutely~~ necessary work." He tried to discourage her
from giving me medical assistance but she finally
got him to let her use the phone (by Lower 12 cell)
Ten minutes later Dr. Ott came to examine me
at 3:30 p.m. She told me that I had to sign a
medical release so ~~to.~~ DICS can send my file

#3

3 OF 3

here to D.C.C. Smyrna. To this date I have not signed a release and to this date I have still not received effective pain management. I told the doctor (Dr. Ott) here that my surgery by Dr. Yucha at Holy Spirit Hospital in Harrisburg, Pa. was not effective and I am worse off now than I was before surgery. Now I'm just in pain and discomfort and I am receiving no medical treatment (that's effective) and no guidance.

Lou G. Price Sr.

*Lou G. Price Sr.*

10/11/05

Action Requested: [1] Thorough Examination; [2] EMG done to determine/verify that Carpal Tunnel still exists; [3] MRI to assess aggravated damage done by CERT Team Taylor/State Detectives; [4] Official in writing Reprimand for nurse Carol, nurse Kera/Kira, and CERT Team Lt. Taylor and the two state Detectives from the AG/Dept. of Justice who transferred me and deliberately caused me to suffer. [5] Full names of each party mentioned because they refused. [6] That Just Restitution be made from these parties.

AO 240 (DELAWARE REV 7/00)

RECEIVED-D.C.C.

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

NOV 1 7 2005

Plaintiff

APPLICATION TO PROCEED    SUPPORT SERVICES MANAGER
WITHOUT PREPAYMENT OF

V.

FEES AND AFFIDAVIT

Defendant(s)

CASE NUMBER:

I, _Lou G. Price Sr_____ declare that I am the (check appropriate box)
☑ Petitioner/Plaintiff/Movant   ☐ Other  in the above-entitled proceeding; that in support of my
request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am
unable to pay the costs of these proceedings and that I am entitled to the relief sought in the
complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated? ☑ Yes ☐ No  (If "No" go to Question 2)

If "YES" state the place of your incarceration _Delaware Correction Center, Smyrnc_

Are you employed at the institution?    ☐ Yes ☑ No

Do you receive any payment from the institution?    ☐ Yes ☑ No

*Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the
institution(s) of your incarceration showing at least the past SIX months' transactions.   Ledger
sheets are not required for cases filed pursuant to 28:USC §2254.*

2.    Are you currently employed? ☐ Yes ☑ No

a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and
give the name and address of your  employer.

b. If the answer is "NO" state the date of your last employment, the amount of your take-home
salary or wages and pay period and the name and address of your last employer. _Laborer-Hion_

3.    In the past 12 twelve months have you received any money from any of the following sources?

|     |                                                 |            |
| --- | ----------------------------------------------- | ---------- |
| a.  | Business, profession or other self-employment   | ☐ Yes ☑ No |
| b.  | Rent payments, interest or dividends            | ☐ Yes ☑ No |
| c.  | Pensions, annuities or life insurance payments  | ☐ Yes ☑ No |
| d.  | Disability or workers compensation payments     | ☐ Yes ☑ No |
| e.  | Gifts or inheritances                           | ☐ Yes ☑ No |
| f.  | Any other sources                               | ☐ Yes ☑ No |

If the answer to any of the above is "YES" describe each source of money and state the amount
received *AND* what you expect you will continue to receive.

4.    Do you have any cash or checking or savings accounts?    ☐ Yes ☑No

   If "Yes" state the total amount $ _____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes ☑No

   If "Yes" describe the property and state its value.


6.    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

   None

   I declare under penalty of perjury that the above information is true and correct.

   Date: 11/2/05                 Signature of Applicant _____


RECEIVED-D.C.C.

NOV 1 7 2005

SUPPORT SERVICES MANAGER

## CERTIFICATE

(Incarcerated applicants only)

*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ _____ on account his/her credit at (name

of institution) _____ _Delaware Correctional Center_.

I further certify that the applicant has the following securities to his/her credit: _N/A_____.

I further certify that during the past six months the applicant's average monthly balance was $ _____

and the average monthly deposits were $ _____

_1/17/06_____
Date

_Stacy Shane_____
Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER
SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS
ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

RECEIVED-D.C.C.

