917 F.2d 1449, 1456 (6th Cir. 1990).

## Conclusion

Plaintiff's sick call requests and grievances (Exhibits 10 & 11) proves that Chris Malaney, Warden Carroll and Betty Burris knew what was and had gone on in this case. They had "jobs to do and did not do it," and their failure to do those jobs was so likely to result in the violation of Price's constitutional rights that it would establish deliberate indifference on their part.

Plaintiff prays that for the foregoing reasons, this Honorable Court should grant summary judgment on liability to the PLAINTIFF on his Eighth Amendment claims. The actual amount of damages due to the plaintiff must be determined at trial.

Respectfully Submitted,

Lou G. Price, Sr. #454359
1181 Paddock Rd.
Smyrna, De 19977

Lou G. Price, Sr.    7/26/07

36

## Certificate of Service

I Lou Price, Sr. hereby certify that on July 25th 2007 I caused a true and correct (2) copies of the attached Brief In Support of Plaintiff's Motion For Summary Judgment to be served on the following individuals in the Form and manner indicated:

Via First Class Mail

US District Court
Honorable Sue L. Robinson
Wilmington, De 19801

Via First Class Mail

Lorenza Wolhar, Esq.
1220 N. Market St 5th Fl.
P.O. Box 8888
Wilmington, De 19899

Via First Class Mail

Erika Y. Tross, Esq.
Dpt. of Justice
820 N. French St 6th Fl.
Wilmington, De 19801

Lou G. Price, Sr

2/25/07  7/26/07
Lou G. Price, Sr.