IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-871-SLR |
| | ) |
| C/O LIEUTENANT TAYLOR, et al., | ) |
| | ) |

**ORDER**

At Wilmington this 18th day of July, 2007;

Plaintiff Lou Garden Price, Sr. ("plaintiff"), an inmate housed at the Delaware Correctional Center ("DCC"), proceeds pro se and was granted leave to proceed in forma pauperis. The court assessed a $250.00 filing fee in accordance with 28 U.S.C. § 1915, and found that plaintiff had no assets and no means to pay an initial partial filing fee. (D.I. 5) Accordingly, the order set forth the method for collecting the filing fee in the event that, at a future date, plaintiff acquires money in his prison trust account to make payment.

Now before the court is plaintiff's motion to waive the filing fee balance. (D.I. 38) Section 1915(b) sets forth the procedure for incarcerated individuals to pay the filing fee when proceeding pro se. 28 U.S.C. § 1915(b). Plaintiff is not relieved of those statutory requirements.

THEREFORE, IT IS ORDERED that plaintiff's motion to waive filing fee balance (D.I. 38) is **denied**.

_____
UNITED STATES DISTRICT JUDGE