OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 19, 2007

TO: Lou Garden Price, Sr.
SBI# 454309
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

**RE: Deficiency for Lack of Service and Original Signature;
05-871(SLR)**

Dear Mr. Price:

Papers have been received by this office for filing in the above matter which do not conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local 5.2.(a) & 5.3.

Your papers have been docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, *you must sign the Motion for Summary Judgment (DI 71) and Brief in Support of Motion for Summary Judgment with exhibits (DI 72) and serve a copy upon all other counsel of record*. Service must be indicated on an Affidavit or Certificate of Service, attached to the back of your request, motion or pleading.

A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

Your corrected filing, (signed by you, with a certificate of service attached) should be sent to this office for processing.

KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: Service List