In The United States District Court For The District of Delaware

Lou G. Price, Sr.
   Plaintiff,

v.

Taylor et al
   Defendants

C.A. No 05-871-SLR

Jury Trial Requested

Plaintiff's Combined Second Set of Interrogatories And Requests For Production of Documents Directed to The Defendants, (CMS).

Pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, the Plaintiff submits the following interrogatories and requests for production of documents to be answered or responded to in writing and where required under applicable rules, under

1 of 4



FILED
JUL 2 3 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE
BO scanned

oath, within thirty (30) days of the date of service hereof.

Request For Production of Documents:

1. Release to plaintiff the full name of a Nurse "Kera" who was a nurse under your employ during September 21, 2005 and at least until December of 2005.

2. Release to plaintiff a list of all female nurses who passed medication out in Building 21 - MHU during September 21, 2005 and at least until December 2005.

3. CMS-DOC Policy or Policies regarding emergency sick-call requests and procedures.

4. U.S. Department of Justice investigation findings regarding constitutional violations stemming from the poor medical care of CMS, Inc. in the Delaware DOC during CMS' tenure in DDOC. Release to plaintiff.

5. Release to plaintiff the contract agreement CMS, Inc. has with the DDOC-DCC regarding prisoner care (medical care).

Dated 7/16/07

Lou G. Price, Sr
Pro Se

Lou G. Price, Jr.
1181 Paddock Rd
Smyrna De
19977

3 of 4

## Certificate of Service

I, Lou G. Price, Sr., hereby certify that on July 16, 2007, I caused a true and correct copy of the attached Plaintiff's Combined Second Set of Interrogatories And Requests For Production of Documents to be served on the following individuals in the form and manner indicated:

Via First Class Mail

Lorenza A. Wolhar, Esq.
1220 N. Market St. 5th Fl.
P.O.B. 8888
Wilmington, De 19899-8888

Via First Class Mail

Erika Y. Tross, Esq.
De. Dpt. of Justice
820 N. French St. 6th Fl.
Wilmington, De 19801

Via First Class Mail

U.S. District Court
Honorable Sue L. Robinson
Wilmington, De. 19801

4 of 4