In The United States District Court For The District Of Delaware

☒ ORIGINAL

Lou G. Price, Sr.
    Plaintiff,

v.

C.O. Lt. Taylor, Nurse Carol Kozak, Nurse Kera, Warden Tom Carroll, CMS, et al.
    Defendants.

C.A. No. 05-871-SLR

Jury Trial Requested

FILED
JUL 23 2007

BD scanned

Plaintiff's Combined Second Set Of Interrogatories And Requests For Production Of Documents Directed To The Defendants of DCC/DOC.

Pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, the Plaintiff submits the following interrogatories and requests for production of documents, to be answered or responded to in writing and where required under applicable rules, under oath,

1 of 5

within thirty (30) days of the date of service hereof.

## Requests For Production of Documents To:

DOC Defendants Attorneys Ms. Erika Y. Tross, Esq./ Department of Justice - office of Delaware Attorney General; and Defendants CMS Inc. - Attorneys Lorenza Wolhar, Esq.

1. Release the identity of the DOC-DCC employee who assisted State Detectives Mark Forbes and Robert Durnan in the September 21, 2005 transfer of plaintiff from SCI-Camp Hill Prison to Delaware Correctional Center.

2. Release the name of the DDOC employee who was assigned to assist the Delaware Dept. of Justice State Detectives in picking up plaintiff Price from PDOC and bring to DCC on September 21, 2005.

3. Release the U.S. Department of Justice investigation findings (12/29/06) regarding the constitutional violations stemming from the poor medical care of CMS, Inc. during their tenure in DCC and all Delaware prisons.

4. Release any and all DDOC "memorandum agreements" made with the U.S. Dept. of Justice regarding DCC-prisoner medical care.

5. Release DCC Rules, Regulations and DOC-DCC facility policy (sick-call, medical diets, and general policy re: prisoners).

6. Release Policy in force during 9/21/05 regarding physical/transfer restraint of prisoners by Dept. of Justice State Detectives who are transferring a post-operative prisoner.

7. Release DDOC Policy in force during 9/21/05 regarding physical/transfer restraints of prisoners by transfer personnel who are transferring a post-operative prisoner.

8. Release to plaintiff the contract agreement CMS, Inc. has with the DDOC - DCC regarding prisoner medical care.

Dated 7/16/07

Lou Price, Sr
_____
DCC, De.    Pro Se

*Lou D. Price, Sr.*
_____
1181 Paddock Rd
Smyrna De.
19977

4 of 5

# Certificate of Service

I, Lou G. Price, Sr., hereby certify that on July 16, 2007, I caused a true and correct copy of the attached Plaintiff's Combined Second Set of Interrogatories And Requests For Production of Documents to be served on the following individuals in the form and manner indicated:

Via First Class Mail

Lorenza A. Wolhar, Esq.
1220 N. Market St. 5th Fl.
P.O.B. 8888
Wilmington, De 19899-8888

Via First Class Mail

Erika Y. Tross, Esq.
De. Dpt. of Justice
820 N. French St. 6th Fl.
Wilmington, De 19801

Via First Class Mail

U.S. District Court
Honorable Sue L. Robinson
Wilmington, De. 19801