## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

LOU GARDEN PRICE, SR.,            )
                                 )
            Plaintiff,            )
                                 )        C.A. No. 05-871-SLR
      v.                          )
                                 )
CORRECTIONAL MEDICAL,             )
SERVICES, DCC WARDEN              )        Jury Trial Requested
TOM CARROLL, C.O. LIEUTENANT      )
TAYLOR, CAROLE KOZAK,             )
MARK FORBES, ROBERT DURNAN,       )
CHRIS MALANEY, and BETTY BURRIS   )
                                 )
            Defendants.           )

### STATE DEFENDANTS LIEUTENANT TAYLOR, WARDEN TOM CARROLL AND BETTY BURRIS'S MOTION FOR ENLARGEMENT OF TIME [RE: D.I. 71, 72]

COMES NOW, State Defendants Lieutenant Ramon Taylor, Warden Tom Carroll, and Deputy Warden Betty Burris (the "State Defendants"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order, granting an enlargement of time pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, in which to file an answering brief in response to Plaintiff's Motion for Summary Judgment in the above-captioned case. In support of the Motion, the State Defendants state as follows:

1.      Plaintiff Lou G. Price, Sr. ("Price" or "Plaintiff") is an inmate presently incarcerated at the Delaware Correctional Center ("DCC"). Price is appearing *pro se* in this matter with leave to proceed *in forma pauperis*.

2.      On December 15, 2005, Price filed a Complaint pursuant to 42 U.S.C. § 1983 alleging, *inter alia*, that the Defendants violated his constitutional rights by being deliberately indifferent to his medical needs. (D.I. 2).

3.      On April 12, 2006, Price filed a twenty (20) page Second Amended Complaint detailing his allegations against the Defendants, his alleged constitutional bases for recovery and his requested relief. (D.I. 13). The State Defendants filed an Answer to Plaintiff's Second Amended Complaint on September 21, 2006. (D.I. 29).

4.      The Court has not entered a scheduling order in this matter.

5.      On July 17, 2007, Plaintiff filed a Motion for Summary Judgment (D.I. 71) and an Opening Brief in support of the Motion for Summary Judgment (D.I. 72). In accordance with the Local Rules for the District of Delaware, a response to the Motion for Summary Judgment is due on or before August 3, 2007.

6.      Shortly after filing his Motion for Summary Judgment, on July 23, 2007, Price served the State Defendants with additional discovery requests. (D.I. 78). On the same date, Price also issued additional discovery requests to Defendant CMS. (D.I. 77).

7.      Discovery in this matter is not yet complete. Price continues to file discovery requests. In addition, the State Defendants have not had the opportunity to depose Price. Because discovery is not yet complete and the record in this matter is not fully developed, State Defendants are unable, at this time, to adequately respond to Plaintiff's Motion for Summary Judgment. For these reasons, State Defendants are requesting an extension until November 1, 2007 – ninety (90) days from the date the

Answering Brief is currently due – in which to complete discovery and file a response to Plaintiff's Motion for Summary Judgment.

8.      This is the State Defendants' first request for an extension of time.

9.      There is no trial date scheduled in this case.

WHEREFORE, the State Defendants respectfully request that the Court grant the Motion and enter an Order, substantially in the form attached hereto, enlarging State Defendants' time to file a response to Plaintiff's Motion for Summary Judgment until on or before November 1, 2007

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**


*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400

Attorney for State Defendants

Dated: July 31, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LOU GARDEN PRICE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-871-SLR |
| v. | ) | |
| | ) | |
| CORRECTIONAL MEDICAL, | ) | |
| SERVICES, DCC WARDEN | ) | Jury Trial Requested |
| TOM CARROLL, C.O. LIEUTENANT | ) | |
| TAYLOR, CAROLE KOZAK, | ) | |
| MARK FORBES, ROBERT DURNAN, | ) | |
| CHRIS MALANEY, and BETTY BURRIS | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1**

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District of Delaware, that:

1.    The Plaintiff is an inmate incarcerated at Delaware Correctional Center in Smyrna, Delaware.

2.    The Plaintiff is not able to be reached by telephone, therefore counsel for the State Defendants has spent no time in attempting to reach an agreement on the subject of State Defendants Lieutenant Taylor, Warden Tom Carroll and Betty Burris's Motion for Enlargement of Time.

3.    The undersigned counsel assumes that Plaintiff opposes the Motion.

4.    The undersigned counsel has spoken with counsel for the medical defendants who has no objection to the Motion.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

_/s/ Erika Y. Tross_
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400

Attorney for State Defendants

Dated: July 31, 2007

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

LOU GARDEN PRICE, SR.,      )
                                    )
         Plaintiff,      )
                                    )     C.A. No. 05-871-SLR
      v.                )
                                    )
CORRECTIONAL MEDICAL,    )
SERVICES, DCC WARDEN      )     Jury Trial Requested
TOM CARROLL, C.O. LIEUTENANT  )
TAYLOR, CAROLE KOZAK,     )
MARK FORBES, ROBERT DURNAN,  )
CHRIS MALANEY, and BETTY BURRIS  )
                                    )
        Defendants.     )

## <u>ORDER</u>

Upon State Defendants Lieutenant Taylor, Warden Tom Carroll And Betty Burris's Motion For Enlargement Of Time (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1.    The Motion is **GRANTED**.

2.    The Defendants have until on or before November 1, 2007 to file an Answering Brief to Plaintiff's Motion for Summary Judgment.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Sue L. Robinson
United States District Court Judge

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on July 31, 2007, I caused a true and correct copy of the attached ***State Defendants Lieutenant Taylor, Warden Tom Carroll and Betty Burris's Motion for Enlargement of Time [Re: D.I. 71, 72]*** to be served on the following individuals in the form and manner indicated:

**VIA FIRST CLASS MAIL:**
Inmate Lou Garden Price, Sr.
SBI #00454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**VIA ELECTRONIC DELIVERY:**
Lorenza A. Wolhar, Esq.
Marshall, Dennehey, Warner,
  Coleman & Goggin
1220 N. Market St.
5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
lawolhar@mdwcg.com


*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400