# Certificate of Service

I Lou Price, Sr. hereby certify that on July 25th, 2007 I caused a true and correct copy of the attached Plaintiff's Motion For Summary Judgment to be served on the following individuals in the form and manner indicated:

Via First Class Mail

US District Court
Honorable Judge Sue L. Robinson
Wilmington De. 19801

Via First Class Mail

Lorenza Wolhar, Esq.
1220 N. Market St. 5th Fl.
P.O. Box 8888
Wilmington, De 19899

Via First Class Mail

Erika Y. Tross, Esq.
Dpt. of Justice
820 N. French St 6th Fl.
Wilmington, De 19801

Lou G. Price, Sr.
_____
7/25/07

7/26/07 Lou Price, Sr.

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 19, 2007

TO:  Lou Garden Price, Sr.
     SBI# 454309
     Delaware Correctional Center
     1181 Paddock Rd.
     Smynra, DE 19977



RE:  Deficiency for Lack of Service and Original Signature;
     05-871(SLR)

Dear Mr. Price:

Papers have been received by this office for filing in the above matter which do **not** conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local 5.2.(a) & 5.3.

Your papers have been docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, **you must sign the Motion for Summary Judgment (DI 71) and Brief in Support of Motion for Summary Judgment with exhibits (DI 72) and serve a copy upon all other counsel of record.** Service must be indicated on an Affidavit or Certificate of Service, attached to the back of your request, motion or pleading.

A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

Your corrected filing, (signed by you, with a certificate of service attached) should be sent to this office for processing.

KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc:  The Honorable Sue L. Robinson
enc: Service List

From: Jhl H. Rice, Jr.
SBI# 454309  UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Mr. Peter Dalleo, Clerk of Court
844 King St. — Lockbox 18
U.S. Courthouse
Wilmington, De.
19801

U.S.M.
X-RAY



US POSTAGE $04.60
JUL 27 2007
MAILED FROM ZIP CODE 19977