IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C/O LIEUTENANT TAYLOR, NURSE )<br>CAROL, NURSE KERA, WARDEN )<br>TOM CARROLL, CORRECTIONAL )<br>MEDICAL SERVICES, UNKNOWN )<br>DEPARTMENT OF JUSTICE (DE) )<br>STATE DETECTIVE 1, UNKNOWN )<br>DEPARTMENT OF JUSTICE (DE) )<br>STATE DETECTIVE 2, BETTY )<br>BURRIS, MAJOR HOLMAN, CHRIS )<br>MALANEY, and PROFACI, )<br>)<br>Defendants. ) | Civ. No. 05-871-SLR<br><br>TRIAL BY JURY DEMANDED |

**JOINDER OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO STATE DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Correctional Medical Services, Inc., by its attorneys, hereby joins in the State Defendants' Motion For Enlargement Of Time. D.I. 81. Defendant, Correctional Medical Services, requests that its response to plaintiff's Motion for Summary Judgment, (D.I. 71), and accompanying Opening Brief, (D.I. 72), be extended until on or before November 1, 2007, so that discovery can be completed. In joining State Defendants' Motion For Enlargement of Time, (D.I. 81), Defendant, Correctional Medical Services, relies upon, and adopts the well-reasoned arguments and positions, set forth therein.

This is Correctional Medical Services' first request for an extension of time.

<u>Statement Pursuant to Local Rule 7.1.1</u>

The plaintiff is an inmate incarcerated in Delaware Correctional Center and may not be reached by telephone, therefore, no agreement could be reached with the Plaintiff on the subject

of this Motion prior to filing. However, there is no objection to this Motion by State Defendants, Lieutenant Taylor, Warden Tom Carroll and Betty Burris.

**WHEREFORE**, Defendant, Correctional Medical Services, respectfully requests that this Court grant the Defendants' Motion and enter an Order, substantially in the form attached hereto, enlarging time for Defendants' allow its response to plaintiff's Motion for Summary Judgment (D.I. 71) and accompanying Opening Brief (D.I. 72) , be extended until on or before November 1, 2007.

                                       MARSHALL, DENNEHEY, WARNER,
                                       COLEMAN AND GOGGIN

BY:   /s/ Lorenza Anna Wolhar
LORENZA A. WOLHAR, (DE ID # 3971)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888
(302) 552-4300
Attorneys for Correctional Medical Services

DATED August 1, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., )<br><br>Plaintiff, )<br><br>v. )<br><br>C/O LIEUTENANT TAYLOR, NURSE )<br>CAROL, NURSE KERA, WARDEN )<br>TOM CARROLL, CORRECTIONAL )<br>MEDICAL SERVICES, UNKNOWN )<br>DEPARTMENT OF JUSTICE (DE) )<br>STATE DETECTIVE 1, UNKNOWN )<br>DEPARTMENT OF JUSTICE (DE) )<br>STATE DETECTIVE 2, BETTY )<br>BURRIS, MAJOR HOLMAN, CHRIS )<br>MALANEY, and PROFACI, )<br><br>Defendants. ) | Civ. No. 05-871-SLR<br><br>TRIAL BY JURY DEMANDED |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 1, 2007, I electronically filed the Motion of Defendant, Correctional Medical Services, to Join State Defendants' Motion for an Extension of Time to Respond to Plaintiff'' Motion for Summary Judgment, with the Clerk of the Court using CM/ECF and served the following registered participant:

Erika Yvonne Tross
Deputy Attorney General
Department of Justice
820 N French Street
Wilmington, DE  19801

    I hereby certify that on August 1, 2007 I have mailed by United States Postal Service, the Motion of Correctional Medical Services, to the following non-registered participant:

Lou Garden Price, Sr., SBI# 454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN AND GOGGIN

                                        BY:    /s/Lorenza A. Wolhar
                                        LORENZA A. WOLHAR, (DE ID # 3971)
                                        1220 N. Market Street, 5th Floor
                                        P.O. Box 130
                                        Wilmington, DE  19899-0130
                                        (302) 552-4302
                                        Attorneys for Defendant,
                                        Correctional Medical Services, Inc**.**

DATED August 1, 2007