# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> C/O LIEUTENANT TAYLOR, NURSE ) <br> CAROL, NURSE KERA, WARDEN ) <br> TOM CARROLL, CORRECTIONAL ) <br> MEDICAL SERVICES, UNKNOWN ) <br> DEPARTMENT OF JUSTICE (DE) ) <br> STATE DETECTIVE 1, UNKNOWN ) <br> DEPARTMENT OF JUSTICE (DE) ) <br> STATE DETECTIVE 2, BETTY ) <br> BURRIS, MAJOR HOLMAN, CHRIS ) <br> MALANEY, and PROFACI, ) <br> ) <br> **Defendants.** ) | Civ. No. 05-871-SLR <br><br> **TRIAL BY JURY DEMANDED** |

## ORDER

**AND NOW,** this _____day of _____, 2007, upon consideration of the Motion of State Defendants, Lieutenant Taylor, Warden Tom Carroll and Betty Burris, to Enlarge Time to respond to plaintiff's Motion for Summary Judgment, (D.I. 71), and accompanying Opening Brief, (D.I. 72), until on or before November 1, 2007, and Motion of Defendant, Correctional Medical Services, Inc., Joining State Defendants' Motion, and any Response thereto, it is hereby ORDERED that the Motion is GRANTED and Defendants' Responses to plaintiff's Motion for Summary Judgment, (D.I. 71), and accompanying Opening Brief, (D.I. 72), are due on or before November 1, 2007.

_____
The Honorable Sue L. Robinson