IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-871-SLR |
| v. ) | |
| ) | |
| CORRECTIONAL MEDICAL, ) | |
| SERVICES, DCC WARDEN ) | Jury Trial Requested |
| TOM CARROLL, C.O. LIEUTENANT ) | |
| TAYLOR, CAROLE KOZAK, ) | |
| MARK FORBES, ROBERT DURNAN, ) | |
| CHRIS MALANEY, and BETTY BURRIS, ) | |
| ) | |
| Defendants. ) | |

# SEALED EXHIBIT

**[ATTACHMENT TO DI 85]**