IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-871-SLR |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, DCC WARDEN TOM CARROLL, C.O. LIEUTENANT TAYLOR, CAROLE KOZAK, MARK FORBES, ROBERT DURNAN, CHRIS MALANEY, and BETTY BURRIS | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 8th day of August, 2007, having reviewed State defendants' motion for enlargement of time and the motion for joinder filed by defendant Correctional Medical Services, Inc. to said motion; (D.I. 81, 84)

IT IS ORDERED that defendants' motions are granted according to the following schedule:

1. **Discovery**. All discovery in this case shall be completed on or before **October 8, 2007.**

2. **Application by Motion**. Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions**. All summary judgment motions and an

opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **November 8, 2007.** Answering briefs and affidavits, if any, shall be filed on or before **December 10, 2007.** Reply briefs shall be filed on or before **December 26, 2007.**

    4. Plaintiff's motion for summary judgment (D.I. 71) filed on July 17, 2007 is denied without prejudice to renew consistent with the terms of this amended schedule.

                                                                     *[signature]*
                                                  United States District Judge