

**JOSEPH R. BIDEN, III**
**Attorney General**



**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| **Carvel State Building** | **102 West Water Street** | **114 E. Market Street** |
| **820 N. French Street** | **Dover, DE 19904** | **Georgetown, DE 19947** |
| **Wilmington, DE 19801** | **Criminal Division (302) 739-4211** | **(302) 856-5353** |
| **Criminal Division (302) 577-8500** | **Fax: (302) 739-6727** | **Fax: (302) 856-5369** |
| **Fax: (302) 577-2496** | **Civil Division (302) 739-7641** | **TTY: (302) 856-2500** |
| **Civil Division (302) 577-8400** | **Fax: (302) 739-7652** | |
| **Fax: (302) 577-6630** | **TTY: (302) 739-1545** | |
| **TTY: (302) 577-5783** | | |

**PLEASE REPLY TO:**

August 23, 2007

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

>             Re:    ***Price v. Taylor, et al.*,**
>                    <u>**D. Del., C.A. No. 05-871-SLR**</u>

Dear Judge Robinson:

On August 17, 2007, Plaintiff Lou G. Price, Sr. filed with this Court the Supplement to Plaintiff's Fourth Motion for Appointment of Counsel and a Motion to Compel State Defendants for Discovery (D.I. 91) (the "Supplement"). Please consider this letter a response to the Supplement.

By his Supplement, the Plaintiff argues that the State Defendants have denied him discovery. This is incorrect. State Defendants have responded to both of Plaintiff's discovery requests (see D.I. 61, 85). In addition, the State Defendants have produced to Plaintiff approximately 284 pages of documents, including copies of Plaintiff's medical file. Despite his allegations, Plaintiff has not been denied discovery.

Plaintiff also makes continued reference to the fact that Lieutenant Ramon Taylor is a defendant in this lawsuit. Please be advised that Lt. Ramon Taylor was the individual served with the Complaint filed in this case. At the time of the filing of the Complaint, Lt. Ramon Taylor was the only Lt. Taylor on the CERT team working at the Delaware Correctional Center. Because the Plaintiff served a "Lt Taylor" at the Delaware Correctional Center the documents were given to Lt. Ramon Taylor. Whatever

The Honorable Sue L. Robinson
August 23, 2007
Page 2

the Plaintiff's intentions, the person he actually served was Lt. Ramon Taylor.  Therefore the undersigned counsel entered her appearance on behalf of Lt. Ramon Taylor.

       If the Court has any questions or concerns, or believes that a more formal response from the State Defendants is required, please contact the undersigned counsel at (302) 577-8400.  Thank you.

                    Sincerely,

                    */s/ Erika Y. Tross*

                    Erika Y. Tross
                    Deputy Attorney General
                      Attorney for State Defendants

EYT/vd
cc:    Lou G. Price, Plaintiff
       Lorenza A. Wolhar, Esq.