**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-871-SLR |
| v. | ) |
| | ) |
| CORRECTIONAL MEDICAL, | ) |
| SERVICES, DCC WARDEN | ) Jury Trial Requested |
| TOM CARROLL, C.O. LIEUTENANT | ) |
| TAYLOR, CAROLE KOZAK, | ) |
| MARK FORBES, ROBERT DURNAN, | ) |
| CHRIS MALANEY, and BETTY BURRIS, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorneys General Ralph K. Durstein, III and Erika Y. Tross on behalf of State Defendants Mark Forbes and Robert Durnan (the "State Defendants"). This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the State Defendants. The State Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

            **DEPARTMENT OF JUSTICE**
            **STATE OF DELAWARE**

            */s/ Erika Y. Tross*
            Ralph K. Durstein III (#912)
            Erika Y. Tross (#4506)
            Deputy Attorneys General
            820 N. French Street, 6th Floor
            Wilmington, DE  19801
            (302) 577-8400
                  Attorney for the State Defendants

Dated: September 11, 2007

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on September 11, 2007, I caused a true and correct copy of the attached *Entry of Appearance* to be served on the following individuals in the form and manner indicated:

**VIA FIRST CLASS MAIL:**
Inmate Lou Garden Price, Sr.
SBI #00454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**VIA ELECTRONIC DELIVERY:**
Lorenza A. Wolhar, Esq.
Marshall, Dennehey, Warner,
 Coleman & Goggin
1220 N. Market St.
5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
lawolhar@mdwcg.com

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400