IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR.,           ) | |
|                                   ) | |
|           Plaintiff,              ) | |
|                                   ) | C.A. No. 05-871-SLR |
|      v.                           ) | |
|                                   ) | |
| CORRECTIONAL MEDICAL,             ) | |
| SERVICES, DCC WARDEN              ) | Jury Trial Requested |
| TOM CARROLL, C.O. LIEUTENANT      ) | |
| TAYLOR, CAROLE KOZAK,             ) | |
| MARK FORBES, ROBERT DURNAN,       ) | |
| CHRIS MALANEY, and BETTY BURRIS,  ) | |
|                                   ) | |
|           Defendants.             ) | |

## STATE DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF

COMES NOW, State Defendants Lieutenant Ramon Taylor, Warden Tom Carroll, Deputy Warden Betty Burris, Mark Forbes and Robert Durnan (the "State Defendants"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an order, substantially in the form attached hereto, granting the State Defendants leave to depose Plaintiff Lou G. Price, Sr. ("Price" or "Plaintiff"). In support of the Motion, the State Defendants state as follows:

1.  Plaintiff, Price is an inmate presently incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2.  Counsel for the State Defendants wishes to depose Price as part of discovery in this case.

3.  The scheduling order entered in this matter set the discovery deadline for October 8, 2007 (D.I. 89).

4.  Federal Rule of Civil Procedure 30(a) requires leave of the Court

- 2 -

to depose an incarcerated individual.

5. A form of order is attached to this Motion that grants the State Defendants' counsel the right to depose Price.

WHEREFORE, State Defendants respectfully request that this Honorable Court enter an order, substantially in the form attached hereto, granting the Motion for Leave to Depose Plaintiff Lou G. Price, Sr.

                **DEPARTMENT OF JUSTICE**
                **STATE OF DELAWARE**

                */s/ Erika Y. Tross*
                Ralph K. Durstein III (#912)
                Erika Y. Tross (#4506)
                Deputy Attorneys General
                820 N. French Street, 6th Floor
                Wilmington, DE  19801
                (302) 577-8400
                      Attorney for the State Defendants

Dated: September 11, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-871-SLR |
| v. | ) |
| | ) |
| CORRECTIONAL MEDICAL, | ) |
| SERVICES, DCC WARDEN | ) Jury Trial Requested |
| TOM CARROLL, C.O. LIEUTENANT | ) |
| TAYLOR, CAROLE KOZAK, | ) |
| MARK FORBES, ROBERT DURNAN, | ) |
| CHRIS MALANEY, and BETTY BURRIS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon State Defendants' Motion For Leave To Depose Plaintiff (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. State Defendants are granted leave to depose the Plaintiff in this matter.

SO ORDERED this _____ day of _____, 2007.

_____
 The Honorable Sue L. Robinson
 United States District Court Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-871-SLR |
| v. ) | |
| ) | |
| CORRECTIONAL MEDICAL, ) | |
| SERVICES, DCC WARDEN ) | Jury Trial Requested |
| TOM CARROLL, C.O. LIEUTENANT ) | |
| TAYLOR, CAROLE KOZAK, ) | |
| MARK FORBES, ROBERT DURNAN, ) | |
| CHRIS MALANEY, and BETTY BURRIS, ) | |
| ) | |
| Defendants. ) | |

### 7.1.1 CERTIFICATE OF COUNSEL

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District Court of Delaware, that she is, as a practical matter, unable to discuss the subject of this Motion with the Plaintiff because the Plaintiff is an incarcerated inmate in a prison. Defense counsel assumes that the Plaintiff opposes the Motion.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Erika Y. Tross*
Ralph K. Durstein III (#912)
Erika Y. Tross (#4506)
Deputy Attorneys General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
    Attorney for the State Defendants

Dated: September 11, 2007

# **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on September 11, 2007, I caused a true and correct copy of the attached *State Defendants' Motion for Leave to Depose Plaintiff* to be served on the following individuals in the form and manner indicated:

**VIA FIRST CLASS MAIL:**
Inmate Lou Garden Price, Sr.
SBI #00454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**VIA ELECTRONIC DELIVERY:**
Lorenza A. Wolhar, Esq.
Marshall, Dennehey, Warner,
 Coleman & Goggin
1220 N. Market St.
5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
lawolhar@mdwcg.com

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-84000