**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

September 11, 2007

[New Castle County-Civil Division]

Inmate Lou Garden Price, Sr.
SBI #00454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Re:   *Price v. Taylor, et al.*,
      <u>D. Del., C.A. No. 05-871-SLR</u>

Dear Mr. Price:

In accordance with the Federal Rules of Civil Procedure, State Defendants are supplementing their responses to Plaintiff's First and Second Discovery Requests and producing to you additional documents enclosed herein, sealed for filing, and Bates stamped D00322 – D00336. Included in these documents are medical records from the Orthopedic Institute of Pennsylvania and a letter from the Holy Spirit Hospital. I received these documents in response to the authorization for release of medical records that you signed. Thank you.

Sincerely,

*/s/ Erika Y. Tross*

Erika Y. Tross
Deputy Attorney General
   Attorney for State Defendants

EYT/vd
Sealed Enclosures
cc (with sealed enclosures):   Lorenza A. Wolhar, Esq.
                               Clerk of the Court