# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTIONAL MEDICAL, )<br>SERVICES, DCC WARDEN )<br>TOM CARROLL, C.O. LIEUTENANT )<br>TAYLOR, CAROLE KOZAK, )<br>MARK FORBES, ROBERT DURNAN, )<br>CHRIS MALANEY, and BETTY BURRIS, )<br>)<br>Defendants. ) | C.A. No. 05-871-SLR<br><br>Jury Trial Requested |

## Notice of Deposition

TO:   Inmate Lou Garden Price, Sr.
      SBI #00454309
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the oral deposition of Lou G. Price, Sr. will be taken by Ralph K. Durstein III and Erika Y. Tross, Deputy Attorneys General, on September 21, 2007 at 10:00 a.m. The deposition will take place at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977, and will be transcribed by a professional reporter.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Erika Y. Tross*
Ralph K. Durstein III (#912)
Erika Y. Tross (#4506)
Deputy Attorneys General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400

Dated: September 18, 2007          Attorneys for the State Defendants

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on September 18, 2007, I caused a true and correct copy of the attached *Notice of Deposition* to be served on the following individuals in the form and manner indicated:

**VIA FIRST CLASS MAIL:**
Inmate Lou Garden Price, Sr.
SBI #00454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**VIA ELECTRONIC DELIVERY:**
Lorenza A. Wolhar, Esq.
Marshall, Dennehey, Warner,
 Coleman & Goggin
1220 N. Market St.
5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
lawolhar@mdwcg.com

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400