**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4318**
**Email: lawolhar@mdwcg.com**

October 1, 2007

Inmate Lou Garden Price, Sr
SBI# 454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    Re:    Price v. CMS
            C.A. No: 05-871-SLR
            Our File No: 13252-00170

Dear Mr. Price:

    In accordance with the Federal Rules of Civil Procedure, Correctional Medical Services is supplementing its responses to Plaintiff's First and Second Discovery requests, producing documents enclosed herein, sealed for filing. These documents are Bates stamped CMS 0001-CMS 0222.

            Very truly yours,

            /s/ *Lorenza Wolhar*

            LORENZA A. WOLHAR

/law

Sealed Enclosures

cc:    Erika Tross, Esquire (with sealed enclosures)
        Clerk of the Court (with sealed enclosures)