IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> C/O LIEUTENANT TAYLOR, NURSE ) <br> CAROL, NURSE KERA, WARDEN ) <br> TOM CARROLL, CORRECTIONAL ) <br> MEDICAL SERVICES, UNKNOWN ) <br> DEPARTMENT OF JUSTICE (DE) ) <br> STATE DETECTIVE 1, UNKNOWN ) <br> DEPARTMENT OF JUSTICE (DE) ) <br> STATE DETECTIVE 2, BETTY ) <br> BURRIS, MAJOR HOLMAN, CHRIS ) <br> MALANEY, and PROFACI, ) <br> ) <br> Defendants. ) | Civ. No. 05-871-SLR <br><br> TRIAL BY JURY DEMANDED |

# SEALED DOCUMENTS

Contains CONFIDENTIAL INFORMATION
To Be Opened Only By Or As Directed By The Court
Lou Garden Price Sr. v. Lieutenant Taylor, Nurse Carol, Nurse Kera, Warden Tom Carroll, Correctional Medical Services, Unknown Department of Justice (DE) State Detective 1, Unknown, Department of Justice (DE) State Detective 2, Betty Burris, Major Holman, Chris Malaney, and Profaci
Civil Action NO. 05-871 SLR

15/537394.v1