# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR.,<br><br>Plaintiff,<br><br>v.<br><br>C/O LIEUTENANT TAYLOR, NURSE CAROL, NURSE KERA, WARDEN TOM CARROLL, CORRECTIONAL MEDICAL SERVICES, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 1, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 2, BETTY BURRIS, MAJOR HOLMAN, CHRIS MALANEY, and PROFACI,<br><br>Defendants. | Civ. No. 05-871-SLR<br><br>TRIAL BY JURY DEMANDED |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that the oral deposition (continued from September 21, 2007) of Lou G. Price, Sr. will be taken by Lorenza A. Wolhar, Esquire, on Wednesday, October 3, 2007, at 11:00 a.m. The deposition will take place at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977 and will be transcribed by a professional reporter.

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

*s/Lorenza A. Wolhar*
LORENZA A. WOLHAR, ESQUIRE (I.D. #3971)
1220 MARKET STREET, 5TH FLR.
P.O. BOX 8888
WILMINGTON, DE 19899-8888
(302) 552-4318
Email: lawolhar@mdwcg.com
Attorney for Correctional Medical Services

DATED: October 1, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that on October 1, 2007, I electronically filed the Notice of Deposition of Lou G. Price, Sr. with the Clerk of Court using CM/ECF.

Erika Yvonne Tross, Esquire
Ralph Durstein III, Esquire
Deputy Attorney General
Department of Justice
820 N French Street
Wilmington, DE  19801

      I hereby certify that on October 1, 2007 I have mailed by United States Postal Service, the Notice of Deposition to the following non-registered participant:

Lou Garden Price, Sr., SBI# 454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

      MARSHALL, DENNEHEY,
WARNER, COLEMAN AND GOGGIN

BY:   /s/ *Lorenza Anna Wolhar*
LORENZA A. WOLHAR, (DE ID # 3971)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888
(302) 552-4318
Email: lawolhar@mdwcg.com
Attorney for Correctional Medical Services

Dated: October 1, 2007
15/537443.v1