In The United States District Court For The District of Delaware

Lou G. Price, Sr.
    Plaintiff,

v.

Lt. Taylor, et al.,
    Defendants.

C.A. No. 05-871-SLR

Jury Trial Requested

## Motion To Amend Caption

Comes Now, Plaintiff Lou G. Price, Sr. pursuant to Rules 15(a) and 19(a) of Federal Rules of Civil Procedure, requests leave to File an amended caption to the above (#05-871-SLR) Complaint.




OCT – 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1

1). In his original complaint Plaintiff ("Price") named a "Lt. Taylor" without giving his first name since it was not available (e.g. only his LAST name was embroidered/stitched on his uniform).

2). The State Defendants provided the first name "Ramone" Taylor but Price never once conceded with Lt. Ramone Taylor being a defendant in this action.

3). However, since the filing of his last discovery requests Price has been able to determine that the name of the Lieutenant Taylor in question is <u>not</u> Lt. "Ramone" Taylor but is Lieutenant <u>Scott</u> <u>Taylor</u>.

4). Price moves this Court to change the caption to Lieutenant <u>Scott</u> Taylor, an employee of DOC at DCC.

5). This Court should grant leave freely to amend a complaint. See <u>Foman v. Davis, 371 U.S. 178, 182</u> (1962)

September 25th, 2007

Respectfully Submitted,

Jon G. Price, Sr.
DCC - Smyrna
De, 19977

## Certificate of Service

I, Lou Price, hereby certify that I have served a true and correct cop(ies) of the attached: Motion To Amend Caption re: 05-871-SLR upon the following parties/person (s):

TO: Ms. L. Wolhar Esq.
1220 N. Market St
5th Floor
P.O. Box 8888
Wilm De 19899

TO: USDC of Delaware
844 N. King St
Wilm De
19801

TO: Ms. E. Tross Esq.
De Dpt of Justice
820 N. French St 6th Fl.
Wilm. De 19801

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 25 day of Sept, 2007

Lou G. Price, Jr.



Lou Price
#454309
Dcc-Smyrna
1181 Paddock Rd
Smyrna, De 19977

Legal Mail

United States Dist. Court
District of Delaware
844 N. King St. / Box 18
Wilm, De 19801