IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> C/O LIEUTENANT TAYLOR, NURSE ) <br> CAROL, NURSE KERA, WARDEN ) <br> TOM CARROLL, CORRECTIONAL ) <br> MEDICAL SERVICES, UNKNOWN ) <br> DEPARTMENT OF JUSTICE (DE) ) <br> STATE DETECTIVE 1, UNKNOWN ) <br> DEPARTMENT OF JUSTICE (DE) ) <br> STATE DETECTIVE 2, BETTY ) <br> BURRIS, MAJOR HOLMAN, CHRIS ) <br> MALANEY, and PROFACI, ) <br> ) <br> Defendants. ) | Civ. No. 05-871-SLR <br><br> TRIAL BY JURY DEMANDED |

**MOTION OF CORRECTIONAL MEDICAL SERVICES
TO PROVIDE LAST KNOWN ADDRESS OF CAROL KOZAK UNDER SEAL**

1.    Plaintiff has requested a forwarding address of Carol Kozak "for purposes of serving her with the above action." Letter of Lou Garden Price dated 09/26/07, attached hereto as Exhibit "A".

2.    Correctional Medical Services seeks to provide the last known address of Carol Kozak to the Court, under seal.

3.    Counsel for Correctional Medical Services has spoken with plaintiff on this date and indicated that it would file this Motion. Plaintiff verbalized no objection to the provision of Carol Kozak's last known address under seal.

**WHEREFORE**, Defendant, Correctional Medical Services, respectfully requests that this Court grant the Defendant's Motion and enter the attached Order, allowing the provision of Carol Kozak's last known address to the Court, under seal.

                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN AND GOGGIN

BY:   /s/ Lorenza Anna Wolhar
        LORENZA A. WOLHAR, (DE ID # 3971)
        1220 N. Market Street, 5th Floor
        P.O. Box 8888
        Wilmington, DE  19899-8888
        (302) 552-4300
        Attorneys for Correctional Medical Services

DATED: October 3, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **LOU GARDEN PRICE, SR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civ. No. 05-871-SLR** |
| ) | |
| **C/O LIEUTENANT TAYLOR, NURSE** ) | **TRIAL BY JURY DEMANDED** |
| **CAROL, NURSE KERA, WARDEN** ) | |
| **TOM CARROLL, CORRECTIONAL** ) | |
| **MEDICAL SERVICES, UNKNOWN** ) | |
| **DEPARTMENT OF JUSTICE (DE)** ) | |
| **STATE DETECTIVE 1, UNKNOWN** ) | |
| **DEPARTMENT OF JUSTICE (DE)** ) | |
| **STATE DETECTIVE 2, BETTY** ) | |
| **BURRIS, MAJOR HOLMAN, CHRIS** ) | |
| **MALANEY, and PROFACI,** ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

      I hereby certify that on October 3, 2007, I electronically filed the Motion of Defendant, Correctional Medical Services, to File Last Known Address Under Seal with the Clerk of Court using CM/ECF.

Erika Yvonne Tross, Esquire
Ralph Durstein III, Esquire
Deputy Attorney General
Department of Justice
820 N French Street
Wilmington, DE 19801

      I hereby certify that on October 3, 2007 I have mailed by United States Postal Service, the Motion of Defendant, Correctional Medical Services, to File Last Known Address Under Seal to the following non-registered participant:

Lou Garden Price, Sr., SBI# 454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                      MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN

BY:   /s/  *Lorenza Anna Wolhar*
LORENZA A. WOLHAR, (DE ID # 3971)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899-8888
(302) 552-4318
Email: lawolhar@mdwcg.com
Attorney for Correctional Medical Services

Dated: October 3, 2007