# Exhibit A

To: Mrs. L. Wolhar, Esq.                                    9/26/07

Re: 05-871-SLR                              OCT 03

It has been my understanding that Carol Kozak, Nurse for CMS, is no longer here at DCC. My research revealed that FRCP provides that you are at liberty to disclose a forwarding address for purposes of serving her with the above action. If not to me then the Court, and/or the USM. Please respond.

Respectfully,

Jon G. Price, Sr.