IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LOU GARDEN PRICE, SR.,**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**C/O LIEUTENANT TAYLOR, NURSE**  )<br>**CAROL, NURSE KERA, WARDEN**  )<br>**TOM CARROLL, CORRECTIONAL**  )<br>**MEDICAL SERVICES, UNKNOWN**  )<br>**DEPARTMENT OF JUSTICE (DE)**  )<br>**STATE DETECTIVE 1, UNKNOWN**  )<br>**DEPARTMENT OF JUSTICE (DE)**  )<br>**STATE DETECTIVE 2, BETTY**  )<br>**BURRIS, MAJOR HOLMAN, CHRIS**  )<br>**MALANEY, and PROFACI,**  )<br>)<br>**Defendants.**  ) | **Civ. No. 05-871-SLR**<br><br>**TRIAL BY JURY DEMANDED** |

## **ORDER**

**AND NOW,** this _____ day of _____, 2007, upon consideration of the MOTION OF CORRECTIONAL MEDICAL SERVICES TO PROVIDE LAST KNOWN ADDRESS UNDER SEAL and any Responses thereto, it is hereby ORDERED that the Motion is GRANTED in favor of Defendant, Correctional Medical Services, and Correctional Medical Services shall be permitted to file such the last known address of Carol Kozak with the Court, under seal.

_____
J.