IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>C/O LIEUTENANT TAYLOR, NURSE )<br>CAROL, NURSE KERA, WARDEN )<br>TOM CARROLL, CORRECTIONAL )<br>MEDICAL SERVICES, UNKNOWN )<br>DEPARTMENT OF JUSTICE (DE) )<br>STATE DETECTIVE 1, UNKNOWN )<br>DEPARTMENT OF JUSTICE (DE) )<br>STATE DETECTIVE 2, BETTY )<br>BURRIS, MAJOR HOLMAN, CHRIS )<br>MALANEY, and PROFACI, )<br> )<br>Defendants. ) | Civ. No. 05-871-SLR<br><br>TRIAL BY JURY DEMANDED |

**MOTION OF CORRECTIONAL MEDICAL SERVICES
TO PROVIDE POLICIES UNDER SEAL**

COMES NOW Correctional Medical Services, ("CMS"), by and through its undersigned counsel, and respectfully moves this Honorable Court to enter an Order, pursuant to Fed. R. Civ. P. 26 (c), and, in support thereof, avers the following:

1.   During the course of discovery, plaintiff has requested production of "CMS-DOC policy or policies regarding emergency sick-call requests and procedures." D.I. 77 . CMS has determined it has a policy that appears to be responsive to plaintiff's Request. CMS now seeks to provide the policy to the Court, under seal, to prevent the public dissemination of its policy, which it contends is a product of confidential research, development and/or commercial information.

2.   Fed. R. Civ. P. 26 (c) provides that "[u]pon motion by a party . . . from whom

discovery is sought, and for good cause shown, the Court . . . may make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including 1 or more of the following… (2) that the discovery may be had only on specified terms and conditions . . . .; (4) that certain matters not be inquired into, or that the scope of the discovery be limited to certain matters; (7) that a trade secret or other confidential research, development, or commercial information not be disclosed or be disclosed only in a designated way . . . ."

3. CMS has good cause to request a Protective Order. CMS contends that it is involved in a unique industry and that the public disclosure of its policies will have a detrimental effect on the ability of CMS to compete with its rivals. The CMS policies are a product of experience, research, and development, containing proprietary commercial information that is not generally available to the industry at large. Furthermore, security of CMS personnel and others is implicated in such policy, since it describes the written plan of when and in what manner emergency services are provided to inmates at Delaware Correctional Center.

4. Therefore, CMS requests that it be allowed to file such policy with the Court, under seal, solely for its *in camera* review.[1]

5. In the alternative, CMS requests that this Court enter an Order that the policy be filed under seal, to be disclosed solely to the parties to this action for the purposes of this litigation, prohibiting public disclosure of such policy for any purpose outside of the instant action.

---

[1] To the extent that this Motion is denied by this Court, the applicable policies will be provided to the plaintiff.

6.  Other CMS policies may be relevant to this litigation, and CMS requests that the provisions of this Protective Order be made applicable to such other policies of CMS implicated in its defense to this litigation, and allow the filing of such policies under seal with the Court.

**WHEREFORE**, Defendant, Correctional Medical Services, respectfully requests that this Court grant the Defendant's Motion and enter a Protective Order, substantially in the form attached hereto.

Local Rule 7.1.1 Certificate of Counsel

The undersigned hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District Court of Delaware, that she is, as a practical matter, unable to discuss the subject of this Motion with the Plaintiff because the Plaintiff is an incarcerated individual at the Delaware Correctional Center. Defense counsel assumes the Plaintiff opposes the Motion. The undersigned has, however, discussed this Motion with counsel for co-defendants, Erika Tross, Esquire, who has no objection to this Motion.

`
                                MARSHALL, DENNEHEY, WARNER,
                                    COLEMAN AND GOGGIN

                        BY:     /s/ *Lorenza Anna Wolhar*
                                LORENZA A. WOLHAR, (DE ID # 3971)
                                1220 N. Market Street, 5th Floor
                                P.O. Box 8888
                                Wilmington, DE  19899-8888
                                (302) 552-4300
                                Attorneys for Correctional Medical Services

DATED: October 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> C/O LIEUTENANT TAYLOR, NURSE ) <br> CAROL, NURSE KERA, WARDEN ) <br> TOM CARROLL, CORRECTIONAL ) <br> MEDICAL SERVICES, UNKNOWN ) <br> DEPARTMENT OF JUSTICE (DE) ) <br> STATE DETECTIVE 1, UNKNOWN ) <br> DEPARTMENT OF JUSTICE (DE) ) <br> STATE DETECTIVE 2, BETTY ) <br> BURRIS, MAJOR HOLMAN, CHRIS ) <br> MALANEY, and PROFACI, ) <br> ) <br> Defendants. ) | Civ. No. 05-871-SLR <br><br> TRIAL BY JURY DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, I electronically filed the Motion of Defendant, Correctional Medical Services, to File Policies Under Seal with the Clerk of Court using CM/ECF.

Erika Yvonne Tross, Esquire
Ralph Durstein III, Esquire
Deputy Attorney General
Department of Justice
820 N French Street
Wilmington, DE 19801

I hereby certify that on October 5, 2007 I have mailed by United States Postal Service, the Motion of Defendant, Correctional Medical Services, to File Policies Under Seal to the following non-registered participant:

Lou Garden Price, Sr., SBI# 454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                      MARSHALL, DENNEHEY, WARNER,
                                      COLEMAN AND GOGGIN

                                      BY:    /s/ *Lorenza Anna Wolhar*
                                      LORENZA A. WOLHAR, (DE ID # 3971)
                                      1220 N. Market Street, 5th Floor
                                      P.O. Box 8888
                                      Wilmington, DE  19899-8888
                                      (302) 552-4318
                                      Email: lawolhar@mdwcg.com
                                      Attorney for Correctional Medical Services

Dated: October 5, 2007