IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., )<br><br>     **Plaintiff,** )<br><br>v. )<br><br>C/O LIEUTENANT TAYLOR, NURSE )<br>CAROL, NURSE KERA, WARDEN )<br>TOM CARROLL, CORRECTIONAL )<br>MEDICAL SERVICES, UNKNOWN )<br>DEPARTMENT OF JUSTICE (DE) )<br>STATE DETECTIVE 1, UNKNOWN )<br>DEPARTMENT OF JUSTICE (DE) )<br>STATE DETECTIVE 2, BETTY )<br>BURRIS, MAJOR HOLMAN, CHRIS )<br>MALANEY, and PROFACI, )<br><br>     **Defendants.** ) | Civ. No. 05-871-SLR<br><br>**TRIAL BY JURY DEMANDED** |

## ORDER

**AND NOW,** this _____ day of _____, 2007, upon consideration of the MOTION OF CORRECTIONAL MEDICAL SERVICES TO PROVIDE POLICIES UNDER SEAL and any Response thereto, it is hereby ORDERED that the Motion is GRANTED in favor of Defendant, and Correctional Medical Services shall be

1)    permitted to file such policies with the Court, under seal, solely for the Court's *in camera* review;  or

2)    permitted to file the policies under seal, to be disclosed solely to the parties to this action for the purposes of this litigation.  Public disclosure of such policy or policies shall be prohibited by the parties in this action.

                                                                      _____
                                                                                            J.