IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR.,<br><br>      **Plaintiff,**<br><br>      v.<br><br>C/O LIEUTENANT TAYLOR, NURSE CAROL, NURSE KERA, WARDEN TOM CARROLL, CORRECTIONAL MEDICAL SERVICES, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 1, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 2, BETTY BURRIS, MAJOR HOLMAN, CHRIS MALANEY, and PROFACI,<br><br>      **Defendants.** | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 05-871-SLR<br>)<br>)  TRIAL BY JURY DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

      Please substitute Kevin J. Connors, Esquire, as counsel for Defendant, Correctional Medical Services, in the above-referenced matter.

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

BY:  */s/ Lorenza A. Wolhar*
LORENZA A. WOLHAR, ESQUIRE (DE I.D. #3971)
1220 North Market Street
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4318

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

BY:  */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQUIRE (DE I.D. #2135)
1220 North Market Street
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4302

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> C/O LIEUTENANT TAYLOR, NURSE ) <br> CAROL, NURSE KERA, WARDEN ) <br> TOM CARROLL, CORRECTIONAL ) <br> MEDICAL SERVICES, UNKNOWN ) <br> DEPARTMENT OF JUSTICE (DE) ) <br> STATE DETECTIVE 1, UNKNOWN ) <br> DEPARTMENT OF JUSTICE (DE) ) <br> STATE DETECTIVE 2, BETTY ) <br> BURRIS, MAJOR HOLMAN, CHRIS ) <br> MALANEY, and PROFACI, ) <br> ) <br> Defendants. ) | Civ. No. 05-871-SLR <br><br> TRIAL BY JURY DEMANDED |

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 5, 2007, I electronically filed the Notice of Substitution of Counsel with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Erika Yvonne Tross, Esquire
Ralph Durstein III, Esquire
Deputy Attorney General
Department of Justice
820 N French Street
Wilmington, DE 19801


     I hereby certify that on October 5, 2007 I have mailed by United States Postal Service, the Notice of Deposition to the following non-registered participant:

Lou Garden Price, Sr., SBI# 454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                MARSHALL, DENNEHEY, WARNER,
                COLEMAN & GOGGIN

BY:   */s/ Lorenza A. Wolhar*
       LORENZA A. WOLHAR, ESQUIRE (DE I.D. #3971)
       1220 North Market Street, 5th Fl.
       P.O. Box 8888
       Wilmington, DE 19899-8888
       (302) 552-4300