Hon. Sue L. Robinson
U.S. District Court of Delaware
844 N. King St. Lockbox 18
Wilmington De 19801

Oct. 8, 2007

Re: Price v. CMS
C.A. No. 05-871-SLR

Dear Judge Robinson:



FILED
OCT 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
POD scanned

On October 3, 2007, counsel for CMS filed with this Honorable Court the last known address of Nurse Carol Kozak — an employee who is key to my case. The USM 285 Form I had filed was returned to me because Carol Kozak no longer works at DCC or is no longer an employee

For CMS, Inc.

Please consider this letter a Motion I'm filing to either be given the address or a request that this Honorable Court order the US Marshal to serve Nurse Kozak at the last known address as soon as possible. I have taken the liberty of enclosing a new USM 285 Form for convenience.

---

Additionally, I have taken the liberty of enclosing a USM 285 Form for service upon Nurse Kira Hargan as well — (See enclosed Motion for Change of Caption in #05-871-SLR).

Thank You.

Respectfully Submitted,

Lou B. Price, Sr.

Oct. 8, 2007