In The United States District Court
For The District of Delaware

| | |
|---|---|
| Lou G. Price, Sr., Plaintiff, <br><br> v. <br><br> Tom Carroll, et al., Defendant. | 05-871-SLR <br><br> Jury Trial Requested |

FILED
OCT 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Change of Caption
on The Above Action

Pursuant to Rules 15(a) and 19(a) of Federal Rules of Civil Procedure, plaintiff Lou G. Price, Sr. ("Price") moves this Honorable Court for an order to change the caption above. Reasons for this motion are set

Forth below:

1). "Nurse Kera" has been a part of this action from the onset of this complaint.

2). Plaintiff Price did not have this "Nurse Kera's" full name.

3). After receiving a recent discovery response from [CMS] counsel, Price was able to ascertain that "Nurse Kera" is instead — Nurse Kira Hargan —

This Court should grant leave freely to amend a Complaint. See Forman v. Davis, 371 U.S. 178, 182 (1962).

Respectfully Submitted,

_Lou G. Price, Jr._ #454309

Lou G. Price, Sr. (Pro Se)
DCC - Smyrna
Delaware 19977

Dated: October 5, 2007

A REGIONAL DEFENSE LITIGATION LAW FIRM

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION   www.marshalldennehey.com

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

**Direct Dial: 302-552-4318**
Email: lawolhar@mdwcg.com



October 4, 2007

Inmate Lou Garden Price, Sr
SBI# 454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    Re:   Price v. CMS
            C.A. No: 05-871-SLR
            Our File No: 13252-00170

Dear Mr. Price:

    You have requested a copy of the discovery response of CMS, wherein the names of both Nurse Kera and Nurse Carol are disclosed. Enclosed please find a copy of CMS answers to discovery, dated February 26, 2007.

    Thank you.

                             Very truly yours,

                             LORENZA A. WOLHAR

/law

Enclosure

