Dear Ms. Lorenza A. Wolhar, Esq.                    10/11/07
And Ms. Erika Y. Tross, Esq.
       Re: Price v. CMS

         C.A. No. 05-871-SLR


Dear Counselors:
        I am in receipt of the deposition
transcript taken 10/3/07, which was continued
from the first taken on 9/21/07. As indicated
by me on 10/3/07, on record, I expressed
my right to examine the transcript which
I have done.
        But what I have before me is a
record that is not in its entirety so I'm
unable to properly examine the deposition as
it was given. In particular, it begins on page
209 goes to 214 thru 217; then to 222 thru 225; then
to 230 thru 233; 236 thru 241; 246 thru 249; 254
thru 257. Attached to the transcript is an index
of key words that cover some of the missing
pages.
        I need the entire deposition because
there's just way to many cut off points
and I'm very confused by what I have



FILED

OCT 18 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

before me.

Thank you For your patience,

Lou G. Price, Sr. 10/11/07

Lou G. Price, Sr. 10/11/07

cc: Erika Tross SLR
      File

A REGIONAL DEFENSE LITIGATION LAW FIRM

## MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

A   PROFESSIONAL   CORPORATION    www.marshalldennehey.com

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 1-302-552-4318**
**Email: lawolhar@mdwcg.com**

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

OHIO
Akron

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa



October 9, 2007

Lou Garden Price, Sr., SBI# 454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

> Re:  Price v. CMS
>       Our File No: 13252-00170
>       C.A. No: 05-871-SLR

Dear Mr. Price:

Enclosed please find a copy of the deposition transcript, taken on October 3, 2007 and an errata sheet. Please complete the errata sheet using the instructions on the errata sheet.

Thank you for your attention to this matter.

Very truly yours,

Lorenza A. Wolhar

LAW/plb

Enclosures

cc:   Erika Tross, Esquire

15/540632.v1

## Corbett & Wilcox

The Team to Trust in Court Reporting
230 North Market Street, Wilmington, DE 19801
phone (302)571-0510 fax (302) 571-1321
15 East North Street, Dover, DE 19901
phone (302)734-3534 fax (302) 734-3552

Corbett & Wilcox is not affiliated with Wilcox & Fetzer, Court Reporters

October 9, 2007

Lorenza M. Wolhar, Esq.
Marshall, Dennehey, Warner, Coleman, & Goggin
1220 N. Market Street
5th Floor
Wilmington, DE 19801

      Case Name: Price, Lou Garden vs CMS
      Deponent: Lou G Price, Sr.
      Deposition Date: Wednesday, October 03, 2007

Dear Ms. Wolhar:

      Enclosed please find an errata sheet for the deposition of the above witness. Please return the original errata sheet to our office once the witness has had the opportunity to read and sign the transcript. The original transcript is also available in our office for the witness to review.

      In accordance with Rule 30(E), the deposition transcript will be forwarded to the noticing attorney to be filed within 30 days of its submission to the witness.

      Thank you for your assistance with this matter. Please contact our office if you have any questions or concerns.

                    Sincerely,

                    Barbara S. Reichert
Enc.                    Production

## Corbett & Wilcox

The Team to Trust in Court Reporting
230 North Market Street,Wilmington, DE 19801
phone (302)571-0510 fax (302) 571-1321
15 East North Street, Dover, DE 19901
phone (302)734-3534 fax (302) 734-3552

Corbett & Wilcox is not affiliated with Wilcox & Fetzer, Court Reporters

## Errata Sheet

Attach to the deposition of: Lou G Price, Sr.

In the Matter of: Price, Lou Garden v CMS

Date of Deposition: Wednesday, October 03, 2007    Reporter: Robert W. Wilcox, Jr.
**Instructions**: After reading the transcript of your deposition, please note any changes
or corrections and the reasons therefore on this errata sheet. Please *sign* and *date* the
errata sheet and *return a copy to our offices. Attach the original errata to the original
transcript.* Thank You.

| Page & Line | Change/Correction | Reason |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I have read the foregoing transcript of my deposition and, except for any corrections or change
noted above, I hereby subscribe to the transcript as an accurate record of the statements made by
me.

Date:_____ Signature:_____

Sworn to and subscribed before me this_____day of_____20_____

Notary :_____

Lou Garden Price, Sr.

Page 209

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LOU GARDEN PRICE, SR.,                )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )
                                      )
CORRECTIONAL MEDICAL                  )  Civil Action No.
SERVICES, DCC WARDEN                  )    05-871-SLR
TOM CARROLL, C.O. LIEUTENANT          )
TAYLOR, CAROLE KOZAK,                 )
MARK FORBES, ROBERT DURNAN,           )
CHRIS MALANEY, and BETTY BURRIS,      )
                                      )
        Defendants.                   )

        Continued deposition of LOU GARDEN PRICE, SR.,
taken pursuant to notice at the Delaware Correctional
Center, 1181 Paddock Road, Smyrna, Delaware, beginning at
11:00 a.m. on Wednesday, October 3, 2007, before
Robert Wayne Wilcox, Jr., Registered Professional
Reporter and Notary Public.

APPEARANCES:

        LOU GARDEN PRICE, SR. (pro se)
        SBI# 00454309
          Delaware Correctional Center
          1181 Paddock Road
          Smyrna, Delaware  19977
          for the Plaintiff,

CORBETT & WILCOX
230 North Market Street - Wilmington, Delaware 19801
(302) 571-0510

Corbett & Wilcox is not affiliated
with Wilcox & Fetzer, Court Reporters

Lou Garden Price, Sr.

3 (Pages 214 to 217)

Page 214

1    like when a tier man, you know, a worker -- that's one
2    thing I forgot. A tier man or some type of -- if the
3    nurse will come by -- but the safest way -- sometimes the
4    nurses will even tell you, because they have the
5    medication tray in their hand, that they don't want to
6    take a sick call slip from someone in a cell. Plus a
7    sick call slip would be dirty. And they're administering
8    medication. So I'm not exactly sure on that day how I,
9    you know, physically submitted the sick call slip.
10        Q. Was it submitted the same day or later on in
11   the week, if you remember? The same day it was written
12   or later on in the week?
13        A. I'm sure, because of my condition at the time,
14   I submitted it as soon as I possibly could. So I
15   wouldn't have waited like later in the week. It wouldn't
16   have made, you know, too much sense. And there was no --
17   even though I requested it, there's no -- well, the
18   emergency sick call procedure that's in place, you know,
19   there would be no way for me to, you know, be seen as a
20   matter of, you know, grave urgency, like bleeding or
21   respiratory problem or, you know, something really
22   immediately detrimental to my health as far as life and
23   death is concerned.
24        So mainly like -- I think I was

Page 215

1    explaining to you the week before last that like in
2    Pennsylvania, if you request an emergency sick call, you
3    know, you're immediately seen. But here they don't let
4    you -- there's no emergency sick call for something like
5    someone with a pain in their hand.
6        Q. Now, you also told me that there was a sick
7    call lockbox; is that correct?
8        A. Yes.
9        Q. And presumably, the sick call slip gets put
10   into a sick call lockbox.
11       A. Yes, ma'am.
12       Q. And it's your understanding that the nurses
13   empty that sick call lockbox maybe once or twice a day.
14   Is that right?
15       A. Yes.
16       Q. Okay. And where do you --
17       A. I'm guessing twice a day, but I'm figuring,
18   you know, at least once a day it's probably emptied.
19       Q. Okay. Relating to your September 25th, sick
20   call slip, do you know who emptied the sick call box with
21   your sick call slip in it?
22       A. We don't see the box. The box is out of view
23   from where the tier is, you know, and how the cells are
24   aligned on the tier. You don't see the sick call box.

