# SEALED DOCUMENT

Case 1:05-cv-00871-SLR    Document 112    Filed 10/18/2007    Page 1 of 1