IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civ. No. 05-871-SLR |
| | ) |
| C/O LIEUTENANT TAYLOR, NURSE CAROL, NURSE KERA, WARDEN TOM CARROLL, CORRECTIONAL MEDICAL SERVICES, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 1, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 2, BETTY BURRIS, MAJOR HOLMAN, CHRIS MALANEY, and PROFACI, | )   JURY TRIAL DEMANDED |
| | ) |
|     Defendants. | ) |

**RESPONSE OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO COURT ORDER OF OCTOBER 9, 2007 GRANTING MOTION OF CORRECTIONAL MEDICAL SERVICES, INC. TO PROVIDE LAST KNOWN ADDRESS OF CAROL KOZAK UNDER SEAL (D.I.#106)**

Defendant, Correctional Medical Services, Inc., provides under seal the address of Carol Kozak as set forth in Exhibit "A" attached hereto.

                MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
                BY: */s/ Kevin J. Connors*
                KEVIN J. CONNORS, ESQ., DE Bar ID: 2135
                1220 North Market Street, 5th Fl.
                P.O. Box 8888
                Wilmington, DE 19899-8888
                Attorney for Defendant, Correctional Medical Services, Inc.

Date: November 2, 2007
13252-00170 15/549254.v1