IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., )<br>    Plaintiff, )<br>v. ) <br>C/O LIEUTENANT TAYLOR, NURSE )<br>CAROL, NURSE KERA, WARDEN )<br>TOM CARROLL, CORRECTIONAL )<br>MEDICAL SERVICES, UNKNOWN )<br>DEPARTMENT OF JUSTICE (DE) )<br>STATE DETECTIVE 1, UNKNOWN )<br>DEPARTMENT OF JUSTICE (DE) )<br>STATE DETECTIVE 2, BETTY )<br>BURRIS, MAJOR HOLMAN, CHRIS )<br>MALANEY, and PROFACI, )<br>    Defendants. ) | Civ. No. 05-871-SLR<br><br>TRIAL BY JURY DEMANDED |

**CERTIFICATE OF SERVICE**

    I, KEVIN J. CONNORS, hereby certify that the RESPONSE OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO COURT ORDER OF OCTOBER 9, 2007 GRANTING MOTION OF CORRECTIONAL MEDICAL SERVICES, INC. TO PROVIDE LAST KNOWN ADDRESS OF CAROL KOZAK UNDER SEAL (D.I.#106) has been served on November 2, 2007 via E-file under seal to the following:

Erika Yvonne Tross, Esquire
Ralph Durstein III, Esquire
Deputy Attorney General
Department of Justice
820 N French Street
Wilmington, DE 19801

    I hereby certify that on November 2, 2007 I have mailed by United States Postal Service, copies of the E-filed documents to the following non-registered participant:

Lou Garden Price, Sr., SBI# 454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN
        BY: */s/ Kevin J. Connors*
        KEVIN J. CONNORS, ESQ., DE Bar ID: 2135
        1220 North Market Street, 5th Fl.
        P.O. Box 8888
        Wilmington, DE 19899-8888
        Attorney for Defendant, Correctional Medical Services, Inc.

Date:  November 2, 2007

13252-00170  15/549261.v1