# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOU GARDEN PRICE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-871-SLR |
| | ) | |
| C/O LIEUTENANT TAYLOR, NURSE CAROL, NURSE KERA, WARDEN TOM CARROLL, CORRECTIONAL MEDICAL SERVICES, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 1, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 2, BETTY BURRIS, MAJOR HOLMAN, CHRIS MALANEY, and PROFACI, | ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**RESPONSE OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO COURT ORDER OF NOVEMBER 1, 2007 GRANTING MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO PROVIDE POLICIES UNDER SEAL (D.I. # 107)**

Defendant, Correctional Medical Services, Inc., hereby provides Correctional Medical Services, Emergency Services Policy and Procedure under seal attached hereto as Exhibit "A".

                                              MARSHALL, DENNEHEY, WARNER,
                                              COLEMAN & GOGGIN
                                              BY: */s/ Kevin J. Connors*
                                              KEVIN J. CONNORS, ESQ., DE Bar ID: 2135
                                              1220 North Market Street, 5th Fl.
                                              P.O. Box 8888
                                              Wilmington, DE 19899-8888
                                              Attorney for Defendant, Correctional Medical Services, Inc.

Date:  November 2, 2007
13252-00170  15/549275.v1