## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR.,  ) | |
|     Plaintiff,  ) | |
| v.  ) | |
| C/O LIEUTENANT TAYLOR, NURSE  ) | Civ. No. 05-871-SLR |
| CAROL, NURSE KERA, WARDEN  ) | |
| TOM CARROLL, CORRECTIONAL  ) | |
| MEDICAL SERVICES, UNKNOWN  ) | TRIAL BY JURY DEMANDED |
| DEPARTMENT OF JUSTICE (DE)  ) | |
| STATE DETECTIVE 1, UNKNOWN  ) | |
| DEPARTMENT OF JUSTICE (DE)  ) | |
| STATE DETECTIVE 2, BETTY  ) | |
| BURRIS, MAJOR HOLMAN, CHRIS  ) | |
| MALANEY, and PROFACI,  ) | |
|     Defendants.  ) | |

## **CERTIFICATE OF SERVICE**

I, KEVIN J. CONNORS, hereby certify that the RESPONSE OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO COURT ORDER OF NOVEMBER 1, 2007 GRANTING MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC., TO PROVIDE POLICIES UNDER SEAL (D.I. # 107) has been served on November 2, 2007 via E-file under seal to the following:

Erika Yvonne Tross, Esquire
Ralph Durstein III, Esquire
Deputy Attorney General
Department of Justice
820 N French Street
Wilmington, DE 19801

I hereby certify that on November 2, 2007 I have mailed by United States Postal Service, copies of the E-filed documents to the following non-registered participant:

Lou Garden Price, Sr., SBI# 454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

>MARSHALL, DENNEHEY, WARNER,
>COLEMAN & GOGGIN
>BY: */s/ Kevin J. Connors*
>KEVIN J. CONNORS, ESQ., DE Bar ID: 2135
>1220 North Market Street, 5th Fl.
>P.O. Box 8888
>Wilmington, DE 19899-8888
>Attorney for Defendant, Correctional Medical Services, Inc.

Date:  November 2, 2007

13252-00170  15/549318.v1