# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOU GARDEN PRICE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-871-SLR |
| v. | ) | |
| | ) | |
| CORRECTIONAL MEDICAL, | ) | |
| SERVICES, DCC WARDEN | ) | Jury Trial Requested |
| TOM CARROLL, C.O. LIEUTENANT | ) | |
| TAYLOR, CAROLE KOZAK, | ) | |
| MARK FORBES, ROBERT DURNAN, | ) | |
| CHRIS MALANEY, and BETTY BURRIS, | ) | |
| | ) | |
| Defendants. | ) | |

## STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW, Tom Carroll, Betty Burris, Ramon Taylor, Mark Forbes and Robert Durnan (the "State Defendants"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order, substantially in the form attached hereto, dismissing with prejudice all claims against the State Defendants pursuant to Rule 56(c) of the Federal Rules of Civil Procedure. In support of the Motion, State Defendants have filed simultaneously herewith State Defendants' Opening Brief In Support Of Their Motion For Summary Judgment.

- 2 -

WHEREFORE, State Defendants respectfully request that this Honorable Court enter an order, substantially in the form attached hereto, dismissing the claims against the State Defendants with prejudice.

        **DEPARTMENT OF JUSTICE**
        **STATE OF DELAWARE**

        */s/ Erika Y. Tross*
        Ralph K. Durstein (#912)
        Erika Y. Tross (#4506)
        Deputy Attorney General
        820 N. French Street, 6th Floor
        Wilmington, DE  19801
        (302) 577-8400
            Attorney for State Defendants

Dated: November 8, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-871-SLR |
| v. ) | |
| ) | |
| CORRECTIONAL MEDICAL, ) | |
| SERVICES, DCC WARDEN ) | Jury Trial Requested |
| TOM CARROLL, C.O. LIEUTENANT ) | |
| TAYLOR, CAROLE KOZAK, ) | |
| MARK FORBES, ROBERT DURNAN, ) | |
| CHRIS MALANEY, and BETTY BURRIS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon State Defendants' Motion For Summary Judgment pursuant to Federal Rule Of Civil Procedure 56(c) (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1.  The Motion is **GRANTED**.

2.  The Complaints filed in the above-captioned action are **DISMISSED WITH PREJUDICE** against State Defendants Tom Carroll, Betty Burris, Ramon Taylor, Mark Forbes and Robert Durnan.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Sue L. Robinson
United States District Court Judge

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on November 8, 2007, I caused a true and correct copy of the attached *State Defendants' Motion For Summary Judgment* to be served on the following individuals in the form and manner indicated:

**VIA FIRST CLASS MAIL:**
Inmate Lou Garden Price, Sr.
SBI #00454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**VIA ELECTRONIC DELIVERY**
**& FIRST CLASS MAIL:**
Kevin J. Connors, Esq.
Marshall, Dennehey, Warner,
 Coleman & Goggin
1220 N. Market St.
5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400