**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-871-SLR |
| v. | ) |
| | ) |
| C/O LIEUTENANT TAYLOR, | ) |
| NURSE CAROLE, NURSE KERA, | ) Jury Trial Requested |
| WARDEN TOM CARROLL, | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| UNKNOWN DEPARTMENT OF | ) |
| JUSTICE STATE DETECTIVES, | ) |
| BETTY BURRIS, and CHRIS MALANEY, | ) |
| | ) |
| Defendants. | ) |

# EXHIBIT A

**(Filed as Notice of Paper Filing)**