**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LOU GARDEN PRICE, SR.,               )<br>                                                            )<br>                    Plaintiff,              )<br>                                                            )           C.A. No. 05-871-SLR<br>          v.                                             )<br>                                                            )<br>C/O LIEUTENANT TAYLOR,           )<br>NURSE CAROLE, NURSE KERA,   )           Jury Trial Requested<br>WARDEN TOM CARROLL,             )<br>CORRECTIONAL MEDICAL SERVICES, )<br>UNKNOWN DEPARTMENT OF        )<br>JUSTICE STATE DETECTIVES,       )<br>BETTY BURRIS, and CHRIS MALANEY, )<br>                                                            )<br>                    Defendants.           ) | |

# SEALED EXHIBIT B