**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LOU GARDEN PRICE, SR.,       ) | |
|                              ) | |
| Plaintiff,       ) | |
|                              ) | C.A. No. 05-871-SLR |
| v.            ) | |
|                              ) | |
| C/O LIEUTENANT TAYLOR,       ) | |
| NURSE CAROLE, NURSE KERA,    ) | Jury Trial Requested |
| WARDEN TOM CARROLL,          ) | |
| CORRECTIONAL MEDICAL SERVICES, ) | |
| UNKNOWN DEPARTMENT OF        ) | |
| JUSTICE STATE DETECTIVES,    ) | |
| BETTY BURRIS, and CHRIS MALANEY, ) | |
|                              ) | |
| Defendants.      ) | |

# SEALED EXHIBIT D