**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LOU GARDEN PRICE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-871-SLR |
| v. ) | |
| ) | |
| C/O LIEUTENANT TAYLOR, ) | |
| NURSE CAROLE, NURSE KERA, ) | Jury Trial Requested |
| WARDEN TOM CARROLL, ) | |
| CORRECTIONAL MEDICAL SERVICES, ) | |
| UNKNOWN DEPARTMENT OF ) | |
| JUSTICE STATE DETECTIVES, ) | |
| BETTY BURRIS, and CHRIS MALANEY, ) | |
| ) | |
| Defendants. ) | |

# SEALED EXHIBIT F