# EXHIBIT G

FORM #584

## GRIEVANCE FORM

FACILITY: D.C.C. Smyrna          DATE: 9/27/05

GRIEVANT'S NAME: Lou Price       SBI#: 454309

CASE#: 19394                     TIME OF INCIDENT: 9/21/05 / Daytime

HOUSING UNIT: Bldg #21 C-L-9

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 8/25/05 I had carpal tunnel release surgery done while in Pa DOCS custody. I was not only cuffed with steel hand cuffs, but I was handcuffed very tightly plus I was secured with a 50,000 volt stunbelt. Staff Lieutenant Taylor (the white one on CERT Team) and the two State Detectives knew about the recent surgery but neglected to use other methods (e.g. velcro straps, etc). As a result I suffered unnecessarily for 3 hours from Pa to DCC. and the pain in my right hand has been unbearable to the point of me not being able to use it, its numb and my thumb keeps giving out.

ACTION REQUESTED BY GRIEVANT: I request that CERT Team Lt. Taylor (or Tailor) give me a written statement why he (they) neglected to use another method of cuffing an injured person knowing I had had surgery just weeks prior to this torture and negligence I went through and am still going through. Plus I want the names of the other 2 Detectives.

GRIEVANT'S SIGNATURE: Lou Y. Price Sr.     DATE: 9/27/05

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
OCT 1 4 2005
Inmate Grievance Office

Instructions for Submitting a Regular Grievance

/9394/

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.    _____ Disciplinary Action    _____ Parole Decision
                                                  _____ Classification Action

__✓__ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are **not** accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

__✓__ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

_____
Inmate Grievance Chairperson

OCT 2 8 2005
_____
Date

Form#: 584 (F&B)
(Reverse Revised July '99)