# EXHIBIT H

FORM #584

## GRIEVANCE FORM

FACILITY: D.C.C. Smyrna          DATE: 9/28/05

GRIEVANT'S NAME: Lou Price          SBI#: 454309

CASE#: 19399          TIME OF INCIDENT: 9/21/05 (After 2 p.m.) and ongoing.

HOUSING UNIT: Bldg #21 C-L-9

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 9/21/05 I was transferred to DCC where I was interviewed by the nurse Carol... I specifically complained about pain I had in my right hand/wrist/arm because of recent carpal tunnel surgery while in PA DOCS custody on 8/25/05 and the wrong/neglectful way I had been cuffed all that day. She refused to treat my pain with meds I came with from Camp Hill Prison Doctor Underwood. I put in for sick call several days ago - I asked this nurse on 9/26/05 why I haven't been called; her reply was "I didn't look at the sick call requests yet."

ACTION REQUESTED BY GRIEVANT: I still haven't been seen by a doctor or PA as of 9/28/05 10 AM. I request I be seen immediately and that this nurse writes me a statement why pain management is not a priority when the meds I needed were right there in her hands and why she flatly refused to give me my meds.

GRIEVANT'S SIGNATURE: Lou G. Price Jr          DATE: 9/28/05 10 AM.

WAS AN INFORMAL RESOLUTION ACCEPTED?          ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____          DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
OCT 14 2005
Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

<u>Intake Action:</u> This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.   _____ Disciplinary Action    _____ Parole Decision
_____ Classification Action

__✓__ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

__✓__ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.


_____        OCT 2 8 2005
Inmate Grievance Chairperson                         Date

Form#: 584 (F&B)
(Reverse Revised July '99)