IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOU GARDEN PRICE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-871-SLR |
| v. | ) | |
| | ) | |
| C/O LIEUTENANT TAYLOR, | ) | |
| NURSE CAROLE, NURSE KERA, | ) | Jury Trial Requested |
| WARDEN TOM CARROLL, | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| UNKNOWN DEPARTMENT OF | ) | |
| JUSTICE STATE DETECTIVES, | ) | |
| BETTY BURRIS, and CHRIS MALANEY, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**NOTICE OF PAPER FILING**
_____

I, Erika Y. Tross hereby certify that on November 8, 2007, I electronically filed a true and correct copy of the *Notice of Filing Paper Documents* with the Court.  I further hereby certify that on November 8, 2007, I mailed a copy of *Exhibit A to the State Defendants' Opening Brief in Support of their Motion for Summary Judgment* together with a copy of the *Notice of Filing Paper Documents* upon the following individuals in the form and manner indicated:

**Via First Class Mail**
Lou Garden Price, Sr., Inmate
SBI #00454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**Via First Class Mail**
Kevin J. Connors, Esq.
Marshall, Dennehey, Warner,
Coleman & Goggin
1220 N. Market Street, 5th Floor
Post Office Box 8888
Wilmington, DE 19899-8888

**Via Hand Delivery**
Clerk of the Court
US District Court for
The District of Delaware
844 North King Street
Wilmington, DE 19801

                                              **STATE OF DELAWARE**
                                              **DEPARTMENT OF JUSTICE**

                                                  /s/   Erika Y. Tross
                                            Erika Y. Tross, (Atty. ID #: 4506)
                                            Deputy Attorney General
                                            Carvel Building
                                            820 North French Street, 6th Floor
                                            Wilmington, DE 19801
                                            (302) 577-8400