## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LOU GARDEN PRICE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-871-SLR |
| v. | ) | |
| | ) | |
| C/O LIEUTENANT TAYLOR, | ) | |
| NURSE CAROLE, NURSE KERA, | ) | Jury Trial Requested |
| WARDEN TOM CARROLL, | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| UNKNOWN DEPARTMENT OF | ) | |
| JUSTICE STATE DETECTIVES, | ) | |
| BETTY BURRIS, and CHRIS MALANEY, | ) | |
| | ) | |
| Defendants. | ) | |

# SEALED EXHIBITS