# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-871-SLR |
| | ) JURY TRIAL DEMANDED |
| C/O LIEUTENANT TAYLOR, NURSE CAROL, NURSE KERA, WARDEN TOM CARROLL, CORRECTIONAL MEDICAL SERVICES, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 1, UNKNOWN DEPARTMENT OF JUSTICE (DE) STATE DETECTIVE 2, BETTY BURRIS, MAJOR HOLMAN, CHRIS MALANEY, and PROFACI, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant's, Correctional Medical Services, Inc., Motion for Summary Judgment will be presented to The Honorable Sue L. Robinson, at the convenience of the Court.

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN AND GOGGIN

BY: /s/ Kevin J. Connors
      KEVIN J. CONNORS, ESQUIRE (DE ID # 2135)
      1220 N. Market Street, 5th Floor
      P.O. Box 130
      Wilmington, DE 19899-0130
      (302) 552-4302
      Attorney for Defendant, Correctional Medical Services

DATED: November 8, 2007
15/551602.v1