**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LOU GARDEN PRICE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-871-SLR |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | TRIAL BY JURY DEMANDED |
| DCC WARDEN TOM CARROLL, C.O. | ) | |
| LIEUTENANT TAYLOR, CAROLE | ) | |
| KOZAK, MARK FORBES, ROBERT | ) | |
| DURNAN, CHRIS MALANEY, BETTY | ) | |
| BURRIS, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES,**
**FOR SUMMARY JUDGMENT**

Defendant, Correctional Medical Services, by and through its attorneys, hereby moves for

entry of summary judgment in its favor and against plaintiff for the reasons set forth in the

accompanying Memorandum of Points and Authorities.

MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN

BY:  __/s/ KEVIN J. CONNORS_____
KEVIN J. CONNORS, ESQUIRE
Bar I.D. No.: 2135
1220 N. Market Street, 5th Floor
P.O. Box 130
Wilmington, DE  19899-0130
(302) 552-4302
Attorney for Defendant, Correctional Medical Services

DATED: November 8, 2007

15/551168.v1