# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTIONAL MEDICAL SERVICES, )<br>DCC WARDEN TOM CARROLL, C.O. )<br>LIEUTENANT TAYLOR, CAROLE )<br>KOZAK, MARK FORBES, ROBERT )<br>DURNAN, CHRIS MALANEY, BETTY )<br>BURRIS, )<br>)<br>Defendants. ) | Civ. No. 05-871-SLR<br><br>TRIAL BY JURY DEMANDED |

**O R D E R**

AND NOW, this _____ day of _____, 2007, upon consideration of the Motion of Defendant, Correctional Medical Services, for Summary Judgment with Memorandum of Points and Authorities and plaintiff's Response thereto, it is hereby Ordered that the Motion is Granted and summary judgment is entered in favor of defendant, Correctional Medical Services, and against plaintiff.

_____
J.

15/551167.v1