**CERTIFICATION OF SERVICE**

I hereby certify that on November 8, 2007, I electronically filed the MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, FOR SUMMARY JUDGMENT with the Clerk of Court using CM/ECF.

Erika Yvonne Tross, Esquire
Ralph Durstein III, Esquire
Deputy Attorney General
Department of Justice
820 N French Street
Wilmington, DE  19801

I hereby certify that on November 8, 2007 I have mailed by United States Postal Service, the MOTION OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, FOR SUMMARY JUDGMENT to the following non-registered participant:

Lou Garden Price, Sr., SBI# 454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN AND GOGGIN

                                        BY:    /s/ Kevin J. Connors
                                                      KEVIN J. CONNORS, ESQUIRE (DE ID # 2135)
                                                      1220 N. Market Street, 5th Floor
                                                      P.O. Box 130
                                                      Wilmington, DE  19899-0130
                                                      (302) 552-4302
                                                      Attorney for Defendant, Correctional Medical Services

DATED: November 8, 2007
15/551169.v1