NOV 1 7 2005

SUPPORT SERVICES MANAGER

*proof of no money for no. Exhibits court.*

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
### MEMORANDUM

TO:    Lou Price    SBI#: 454309

FROM:    Stacy Shane, Support Services Secretary

RE:    6 Months Account Statement

DATE:    November 17, 2005

---

Attached are copies of your inmate account statement for the months of
May 1, 2005    to    October 31, 2005

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| May | 0 |
| June | 0 |
| July | 0 |
| Aug | 0 |
| Sept | 0 |
| Oct | 0 |

Average daily balances/6 months:    0

Attachments
CC:    File

Stacy Shane
11/17/05

M. ____
11-17-05

# Individual Statement - No Transactions This Month

Date Printed: 11/16/2005

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|-----------|-----|--------|------------------|-------|
| 00454309 | PRICE | LOU | G | | | |
| **Current Location:** | 21 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

| | | | | | Ending Mth Balance: | $0.00 |
|--|--|--|--|--|--------------------|-------|

# Individual Statement - No Transactions This Month

Date Printed: 11/16/2005                                                                                    Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00454309 | PRICE | LOU | G | | | |
| Current Location: | 21 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

| | | | Ending Mth Balance: | $0.00 |
|--|--|--|--|--|

# Individual Statement - No Transactions This Month

Date Printed: 11/16/2005

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|-------------------|-------|
| 00454309 | PRICE | LOU | G | | | |
| **Current Location:** | 21 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

| | | | | Ending Mth Balance: | $0.00 |

# Individual Statement - No Transactions This Month

Date Printed: 11/16/2005                                                                                    Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|-----------|-----|--------|------------------|-------|
| 00454309 | PRICE | LOU | G | | | |
| **Current Location:** | 21 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------------------------------|--------------|------------------|--------------|---------|

| | | | | **Ending Mth Balance:** | $0.00 |

**Individual Statement**

Date Printed: 11/16/2005

Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $0.00 |
|-----|-----------|------------|----|--------|------------------|--|-------|
| 00454309 | PRICE | LOU | G | | | | |

Current Location: 21          Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Commitments | 9/22/2005 | $0.00 | $0.00 | $0.00 | $0.00 | 161012 | | | |

Ending Mth Balance:          $0.00

# Individual Statement

Date Printed: 11/16/2005

## For Month of October 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00454309 | PRICE | LOU | G | | | |
| Current Location: | 21 | | Comments: QOL3 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($7.92) | $0.00 | 167802 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($1.98) | $0.00 | 172375 | | DST/POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 176041 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 176092 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 176093 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 176094 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($2.67) | $0.00 | 176155 | | POSTAGE | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 176191 | | POSTAGE | |

Ending Mth Balance: $0.00

## Utility Events
1:05-cv-00871-UNA Price v. Taylor et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from rjb, entered on 12/21/2005 at 3:44 PM EST and filed on 12/21/2005
**Case Name:**       Price v. Taylor et al
**Case Number:**     1:05-cv-871
**Filer:**
**Document Number:**

#### Docket Text:
Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, )

The following document(s) are associated with this transaction:

**1:05-cv-871 Notice will be electronically mailed to:**

**1:05-cv-871 Notice will be delivered by other means to:**

Lou Garden Price, Sr
SBI# 454309
Delaware Correctional Center
1181 Paddock Rd.
Smynra, DE 19977

*2 copies*
*please.*

**JOSEPH M. BERNSTEIN**
ATTORNEY-AT-LAW

800 N. KING STREET · SUITE 302
WILMINGTON, DELAWARE 19801
(302) 656-9850
FAX (302) 656-9836

December 3, 2005

Lou G. Price # 454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Lou:

Enclosed is a copy of the transcript of your trial. I trust this will help you out for now. I am still trying to get the rest of the materials to you.

Very truly yours,

Joseph M. Bernstein

Individual Statement

Date Printed: 10/21/2005

Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 0045.4309 | PRICE | LOU | G | |

**Current Location:** 21

**Comments:** QOL3

**Beg Mth Balance:** $0.00

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Commitments | 9/22/2005 | $0.00 | $0.00 | $0.00 | $0.00 | 161012 | | | |

**Ending Mth Balance:** $0.00

Date Printed: 10/21/2005

## Individual Statement
## For Month of October 2005

| SI#      | Last Name | First Name | MI | Suffix |
|----------|-----------|------------|----|--------|
| 00454309 | PRICE     | LOU        | G  |        |

Current Location:  21                    Comments:  OOL3

Begin Mth Balance:    $0.00

| Trans Type | Date | Deposit or (Withdrawal) Amount | Medical Hold | Non-Medical Hold | Balance | Trans# | MO # or Ck # | PayTo | SourceName |
|------------|------|-------------------------------|--------------|------------------|---------|--------|--------------|-------|------------|
| Supplies-Mail? | 10/6/2005 | $0.00 | $0.00 | ($7.92) | $0.00 | 167802 | | DST/POSTAGE | |
| Supplies-Mail? | 10/14/2005 | $0.00 | $0.00 | ($1.98) | $0.00 | 172375 | | DST/POSTAGE | |

Ending Mth Balance:    $0.00

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  ($9.90)

_per your request -_

_Stacy Shaw_
_Support Service Secretary_

Page 1 of 1