Page 216

1    When you go like outside of the tier, I believe -- well,
2    I forget. But I'm thinking I was on C Tier at the time.
3    When you walk out, there's three boxes. There's a
4    commissary box, a sick call box and a mailbox. Like the
5    same way that I would stick mail on the door -- you know,
6    I stick the mail through the door so the officers will --
7    or stick it under the door so when the officers at night
8    come pick up -- you know, it could be mail. It could be
9    a sick call. It could be whatever. But the officer
10   looks at whatever it is he's taking, and he puts it in
11   the -- whatever box it is. If it's a commissary slip,
12   they put it in the commissary box. They put it in the
13   sick call box. And if it's mail, they stick it in the
14   mailbox. But I can't recall these events. But -- and
15   you can't see the boxes from where you are anywhere on
16   the tier. You couldn't see the boxes.
17       Q. When were you moved from Building 21? If I
18   remember correctly, you said mid 2006. Is that right?
19       A. No, no. It wasn't in the middle --
20       Q. No?
21       A. -- of 2006. It was earlier than that. It was
22   still cold, but I believe it was pretty early in 2006.
23   Probably February at the latest. I'm not sure.
24       But it -- I had been classified when I

Page 217

1    came from Pennsylvania to maximum housing. And then
2    Counselor Forbes -- I think her name is Schrader or
3    Schroeder now, because she had gotten married. She
4    reclassified me because they said they made some type of
5    mistake as far as points or something like that was
6    concerned, stemming from a write-up I had got while I was
7    in Gander Hill. And they said -- because she had thought
8    at the time that that write-up was what they classify as
9    being predatory or violent. You know, I knocked a chess
10   game on the floor. And, you know, they found it not to
11   be predatory or violent. So they dropped a whole lot of
12   points or whatever. And that's when they moved me to
13   Building 22.
14       And then Cindy Atallian was a counselor
15   there, so -- and they even reclassified me from there to
16   the compound, you know, because they said they made
17   another mistake. But when the paperwork went to the
18   IBCC -- that's the classification board -- they said keep
19   him back there, you know, basically, without going into
20   it.
21       Q. Okay. For all of the events related to this
22   lawsuit, is it fair to say that you were in Building 21
23   when the alleged constitutional violations by Nurse Kiera
24   and Nurse Carol occurred?

Page 222

1    A.  Okay.
2    Q.  From what I understand, you were transferred
3  from Pennsylvania, and you arrived to DCC.  And you were
4  taken to a waiting area.  Is that correct?
5    A.  Taken to booking and receiving.  When you
6  first come in, you come through booking and receiving.
7  And there are holding cells up there.  So yes.
8    Q.  And that's where you were -- in a holding
9  cell?
10   A.  Yes.
11   Q.  And then eventually you were called for this
12 intake procedure.  Is that correct?
13   A.  Yes, ma'am.
14   Q.  Okay.  Can you describe to me what happened
15 during that intake procedure?
16   A.  I was feeling miserable.  And I was speaking
17 to Nurse Carol Kozak.  From what I recall, she was doing
18 what they, I guess, would call some type of intake
19 questionnaire or screening that everybody has -- I guess
20 has to take per policy or whatever, you know, the
21 procedures of -- that's anywhere, though.  And I can't
22 remember every question, you know, or every answer.  But
23 I was feeling miserable.  I remember the day.
24       I told Nurse Kozak that I was in need of

Page 223

1  my medication, and she told me that she couldn't give it
2  to me or that she wouldn't give -- or however it was, I
3  mean, she denied to give me the medication.  And she
4  explained to me -- because I was persistent in telling
5  her that the doctor in Pennsylvania where I was from --
6  where I just came from had prescribed me these
7  medications and I was in need of them.
8       And the medications, if I recall
9  correctly -- because -- were my blood pressure
10 medication, a pain medication called Indocin,
11 I-n-d-o-c-i-n.  The blood pressure medication was
12 Tenormin, T-e-n-o-r-m-i-n.  I don't recall the rest.  But
13 I'm sure there were a couple more, because as I explained
14 to Ms. Tross, that -- the medications I seen were sent in
15 an envelope that the -- that they gave to the
16 transferring officers.  And I was just asking for the
17 medication.  And she just, you know, refused to give them
18 to me.  And she told me that I was going to have to put
19 in a sick call slip, which I did that evening in
20 C Building.  And she was -- and I recall being told that
21 I would have to be seen by a doctor before she could give
22 me any medication.
23   Q.  Did she give you any explanation as to why she
24 would not administer medications from a Pennsylvania

Page 224

1  doctor in a Delaware facility?
2    A.  Well, she had said I have to put in a sick
3  call.  I don't remember her telling me anything about,
4  you know, the doctor in Pennsylvania.  But I was in a
5  state prison in Pennsylvania.  So in Delaware -- I don't
6  know if that would have made any -- you know, made any
7  sense to me, you know.  But she didn't explain to me any
8  type of, you know, policy or procedure that they followed
9  from a transferring individual, you know.
10       I can understand if I was coming in
11 right from off the streets and had some medications from
12 off the streets.  I could be telling her anything.  But a
13 doctor -- well, personnel -- correction personnel in
14 Pennsylvania gave my medication to the transferring
15 officers.  And one of the officers was a correction
16 officer from this facility.  And that -- the medication
17 wasn't given to me.  It was given to the officer.  When
18 the officer got here, he gave it to the sergeant, the
19 desk sergeant on duty at DCC.  And I mean, I -- it really
20 wouldn't have made any sense to me why I couldn't get my
21 medication.
22   Q.  And --
23   A.  And they knew that, you know, I just had an
24 operation, you know, just weeks before that.  I just

Page 225

1  wanted my medication.  And, you know, to me, as I
2  explained in my complaint, I mean, it was -- I was in
3  pain.  So to me it was willful neglect that she didn't
4  give me my medication, basically.  She just denied me
5  treatment, and I was in pain.  Obvious pain.
6    Q.  What time did you undergo the intake procedure
7  on the 21st?  Do you recall?
8    A.  It was probably -- it wasn't in the morning.
9  It wasn't in the early afternoon.  I would say before
10 dark, because I had specifically -- I don't know -- I
11 don't recall if I told Ms. Tross, but I had -- there was
12 a clock on the dash.  So I remember looking at the clock
13 at the time.  I don't know if I wrote the time
14 somewhere -- down somewhere.  But I remember it was
15 probably after three o'clock.  But I remember looking at
16 the clock, because I time everything.
17       I'm the type of person that when I walk
18 up the counts I count the steps.  You know, I count and I
19 spell.  That's my mind.  So I remember looking at that
20 clock on the dash, you know, the little green digital
21 letters -- I mean, numbers.  But I'm sure it was after --
22 well after 3:00.
23       As a matter of fact, we had gotten
24 caught outside the gate around count time, so -- and they

Page 230

1  could have, you know, just took it and -- you know, upon
2  myself, you know. But I -- you know, I didn't want to
3  get in any trouble or nothing like that. You know what I
4  mean? But she denied me, you know, my medication.
5         And she had showed frustration because
6  of my frustration, basically. You know, she got upset
7  with me because I was upset with her not giving me my
8  medication. And I believe that I should have got my
9  medication. And that's my whole -- I should have got my
10 medication.
11        But, you know, to try to fully answer
12 your question -- there's questions on this form that, you
13 know -- that was medication sent with me. And -- yes. I
14 answered yes. It's on here somewhere, I believe.
15 Referred to medical service? Yes. Referred to mental
16 health? Yes. Access to health services explained to
17 inmate? Yes.
18     Q.  Is that all true, sir?
19     A.  What.
20     Q.  All those yeses? Is that in fact what
21 happened?
22     A.  Yeah. You know, previous -- are you currently
23 on any medications? Yes. Medications brought with
24 patient? Yes. Are you allergic to any medications?

Page 231

1  Yes. And she even has the medications I was brought
2  with -- Indocin, Tenormin, Zantae, Motrin, Mintox. And
3  she didn't give me any of it.
4      Q.  Okay.
5      A.  So I was -- you know, the only ones I wanted
6  was the pain medication and my high blood pressure
7  medication, because they keep -- if I don't take them, I
8  get headaches. At that time I was overweight too, but
9  I'm fit now.
10     Q.  But you've slimmed down since then?
11     A.  Yeah. I don't even take them now, you know,
12 so...
13     Q.  You don't take blood pressure meds?
14     A.  I take -- there's a -- they give me a
15 medication called Inderal that helps with preventing
16 migraine headaches. And it's also used for high blood
17 pressure med. But I haven't had a high blood pressure --
18 I don't even remember the last time. Probably when I
19 first came in --
20     Q.  Now, besides --
21     A.  -- you know.
22     Q.  -- what you just told me about --
23     A.  Mm-hmm.
24     Q.  -- Carol Kozak, is there anything else that

Page 232

1  she did?
2         This is your time to speak. I need to
3  know any facts that you have knowledge of that she did to
4  you to violate your constitutional rights.
5      A.  Okay. Let me -- I was -- just let me say
6  this.
7      Q.  Okay.
8      A.  The first time that we did this deposition --
9  what was that on: The 21st? 20th? It was on the 21st.
10 And remember I asked you -- I mean, I told you that the
11 night before, you know, I hear something hit my floor,
12 because the officer came and -- you know, I had two -- I
13 think had two letters. Maybe one from you and one from
14 her. But one was the package with the motion to the
15 Court for the deposition that was going to be held the
16 following morning. And I also had another matter in
17 New York for an audio court. And so I really didn't -- I
18 didn't have time.
19         And I know that -- and I was looking at
20 the rule. And, you know, the rule said that, you know --
21 that the other -- that you guys are supposed to give me
22 reasonable written notice that a deposition is to be
23 held. So, you know, I was -- I got the written notice,
24 but I really didn't have -- I had no time to prepare.

Page 233

1         And she had specifically asked me did
2  I -- you know, did I have a chance. I don't know if she
3  used the word "prepare," but, you know -- I can't recall
4  her words. But even though it was written notice, I
5  didn't have any time to like look through my files and --
6  you know, like if you were to have a trial or something,
7  you go and prepare for your trial. I didn't have the
8  time to prepare for an oral deposition. I didn't have no
9  time, you know, because the lights go out at 11:30. And
10 I was here in the morning time. And they come and get
11 you early. You know what I mean? Especially if they're
12 going to bring you up to 13. This is Building 13.
13        But, anyway, I didn't have -- even
14 though you told me that you would be back, I didn't even
15 take the time to, you know -- to look through anything
16 this time. But I remember asking for -- I have a whole
17 bunch of the Federal Rules of Civil Procedure in my cell,
18 you know, just from, you know, asking for them from the
19 law library and stuff like that. But I didn't have
20 any -- you're asking me -- the question that you asked me
21 was, you know: This is your time. Specifically is there
22 anything else that she did that violated your
23 constitutional rights like that.
24        Now, if I didn't -- even though I got

Page 238

1  of when all this occurred. That's what I'm struggling
2  with. I mean, I understand what you're saying about
3  Carol Kozak and what happened on the 21st with her
4  alleged refusal to give you your pain medicines and you
5  claim that you were suffering in pain because of it. I
6  understand that. But after that point is -- what did she
7  do after that?
8      A. Oh, well, she is one of the nurses who was
9  giving out medications, you know, on a frequent basis.
10  Her -- I explained that -- I don't know if you recall
11  the other -- the week before last when Ms. Tross was
12  asking me questions -- that there were -- she was one of
13  the nurses who passed out medications frequently in
14  Building 21 where I was housed at. And the frustration,
15  the attitudes continued, you know. And I believe I
16  stated that in that complaint too.
17      Q. And all --
18      A. But as far as specific times on the clock, you
19  know, I would have to go back and refer to, you know, my
20  legal -- my notes, I should say.
21      Q. Is it fair to say that all the allegations
22  against Carol Kozak arose until the time that you saw
23  Nurse Practitioner Ott on October 5th? So we're talking
24  about sometime between September 21 to October 5. That's

Page 239

1  the time period we're talking about. As against Carol
2  Kozak.
3      A. Yes. Yeah. Yes.
4      Q. Now, I'm going to ask you the same as to
5  Nurse Kiera. Now, I understand that Nurse Kiera wasn't
6  involved in the intake procedure. Is that correct?
7      A. No. She wasn't there. It was just this
8  nurse.
9      Q. Okay. Now, tell me in your own words what
10  Nurse Kiera did that violated your constitutional rights.
11      A. The same thing that Nurse Carol did during
12  medication administration. And when I was asking her,
13  you know, could I see a doctor -- because I heard a
14  doctor was out there. And, you know, I caught her
15  attitude, you know. I mean, it just -- telling me no or
16  denying me medication. And I knew by that time -- and I
17  believed that I had testified that I was getting
18  medication in erratic times. I wasn't getting it
19  consistently.
20          And then Building 21, at that time I
21  first got over there, they have what they call a keep --
22  KOP, keep on person, medication program. Where I was at
23  the time you weren't allowed to have -- like certain
24  medications they wouldn't let you keep on your person.

Page 240

1  They might let you keep a cream or Maalox. There's just
2  certain things they didn't give you. You know, they pick
3  and choose who and what, you know, you could keep on your
4  person. But I think the general rule in that building
5  was you couldn't hold your own medications.
6          But there was certain nurses or -- you
7  know, they let you have like a Ben-Gay or an acne cream
8  or something like that. But I think the general rule
9  over there at that time was you couldn't hold your own
10  medications. And when they came around to give out
11  medication, I wasn't getting my medication on a regular
12  basis, until I seen Sherel Ott. I called her Dr. Ott. I
13  thought she was a doctor at the time, but I learned later
14  that she was an NP or something.
15      Q. Nurse practitioner?
16      A. Yes.
17      Q. And as to Nurse Kiera, would the same apply in
18  terms of timing? We're talking about September 21 when
19  you first got here. Well, actually, probably the time
20  that you were in Building 21. So that would have been
21  the next day, September 22.
22      A. I thought it was September -- I thought it was
23  October 9th. I'm not sure. Oh, no. We clarified that
24  that day. Right?

Page 241

1      Q. Yeah. October 5th. I believe we determined
2  that that's the day you saw Sherel Ott, the nurse
3  practitioner.
4          But are we still talking about the same
5  time period as to Nurse Kiera? During that time period?
6      A. During that time period, yes.
7      Q. Okay.
8      A. All of this, I believe, was initially that
9  time period. And then -- well, I didn't get the EMG
10  performed until, you know -- I don't remember what date.
11  I think it was in December or early in January of 2006
12  when I got the EMG done.
13          And I'm thinking -- because -- well, my
14  thoughts at the time I got the EMG was, okay, if I get
15  the EMG and the EMG shows that I still have a carpal
16  tunnel condition -- and I think we spoke about you showed
17  me where -- somewhere where I said that surgery was
18  botched, because I believe all the pain I was having
19  from, you know, the handcuff incident -- and I'm
20  thinking, hey, you know -- well, the pain really never
21  went away. But the pain got worse after I got here. Put
22  it like that. You know, the pain never really went away.
23  But then I learned later that it takes -- you know, it
24  can take a long time. You know what I mean? But the

Case 1:05-cv-00871-SLR    Document 111    Filed 10/18/2007    Page 11 of 19
Lou Garden Price, Sr.

11 (Pages 246 to 249)

Page 246

1  And that's how I learned. And I kind of used that
2  pattern. And I basically arrived at it from there.
3       I mean, I didn't sit there, you know,
4  for, you know, a long time and was like, hey, you know --
5  you know? I don't know the law like that.
6       But I just now heard this past week that
7  the court goes -- that the court -- certain courts or
8  whatever has an actual scale or something like that, you
9  know. And I haven't phrased it to the law library yet
10 about that. You know what I mean? Because my biggest
11 thing was the injunctive relief. Let me get that right.
12 And that's kind of like what I'm aiming at. And I need
13 to look at that scale, because I don't know if there's a
14 right way to do it or a wrong way to do it, you know.
15      I didn't guess, if that's what you --
16 you know what I mean? I put exactly what that guy put in
17 the litigation manual. Or I think it was the jailhouse
18 lawyer's manual. And that's how I shaped that second
19 amended complaint that you got there. I shaped it from
20 that.
21 Q. Okay. In the --
22 A. And help from other individuals that help out
23 with civil law and criminal law and stuff like that. I
24 shaped it from that, because I felt -- you know, kind of

Page 247

1  what that guy went through I went through, you know, even
2  though, I think, his was an ankle and mine is a wrist.
3  Q. You also claim entitlement to punitive
4  damages. Can you tell me what punitive damages are?
5  A. Punitive damages, I believe, is from your
6  suffering. Right?
7  Q. I'm asking you.
8  A. Yeah. I believe they're from your suffering.
9  Q. Are there any additional facts that we haven't
10 already talked about that would support a claim for your
11 understanding of what punitive damages are? Are there
12 any other facts that we haven't talked about that you
13 think entitles you to punitive damages?
14 A. I wouldn't know how to answer that, you know,
15 because I kind of -- I'm trying to remember what the word
16 "punitive" means. I don't remember what the word means,
17 but you hear here it a million times in your life. You
18 hear it on TV. This person was awarded -- you know, I
19 don't know. I haven't really gone through this before.
20 I'm kind of winging it.
21 Q. Is it fair to say that had you seen a health
22 care provider for a visit, say a mental health visit,
23 during that September 21 to October 5 period of time --
24 had you seen a mental health provider, would you have

Page 248

1  told that mental health provider that you were not
2  getting medieations?
3  A. A mental health?
4  Q. Right.
5  A. That I wasn't getting what medieations?
6  Q. Any medications. Or pain medieations.
7  Anything that you elaim that you weren't getting.
8       Would you have told that person that you
9  went to see during that time period?
10 A. Yeah. They're like counselors. You tell them
11 anything. You know, I probably would have said something
12 to them.
13 Q. And I believe Erika Tross has already gone
14 over this with you, but I just want to confirm. You
15 don't have any medical bills related to the
16 constitutional violations that you claim by CMS or CMS
17 personnel?
18 A. Let me restate that, because I don't -- well,
19 I'm not going to go into what I recall telling her. But
20 when I thought about it, I was thinking about, you know,
21 all the -- they have -- they call what they -- they have
22 what they call copays and medical holds as far as -- like
23 when you want to see sick call, you got to pay. When you
24 want a different kind of medication, you pay.

Page 249

1       So -- and I have a life sentence, you
2  know. And I can hope from here to Neptune, you know,
3  that one day -- you know, that, I get out of prison. But
4  if I'm in prison, I'm going to have some bills. I'm
5  going to have some trouble. If I got permanent damage in
6  my wrist -- you know, there's some times where this thing
7  bothers me, you know, where I can't even lay on my right
8  arm. And there's other times where I can get up and it's
9  just, you know, a little mild or, you know, some
10 tingling. But I'm having discomfort from this. It's
11 fair to say I have discomfort every day.
12      But I can't go to sick call every day,
13 because sick call -- they might give you Motrin. Like
14 recently they took me off my pain medications. And I'm
15 suffering. Like if you look at me like right now and --
16 versus the last time I was in here -- I'm feeling a lot
17 more discomfort today than I was the last time I was
18 here. I mean, I'm in discomfort. Not just from this.
19 But I have a headache right now. So I have a lot more
20 discomfort.
21      I'm not on no pain medications right
22 now. They changed my medication and made me feel
23 miserable. They got me on a new medication called
24 Cafergot. Something about your stomach -- you know,

Page 254

1    Q. Okay.
2    A. The mail was passed out, you know, eight-,
3 nine-, ten o'clock.
4            MS. WOLHAR: Okay. I don't have any
5 more questions for you. Thank you very much.
6            THE WITNESS: Okay.
7            MS. TROSS: Mr. Price, I just have two
8 quick follow-up questions.
9 BY MS. TROSS:
10    Q. When Lieutenant Taylor handcuffed you in
11 Camp Hill -- you remember him putting the handcuffs on
12 you? When you were in Camp Hill being transferred from
13 Camp Hill to Delaware, I believe when we spoke before you
14 said it was Lieutenant Taylor who put the handcuffs on.
15    A. Did I say that?
16    Q. Is that what happened?
17    A. Yeah.
18    Q. When he put the handcuffs on, did he put his
19 finger in the handcuff, do you recall?
20    A. Did he put his finger in the handcuff?
21    Q. You know how they put their finger between the
22 handcuff and your wrist? Did he do that?
23    A. No, he didn't do that.
24    Q. My second question is: How much do you

Page 255

1 currently weight?
2    A. Right now?
3    Q. Yes.
4    A. I weigh -- last time I got weighed I was 235.
5            MS. TROSS: Okay. Thank you. I have no
6 further questions.
7            MS. WOLHAR: One more thing.
8 BY MS. WOLHAR:
9    Q. You understand that everyone you have
10 identified during these two depositions may be called as
11 a witness in trial for this matter. You understand that;
12 correct?
13    A. You said: Do I understand that?
14    Q. Mm-hmm.
15    A. Yes.
16    Q. You understand that they may be called to give
17 other types of sworn testimony, like an affidavit or
18 something to that effect. You understand that; right?
19    A. Yes.
20            MS. WOLHAR: Okay. I don't have
21 anything else.
22            (The deposition concluded at 12:50 p.m.
23 this same day.)
24            - - - - -

Page 256

1            INDEX TO TESTIMONY
2
    LOU GARDEN PRICE, SR.                    PAGE
3
    Examination by Ms. Wolhar         210
4    Examination by Ms. Tross          254
    Examination by Ms. Wolhar         255
5
6
            - - - - -
7
8
            INDEX TO EXHIBITS
9
10 PRICE DEPOSITION EXHIBIT NO.              PAGE
11 7  Delaware Department of Corrections     218
    Request for Medical/Dental Sick Call
12   Services Facility: Delaware Correctional
    Center dated 09/29/05
13
8 Intake Screening Report               227
14
15
            - - - - -
16
17
18
19
20
21
22
23
24

Page 257

1
2
3
4
5
6
7
8            REPLACE THIS PAGE
9
10           WITH THE ERRATA SHEET
11
12           AFTER IT HAS BEEN
13
14           COMPLETED AND SIGNED
15
16           BY THE DEPONENT.
17
18
19
20
21
22
23
24

| A | | | | |
|---|---|---|---|---|
| **able** 213:17 | 237:16,21 | **audio** 232:17 | 231:6,13,16,17 | 215:4,7,9,10 |
| 242:13 | 245:2 246:19 | **available** 252:8 | **board** 217:18 | 215:13,20,20 |
| **Absolutely** | **amount** 245:9 | **awarded** 247:18 | **booking** 222:5,6 | 215:21,24 |
| 252:23 | **amounts** 245:11 | **A.D** 258:19 | **botched** 241:18 | 216:4,9,13 |
| **Access** 230:16 | **Andrews** 220:9 | **a.m** 209:12 | **bothers** 249:7 | 218:15 220:4 |
| **acne** 240:7 | **ankle** 247:2 | | **bottom** 219:20 | 220:21 221:1,1 |
| **action** 209:6 | **ANNA** 210:2 | **B** | **box** 212:16,17 | 221:4,6 222:18 |
| 258:16 | **answer** 211:6,9 | **back** 217:19 | 212:21,21,22 | 223:19 224:3 |
| **actions** 243:14 | 211:13 222:22 | 219:4 233:14 | 212:23 213:17 | 226:13 239:21 |
| **actual** 246:8 | 230:11 234:17 | 234:7 236:15 | 215:20,22,22 | 248:21,22,23 |
| **additional** 247:9 | 247:14 250:3 | 238:19 242:22 | 215:24 216:4,4 | 249:12,13 |
| **administer** | 251:16 253:9 | 244:22 252:16 | 216:11,12,13 | 256:11 |
| 223:24 | **answered** | 252:19 253:6,7 | 221:1 | **called** 222:11 |
| **administering** | 230:14 | **based** 226:12 | **boxes** 216:3,15 | 223:10 231:15 |
| 214:7 | **answering** | **basically** 217:19 | 216:16 | 236:21 240:12 |
| **administration** | 226:16 | 225:4 230:6 | **brighter** 229:16 | 249:23 255:10 |
| 239:12 | **answers** 226:20 | 237:1 243:2 | **bring** 233:12 | 255:16 |
| **affect** 211:18,20 | **anyway** 233:13 | 246:2 252:4 | **brought** 230:23 | **calls** 213:2 |
| **affidavit** 255:17 | **APPEARANC...** | **basis** 238:9 | 231:1 250:24 | **Camp** 254:11,12 |
| **affiliated** 209:23 | 209:14 210:1 | 240:12 | **building** 212:12 | 254:13 |
| **aforesaid** 258:6 | **appears** 228:1 | **beat** 245:20 | 212:13 213:7 | **care** 247:22 |
| **afternoon** 225:9 | **apply** 240:17 | **beginning** | 216:17 217:13 | **Carol** 217:24 |
| **aggravated** | **April** 237:11 | 209:12 212:24 | 217:22 218:5,6 | 222:17 226:6 |
| 219:18 | **area** 220:16,18 | **belief** 228:5 | 218:6,8,12 | 228:2,7,9,15 |
| **ago** 210:21 | 222:4 | **believe** 211:12 | 219:8 223:20 | 228:16 231:24 |
| 213:22 221:13 | **arm** 249:8 | 216:1,22 228:7 | 233:12 238:14 | 234:18 236:8 |
| 228:24 235:14 | **arose** 238:22 | 228:16 230:8 | 239:20 240:4 | 236:17 238:3 |
| **agree** 218:23 | **arrived** 222:3 | 230:14 238:15 | 240:20 | 238:22 239:1 |
| 220:20 227:16 | 245:8 246:2 | 241:1,8,18 | **bunch** 233:17 | 239:11 |
| 227:20,21 | **arthritis** 219:20 | 244:6,8,21 | 235:16 236:7 | **Carole** 209:8 |
| 250:2,3 | **asked** 226:14 | 247:5,8 248:13 | 236:11 244:13 | 210:4 |
| **ahead** 211:12 | 228:19 229:12 | 251:6 254:13 | 244:17 | **carpal** 219:23 |
| **aiming** 246:12 | 232:10 233:1 | **believed** 239:17 | **bunk** 219:20 | 235:5,7,18 |
| **aligned** 215:24 | 233:20 234:9 | **Ben-Gay** 240:7 | **Burris** 209:9 | 241:15 242:5,7 |
| **allegations** | 242:11 244:19 | **best** 219:1 | 210:8 | 242:19 |
| 228:8 238:21 | **asking** 223:16 | **better** 242:9 | | **Carroll** 209:7 |
| **alleged** 217:23 | 229:13 233:16 | **Betty** 209:9 | **C** | 210:7 |
| 238:4 | 233:18,20 | 210:8 | **C** 216:2 218:5,6 | **Carter** 220:9 |
| **allergic** 230:24 | 238:12 239:12 | **biggest** 246:10 | 218:8,12 | **case** 236:13,14 |
| **allowed** 212:15 | 242:21,21 | **bilateral** 243:4 | 223:20 258:1,1 | **CASTLE** 258:3 |
| 239:23 | 245:23 247:7 | **bills** 248:15 | **Cafergot** 249:24 | **caught** 225:24 |
| **amended** 234:10 | 253:3 | 249:4 250:5,6 | **call** 212:6,7,8,9 | 239:14 |
| 236:4,5,5,16 | **Atallian** 217:14 | **bit** 210:16,17 | 212:16,17,21 | **caused** 243:20 |
| 236:22,23 | **attitude** 239:15 | 221:20 | 212:21 213:20 | **cell** 214:6 222:9 |
| 237:1,5,6,12 | **attitudes** 238:15 | **bleeding** 214:20 | 213:23 214:6,7 | 233:17 236:12 |
| | **attributed** 244:4 | **blood** 223:9,11 | 214:9,18 215:2 | **cells** 215:23 |

255:10
describe 212:7
  222:14 243:15
described 220:5
  243:16
desk 224:19
detailed 221:24
details 236:7
determined
  241:1
detrimental
  214:22
diagnosed
  219:19
dictionary
  235:10,11
different 235:6
  248:24
difficulties
  210:17
digital 225:20
dirty 214:7
discomfort
  249:10,11,17
  249:18,20
discussed
  210:19 226:7
disease 243:6
DISTRICT
  209:1,2
doctor 219:5
  223:5,21 224:1
  224:4,13 237:8
  239:13,14
  240:13
documentation
  221:11
doing 222:17
  234:6 245:6
dollars 245:4
door 213:14
  216:5,6,7
Dover 235:12
Dr 240:12
  242:22 244:12
dropped 217:11

due 245:20
duly 210:12
  258:9
Durnan 209:8
  210:8
duty 224:19

**E**

E 258:1,1
earlier 216:21
  250:23 253:12
early 216:22
  225:9 233:11
  241:11
effect 255:18
eight 254:2
either 212:19
  213:24
emergency
  214:18 215:2,4
EMG 237:3
  241:9,12,14,15
  241:15 242:4,4
  242:18 243:22
emotional 245:5
emptied 215:18
  215:20 221:1
empty 215:13
entitled 227:19
  237:12
entitlement
  245:4 247:3
entitles 247:13
envelope 223:15
equipment
  210:18
Erika 210:5
  248:13
ERRATA
  257:10
erratic 239:18
especially
  233:11 243:21
ESQ 210:2,5
evening 223:19
event 229:17

events 216:14
  217:21
eventually
  222:11
everybody
  222:19 243:5
exactly 214:8
  220:13 236:16
  243:3 246:16
examination
  250:14 256:3,4
  256:4
examined
  210:12
example 245:16
excessively
  229:2
exhibit 218:19
  227:12,13
  256:10
**EXHIBITS**
  256:8
expect 211:14
expects 236:8
experience
  251:13
Expires 258:23
explain 220:13
  224:7
explained 223:4
  223:13 225:2
  230:16 238:10
  244:10 245:10
  250:23
explaining 215:1
  229:6
explanation
  220:6 223:23

**F**

F 258:1
facility 224:1,16
  229:4 256:12
fact 225:23
  230:20
facts 232:3

247:9,12
fair 217:22
  218:1 220:24
  238:21 247:21
  249:11
far 214:22 217:5
  218:2 228:10
  228:11 238:18
  243:1,19,21
  244:9 248:22
February
  216:23
Federal 233:17
  235:15
feel 229:9
  244:14 249:22
  251:23
feeling 222:16
  222:23 228:24
  249:16
felt 246:24
Fetzer 209:24
figuring 215:17
file 221:13
  244:21
filed 237:11
files 233:5
fill 212:8,9
final 227:22
finally 237:9
find 227:8
  236:16
finger 254:19,20
  254:21
finish 211:6
first 210:11,20
  218:2,2,4
  219:2 222:6
  229:3 231:19
  232:8 236:3
  237:7,15
  239:21 240:19
  251:1,18
fit 231:9
floor 210:3,6
  217:10 232:11

flow-down
  212:14
followed 224:8
following 232:16
follows 210:13
follow-through
  219:24
follow-up 254:8
Forbes 209:8
  210:8 217:2
foregoing 258:7
forget 216:2
forgot 214:2
  251:20
form 227:1,17
  230:12 252:9
found 217:10
four 213:11
French 210:6
frequent 238:9
frequently
  238:13
front 229:15
frustrated 229:7
  229:12 234:11
frustration
  230:5,6 238:14
full 236:10
fully 230:11
  234:17
Fungus 219:21
further 220:18
  255:6

**G**

game 217:10
Gander 217:7
GARDEN 209:3
  209:11,15
  210:10 256:2
  258:7
gate 225:24
  226:3
gates 213:18
general 240:4,8
getting 239:17

229:15,15,16
229:18,21,23
229:24 230:1,1
230:2,2,3,4,6
230:11,13,22
231:5,11,21
232:3,11,12,19
232:20,20,23
233:2,2,3,6,9
233:11,15,18
233:18,21
234:6,12,14,14
234:20 235:6,7
235:8,9,20,20
235:21,21,22
235:24 236:3,6
236:8,9,10,12
236:13,19
237:4,19,20,22
238:9,10,15,19
238:19 239:13
239:14,15
240:2,3,7
241:10,19,20
241:22,23,24
242:2,5,6,6,7,8
242:10,11,14
242:15,16,18
242:22,24
243:2,3,5,6,6
243:21,23,24
244:1,1,2,2,10
244:10,14,15
244:16,17,24
245:1,18,23
246:3,4,4,5,5,9
246:10,13,14
246:16,24
247:1,14,14,18
247:19 248:11
248:20 249:2,2
249:3,6,7,9,9
249:24 251:2,6
251:8,9,13,14
251:16,20,20
251:21,24

252:1,2,3,5,5
252:13,15,16
252:18,22
253:10,16,18
254:2,21
**knowing** 221:3
**knowledge**
220:24 232:3
235:10
**knows** 243:5
**KOP** 239:22
**Kozak** 209:8
210:4 222:17
222:24 226:6
228:3,8,9,15
228:16 231:24
234:18 236:8
236:17 238:3
238:22 239:2

**L**

**lad** 210:17
**laid** 236:7
**latest** 216:23
**law** 233:19
234:1 235:17
242:12,12
245:12 246:5,9
246:23,23
**lawsuit** 217:22
228:11
**lawyer's** 245:13
246:18
**lay** 236:9 249:7
**lead** 235:22
**learned** 235:21
240:13 241:23
246:1
**left** 212:1
**legal** 236:12
238:20 242:16
245:11
**letter** 244:20,22
245:1
**letters** 225:21
232:13

**letting** 213:9,10
**library** 233:19
234:1 235:17
242:12,12
245:12 246:9
**Lieutenant**
209:7 210:8
254:10,14
**life** 214:22 234:4
234:5 247:17
249:1
**light** 229:16
**lights** 233:9
234:3
**limited** 245:11
**line** 219:2,4
235:5
**litigation** 245:14
246:17
**little** 210:16,17
221:20,24
225:20 229:16
244:16 249:9
**lockbox** 212:23
215:7,10,13
**lockdown**
212:13
**long** 226:9
241:24 246:4
**look** 221:12
227:22 233:5
233:15 234:7,8
234:19 235:19
236:2,19
246:13 249:15
252:13,17,19
252:21
**looked** 235:8,20
**looking** 225:12
225:15,19
232:19 237:18
**looks** 216:10
227:10
**LORENZA**
210:2
**Lori** 210:15

**lost** 236:11
**lot** 217:11
234:13 235:21
249:16,19
250:1,2 251:12
252:14,14
**Lou** 209:3,11,15
210:10 219:6
256:2 258:7
**Lyons** 234:1
251:4

**M**

**Maalox** 240:1
**machine** 258:12
**mail** 216:5,6,8
216:13 221:10
251:5 254:2
**mailbox** 216:4
216:14
**mailing** 242:13
**making** 252:11
253:1
**Malaney** 209:9
210:4
**man** 214:1,2
**manner** 220:5
243:16
**manual** 245:13
245:14 246:17
246:18
**Maria** 234:1
251:4
**mark** 209:8
210:8 227:11
**marked** 218:18
218:20 227:14
**Market** 209:22
210:3
**married** 217:3
**MARSHALL**
210:2
**material** 236:13
242:10
**materials** 245:12
**matter** 214:20

225:23 232:16
236:16 255:11
**maximum** 217:1
**ma'am** 215:11
220:19 222:13
250:8
**mean** 220:7
221:15 223:3
224:19 225:2
225:21 229:11
229:14,21
230:4 232:10
233:11 234:4,6
235:24 237:17
237:22 238:2
239:15 241:24
242:7,11 243:5
246:3,10,16
249:18 252:2
252:18
**means** 247:16,16
**meant** 253:10
**med** 231:17
**medical** 209:6
210:4 220:17
221:11,13
228:18 230:15
248:15,22
250:5,6
**Medical/Dental**
256:11
**medication**
211:19 214:5,8
223:1,3,10,10
223:11,17,22
224:14,16,21
225:1,4 226:12
226:14,15
228:20,21
229:9,24 230:4
230:8,9,10,13
231:6,7,15
239:12,16,18
239:22 240:11
240:11 243:19
248:24 249:22

party 258:16
passed 238:13
  254:2
passes 212:18
patient 230:24
pattern 246:2
pay 248:23,24
  250:5
Pennsylvania
  215:2 217:1
  222:3 223:5,24
  224:4,5,14
percent 251:22
performed
  237:3 241:10
period 213:6
  239:1 241:5,5
  241:6,9 247:23
  248:9
permanent
  243:7 249:5
  250:7
persistent 223:4
person 225:17
  239:22,24
  240:4 247:18
  248:8
personnel
  224:13,13
  243:14 245:3
  248:17
phrased 246:9
physical 245:4
physically
  213:17 214:9
pick 216:8 240:2
picked 213:2
piece 235:11
place 214:18
  258:9
Plaintiff 209:4
  209:18
Please 220:17
Plus 214:6
point 238:6
points 217:5,12

policy 222:20
  224:8
posed 211:23
possibility 221:9
possible 220:7
  221:24
possibly 214:14
  221:15,16
  251:17
Post 219:18
practitioner
  238:23 240:15
  241:3
predatory 217:9
  217:11
prepare 232:24
  233:3,7,8
  234:20,20,22
  236:2 251:8
  252:1
prescribed
  223:6
pressure 223:9
  223:11 231:6
  231:13,17,17
presumably
  215:9 221:2
pretty 216:22
  242:14,15
prevent 211:22
preventing
  231:15
prevention
  219:23
previous 230:22
Price 209:3,11
  209:15 210:10
  210:15 218:18
  218:19 219:6
  227:12,13
  228:22 250:22
  254:7 256:2,10
  258:7
prior 221:5,7
prison 224:5
  234:4,5 249:3

249:4 250:5
prisoner 245:16
pro 209:15
probably 212:24
  213:3 215:18
  216:23 225:8
  225:15 228:23
  229:5 231:18
  237:1 240:19
  242:21,24
  243:20 248:11
  251:10
problem 214:21
  244:3 250:17
problems 250:1
procedure 212:7
  214:18 221:17
  222:12,15
  224:8 225:6
  226:6,17,20,24
  228:5 233:17
  235:15 239:6
  243:10,17
  244:5
procedures
  222:21
process 245:21
  251:21 252:3
professional
  209:13 244:11
  258:5,22
program 239:22
provider 247:22
  247:24 248:1
Public 209:13
  258:5
punitive 247:3,4
  247:5,11,13,16
pursuant 209:11
  258:8
put 212:6,16,21
  213:17 215:9
  216:12,12
  223:18 224:2
  226:13 241:21
  244:22 246:16

246:16 253:19
  254:14,18,18
  254:20,21
puts 216:10
putting 229:14
  254:11
p.m 255:22

**Q**
question 211:6,9
  211:11,13,14
  222:22 230:12
  233:20 234:17
  234:21 250:4
  254:24
questionnaire
  222:19
questions 211:3
  211:22 226:16
  229:18 230:12
  238:12 254:5,8
  255:6
quick 250:15
  254:8

**R**
R 258:1
read 219:1,4,16
  234:24 235:2
real 250:15
really 213:12
  214:21 224:19
  229:24 232:17
  232:24 234:13
  234:16,21
  235:8,9,19
  236:1,2,11
  241:20,22
  242:6 244:12
  244:15 245:19
  245:19 247:19
  251:6,11,22
  253:17
reason 226:19
  226:22,22
  252:11
reasonable

232:22
rec 213:6,7,12
  220:11
recall 213:21,23
  216:14 221:14
  222:17 223:8
  223:12,20
  225:7,11 226:5
  226:8,16,24
  227:2,4 233:3
  238:10 245:5
  248:19 254:19
received 234:15
  243:15
receiving 222:5
  222:6
reciting 252:10
reclassified
  217:4,15
recollection
  220:3
record 211:13
  253:20 258:14
recorded 258:12
recording 252:8
  252:9
records 221:6
refer 236:15
  237:10 238:19
Referred 230:15
  230:15
referring 253:13
refusal 226:11
  238:4
refused 223:17
  228:13
Registered
  209:13 258:4
  258:22
regular 240:11
rehash 212:2
related 213:20
  217:21 248:15
  250:6
relating 215:19
  236:13

Lou Garden Price, Sr.

| | | | | |
|---|---|---|---|---|
| **started** 213:10 | **supposed** 232:21 | **ten** 254:3 | 216:3 225:15 | 223:18,20 |
| **state** 210:6 | **sure** 213:1,4 | **Tenormin** | 236:20 | 225:11 229:8 |
| 224:5 243:10 | 214:8,13 | 223:12 231:2 | **throbbing** 244:2 | 231:22 232:10 |
| 243:20 258:2,6 | 216:23 223:13 | **terms** 240:18 | **tier** 213:18,19 | 233:14 234:10 |
| **stated** 238:16 | 225:21 240:23 | 252:24 | 214:1,2 215:23 | 235:8,18 237:2 |
| **statement** | 250:15 | **testified** 210:13 | 215:24 216:1,2 | 244:20 248:1,8 |
| 252:10 | **surgery** 235:18 | 239:17 | 216:16 | **Tom** 209:7 |
| **STATES** 209:1 | 241:17 242:20 | **testimony** 211:2 | **time** 210:21 | 210:7 |
| **status** 219:20 | 242:23 | 211:18,20 | 212:3,5,10 | **top** 218:22 |
| **stay** 250:4 | **sworn** 210:12 | 250:20,21 | 213:8,12 | **totally** 252:3,19 |
| **stemming** 217:6 | 255:17 258:9 | 253:12 255:17 | 214:13 216:2 | **transcribed** |
| **stenographer** | **system** 242:13 | 256:1 258:11 | 217:8 220:11 | 258:13 |
| 252:5 | | 258:15 | 221:13 225:6 | **transcript** |
| **steps** 225:18 | **T** | **Thank** 254:5 | 225:13,13,16 | 251:15 252:6,7 |
| **stick** 216:5,6,7 | **T** 258:1,1 | 255:5 | 225:24 226:10 | 252:8,17 253:1 |
| 216:13 226:11 | **take** 211:2,8,19 | **thereof** 258:17 | 228:23 229:17 | 253:14 |
| **stomach** 249:24 | 211:21 212:20 | **thing** 214:2 | 231:8,18 232:2 | **transcription** |
| 250:1,2,3 | 214:6 222:20 | 234:9,12 235:9 | 232:8,18,24 | 258:14 |
| **Street** 209:22 | 231:7,11,13,14 | 239:11 246:11 | 233:5,8,9,10 | **transfer** 219:19 |
| 210:3,6 | 233:15 241:24 | 249:6 255:7 | 233:15,16,21 | 243:9,17 244:4 |
| **streets** 224:11 | **taken** 209:11 | **things** 226:2,11 | 234:7 235:14 | **transferred** |
| 224:12 | 211:17 222:4,5 | 234:5 240:2 | 235:17 237:24 | 222:2 254:12 |
| **struggling** 238:1 | 258:8 | 252:12 | 238:22 239:1 | **transferring** |
| **stuck** 253:15 | **takes** 241:23 | **think** 213:3 | 239:16,20,23 | 223:16 224:9 |
| **studied** 242:8 | **talk** 221:17,20 | 214:24 217:2 | 240:9,13,19 | 224:14 229:3 |
| **stuff** 233:19,23 | 221:23 | 228:18 232:13 | 241:5,5,6,9,14 | **transitioned** |
| 235:5 245:21 | **talked** 212:3,5 | 236:20,21 | 241:24 243:8 | 218:13 |
| 245:24 246:23 | 218:14 228:2 | 237:3 240:4,8 | 244:15 246:4 | **trauma** 235:22 |
| **submitted** | 228:12 243:8 | 241:11,16 | 247:23 248:9 | **tray** 214:5 |
| 213:21,23 | 247:10,12 | 242:3,23 | 249:16,17 | **treatment** |
| 214:9,10,14 | **talking** 211:7 | 244:19 246:17 | 251:1,7,8,9,24 | 219:21,22,23 |
| 219:13 220:4 | 220:16 238:23 | 247:2,13 | 255:4 258:8 | 219:24 225:5 |
| 220:13 221:7 | 239:1 240:18 | 250:14,18,23 | **times** 213:7,11 | 228:19 |
| **subsides** 244:1,2 | 241:4 253:2 | **thinking** 216:2 | 229:13 238:18 | **trial** 233:6,7 |
| **substance** | **Taylor** 209:8 | 241:13,20 | 239:18 247:17 | 255:11 |
| 252:10 | 210:8 254:10 | 242:4,6 248:20 | 249:6,8 250:24 | **Tross** 210:5,21 |
| **suffering** 238:5 | 254:14 | 251:10 | **timing** 240:18 | 221:13,21 |
| 244:10 247:6,8 | **technical** 210:17 | **thought** 217:7 | **tingling** 249:10 | 223:14 225:11 |
| 249:15 | **tell** 214:4 220:8 | 240:13,22,22 | **today** 210:23 | 238:11 243:16 |
| **Sunday** 213:11 | 228:7,14 | 248:20 252:15 | 211:17,21 | 245:11 248:13 |
| **Sundays** 213:9 | 229:11 239:9 | 253:14 | 234:22 249:17 | 254:7,9 255:5 |
| **supervision** | 245:8 247:4 | **thoughts** 241:14 | 250:22 253:11 | 256:4 |
| 258:13 | 248:10 258:10 | **thousand** 245:4 | 253:17 | **trouble** 230:3 |
| **supplement** | **telling** 223:4 | **thousands** | **toenails** 219:21 | 249:5 |
| 237:7 | 224:3,12 | 236:11,12 | **told** 215:6 | **true** 230:18 |
| **support** 247:10 | 239:15 248:19 | **three** 213:7 | 222:24 223:1 | 258:14 |

**2006** 216:18,21
216:22 237:11
241:11
**2007** 209:12
258:19
**2008** 258:23
**21** 212:12,13
216:17 217:22
218:6,9,10,13
219:8 238:14
238:24 239:20
240:18,20
247:23
**21st** 225:7 232:9
232:9 238:3
243:23 251:2,4
**210** 256:3
**218** 256:11
**22** 217:13
240:21
**227** 256:13
**230** 209:22
**235** 255:4
**25** 212:6
**25th** 213:20
215:19 218:14
**254** 256:4
**255** 256:4
**26th** 220:15
**29th** 218:16

_____
**3**
**3** 209:12
**3rd** 234:2 251:6
**3:00** 225:22
**30** 234:24 235:2
251:14 252:7
**302** 209:22
**31** 258:23

_____
**5**
**5** 221:7 238:24
247:23
**5th** 210:3 221:5
238:23 241:1
**571-0510** 209:22

_____
**6**
**6** 227:22
**6th** 210:6

_____
**7**
**7** 218:18,19
256:11
**7th** 258:18

_____
**8**
**8** 227:12,13
256:13
**820** 210:6

_____
**9**
**9th** 240:23
**9/29** 220:2
**9/29/05** 219:14



$ 01.48°
02 1A
0004608975    OCT 17 2007
MAILED FROM ZIP CODE 19977
PITNEY BOWES
UNITED STATES POSTAGE

I/M Lou G. Price Sr.
SBI# 454309   UNIT 23
DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD
U.S.M.S.
SMYRNA, DELAWARE 19977

'05-871-SLR
U.S. Dist. Courthouse - Clerk
844 N. King St.
Lockbox 18/
Wilm, De
19801

19801 3051 9 0012