**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LOU GARDEN PRICE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-871-SLR |
| | ) | JURY TRIAL DEMANDED |
| C/O LIEUTENANT TAYLOR, NURSE | ) | |
| CAROL, NURSE KERA, WARDEN TOM | ) | |
| CARROLL, CORRECTIONAL MEDICAL | ) | |
| SERVICES, UNKNOWN DEPARTMENT | ) | |
| OF JUSTICE (DE) STATE DETECTIVE 1, | ) | |
| UNKNOWN DEPARTMENT OF JUSTICE | ) | |
| (DE) STATE DETECTIVE 2, BETTY | ) | |
| BURRIS, MAJOR HOLMAN, CHRIS | ) | |
| MALANEY, and PROFACI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# EXHIBIT "A"

15/551459.v1

Lou Garden Price, Sr.

42 (Pages 162 to 165)

Page 162

1  raped and they killed the inmate. You all heard of that.
2  Right?
3          Well, anyway, I left a day after that.
4  That happened back in the MHU. I was in population at
5  the time. When I get back, they're talking about they
6  made all these kind of changes and stuff like that
7  resulting from that incident. They overhauled the
8  classification and all this stuff. And I was in
9  population, you know. I was in population. I was in
10 general population. I wasn't under -- I wasn't in a
11 orange suit or yellow suit or nothing like that.
12         I come back. I get thrown back there --
13 and part -- and they threw me in 21. They put me in
14 Building 21 basically with no explanation. I didn't get
15 nothing in writing like I was supposed to get. I didn't
16 get nothing in writing as far as the reason why, you
17 know, other than, oh, you have such and such many points.
18 I'm like, wait a minute, I was in population before I
19 left. And I didn't do anything. But they put me in 21.
20 I know what it was about, you know. They know what it
21 was about. And I'm still back there two years later.
22 But I'm not in orange clothes. But I don't consider
23 myself privileged.
24    Q.   I appreciate you explaining the difference to

Page 163

1  me.
2     A.   I know you never been here.
3     Q.   Well, I've been here once before.
4     A.   Oh. But I'm talking about as --
5     Q.   No.
6     A.   -- maybe one of these.
7     Q.   No. And you're absolutely right. You're
8  absolutely right. But thank you for explaining that to
9  me. That helps a little bit.
10    A.   It gives you, like, light.
11    Q.   Now, we talked about this, which is Exhibit
12 Price 5, I believe.
13    A.   Yeah.
14    Q.   And you told me that you don't have any
15 understanding that this is a Correctional Medical
16 Services policy; is that correct?
17    A.   That's my understanding -- that it is.
18    Q.   Oh. It's your understanding that it is?
19    A.   Well, it has both -- I should say that both a
20 medical and DOC policy, because this is what they give
21 you. This is the only knowledge you would have. Because
22 if you asked for anything else, oh, you're not allowed
23 that. It's protected from disclosure. You ask for all
24 this other stuff, but this is what you get. So this is

Page 164

1  the only thing that I have ever got, besides word of
2  mouth from other people that you might ask.
3     Q.   Did anyone ever tell you that this was a
4  policy of Correctional Medical Services besides that
5  general word of mouth that you were just talking about?
6     A.   Yeah. Because this is -- you know what I
7  mean? Medical services right there. Look, MS.
8     Q.   Okay.
9     A.   It just takes out the C on it. Medical
10 services/sick calls.
11    Q.   Okay.
12    A.   What else would you -- you know, what else
13 would you think?
14    Q.   Are you aware of any other policies or
15 procedures that you had taken issue with or you have a
16 problem with that are an issue in this lawsuit? Are
17 there any other policies and or procedures besides this?
18    A.   In this lawsuit?
19    Q.   Yeah. In this one. I mean, like a written --
20    A.   Well, generally, in this lawsuit right here
21 that's -- what's on -- as far as policy is concerned is
22 the sick call policy. That's -- I think that's probably
23 my biggest concern, because I had to flag down a medical
24 staff to get some help. But there was a nurse. You

Page 165

1  know, some nurses are better than others. You know what
2  I mean? There was a nurse, a little Spanish nurse, named
3  Danielle. I remember very well. And she was -- she had
4  got on the phone and called this doctor, you know, one
5  time. Well, not this doctor. Sherel Ott. But she had
6  called some other doctor. And I think that's how I
7  started getting Motrin, because of her. She was like,
8  "Let me call this doctor real quick. You just had a
9  surgery a few weeks back?" I was like yeah. She was
10 like, "Let me call this doctor. And she got on the
11 phone, the C/Os' phone right there on the block. So I
12 was like okay.
13    Q.   Okay. Let's back up a little bit.
14         I'm just going to direct you to --
15 that's Roman Numeral VIII.
16    A.   That's VIII.
17    Q.   It says Medical Services and Sick Call.
18         And it says: Sick call slips shall be
19 placed in a secured sick call box, which will be emptied
20 daily by the medical services provider. Sick call shall
21 normally be Monday through Friday, excluding Holidays.
22 Inmates with medical emergencies should immediately
23 notify the housing unit staff.
24         The medical -- and this is Subpart B.

Case 1:05-cv-00871-SLR    Document 122-2    Filed 11/08/2007    Page 3 of 10
Lou Garden Price, Sr.

43 (Pages 166 to 169)

Page 166

1  The medical staff at designated locations dispense
2  prescribed medication. Inmates will be directed to
3  report as requested by the medical staff. And then it
4  goes on to talk about copay fees and reporting to medical
5  staff for all medical appointments.
6        This portion that I just read to you, is
7  that what you're talking about in terms of the policy at
8  issue in this case or one of the policies at issue in
9  this case?
10    A.  One of the -- yeah. One of the biggest
11  policies at issue.
12    Q.  Okay. All right.
13    A.  Because this is what the initial nurse from
14  the -- Intake Nurse Carole had alluded to when I first
15  came into the facility, telling me I had to feel -- file
16  a sick call and, you know, file this policy.
17    Q.  You mean the policy about filing a sick call
18  slip before you can be seen?
19    A.  Before you can even be seen. Yeah. And I was
20  in pain. And this is what she used -- or this is what
21  she told me to do. And I did it.
22    Q.  Okay. You also mentioned sick call
23  generally --
24    A.  Yes.

Page 167

1    Q.  -- the sick call policy.
2        Is this the sick call policy that you
3  have a problem with?
4    A.  Yeah.
5    Q.  Okay. Can you explain to me what exactly do
6  you think is violative of your constitutional rights in
7  this policy?
8    A.  Yeah. Right here. Or does it start right
9  here? Oh, look. Inmates with medical emergencies should
10  immediately notify the housing unit staff.
11    Q.  Okay.
12    A.  And --
13    Q.  You don't think the housing unit staff should
14  be notified in a medical emergency?
15    A.  No. I'm -- yeah. They should be. And which
16  I did -- when I first came in, I told the sergeant. I
17  told the housing unit staff in C Building.
18    Q.  And --
19    A.  And besides them, I told the nurse, you know.
20  I told the nurse that, you know, I'm in pain. And she --
21  and I had medicine that was given to me by Dr. Underwood.
22  And she refused to give me my medicine. And that's all I
23  wanted. If I would have gotten some type of relief at
24  that time right there, I mean, that would have been like

Page 168

1  the biggest cushion. You know what I mean?
2        All I wanted -- that was the number one
3  thing I was complaining about at that moment when I came
4  in here was I was in discomfort. I was in pain. And she
5  refused to give me medicine and told me I had to go to
6  sick call. And you know anywhere you go -- and you file
7  for a sick call, that's going to take some time, except
8  in Pennsylvania. You go -- it's mandatory you got to be
9  seen the next morning. You're on the list. Five- or
10  six o'clock in the morning you go the breakfast. Your
11  name is on the list. You got to go to the -- they got --
12  they keep you in the unit. You can't go nowhere. I
13  don't care where you -- if it's commissary, no, you got
14  to wait till you go to the medical, because you put that
15  slip in.
16        But over here -- I was -- if I could
17  have -- I didn't want to bring down all this stuff. But
18  out of the -- there was a sick call -- I got sick calls
19  that I put in that ain't been answered for 40 days. And
20  that right there -- I mean, it probably is -- as minute
21  as it might be to other individuals -- like if I put a
22  sick call slip in because of -- I sprained my ankle.
23  Ankles sprains could be very painful. Do you understand
24  what I'm saying?

Page 169

1        It's a classification of the medical
2  issue, you know, as far as the medical emergency. The
3  medical emergency here -- and they tell you -- I don't
4  think it's written. But they tell you that the
5  medical -- that medical emergency is if you're bleeding,
6  if you're having breathing problems or a heart attack.
7  That's the only medical emergency they have.
8    Q.  Who told you that?
9    A.  Who?
10    Q.  Who? Who told you that?
11    A.  The medical. Like nurses and --
12    Q.  Who?
13    A.  -- stuff like that.
14    Q.  What nurse?
15    A.  Quannie Neal (phonetic) is one.
16    Q.  Okay. I'm going to, once again, remind you
17  that we're still talking about that time period when you
18  first got here about this first lawsuit. Okay?
19    A.  Right.
20    Q.  Okay. So tell me who told you that during
21  that time period.
22    A.  During that time period initially was just
23  Ms. Kozak, Carole Kozak. I was still thinking --
24  pronouncing her name wrong. But that's it.

Lou Garden Price, Sr.

46 (Pages 178 to 181)

Page 178

1    A.  But in the MHU, they definitely bring you
2    everything.  They bring you -- they come right to your
3    cell.
4    Q.  Did you get any medications on September 21,
5    2005?
6    A.  From Nurse Kozak in the receiving room?
7    Q.  From medical.
8    A.  No, no.
9    Q.  And on --
10   A.  I did get -- I'm trying to remember.  I think
11   I did get my high blood pressure medication.
12   Q.  Okay.  So now --
13   A.  But I can't say that it was that first day,
14   though.  I can't say that.  But I can say that the reason
15   why those nurses was coming around for me to be able to
16   stop them was because I was -- the doctor -- sometime the
17   nurse can just call a doctor and the doctor can give an
18   order over the phone.  And they were giving me my high
19   blood pressure medication.
20   Q.  Okay.
21   A.  Or else there probably would be an issue about
22   that.  Because if I wasn't getting that, especially with,
23   you know, the shape I was in at that time -- in fact, I
24   was pretty out of shape, you know.

Page 179

1    Q.  Okay.  So this lawsuit isn't about --
2    A.  It's not about the high blood pressure.
3    Q.  It's about the pain medicine, the Motrin --
4    A.  Yeah.
5    Q.  -- that you weren't getting?
6    A.  Yeah.  So -- I remember.  That's why the
7    nurses were coming to my cell.  Because my celly, Michael
8    Benson, in Building 21, he was on no medication.  So
9    that's how I -- I was getting my high blood pressure
10   medication.  And then the psych doctor prescribed for me
11   a psychotropic med for me.
12   Q.  When do you think --
13   A.  So I was getting that.
14   Q.  I'm sorry?
15   A.  So I was getting the psychotropic med from --
16   Q.  Okay.  So it's --
17   A.  I forget which doctor it was.
18   Q.  When is the first time that you claim someone
19   from medical gave you your Motrin?
20   A.  Like a couple days after I got here.
21   Q.  So it was two days?
22   A.  Probably two days about.  Yeah.  About.  But I
23   was getting it at erratic doses.  Like I'd get it here
24   and won't get it next time and I'd get it there.  You

Page 180

1    know, it wasn't coming like consistently.  It was
2    inconsistent.
3        And when you're in 21 -- I mean, those
4    dudes over there sell everything.  I mean, they -- look,
5    you got it, you know -- you know, they want to barter
6    like medications and stuff.  I didn't have nothing.  I
7    didn't have my property.  You don't get your property
8    till sometimes -- till after a month after you get here.
9        And that box that I came with when I
10   first came -- I believe I mentioned a box.  I didn't get
11   my stuff, the stuff that I was allowed to have, until
12   probably a few weeks after I got here.  A couple weeks.
13   Whenever the property officer comes and delivers the
14   property to you after they go through everything.
15   Q.  But that's not what we're here about today, is
16   it?
17   A.  No.  I'm just saying.
18   Q.  Okay.  I understand.  I understand what you're
19   saying.  So about September 23rd is when you started
20   getting Motrin from medical?
21   A.  I believe so.
22   Q.  That was passed to you alongside with some
23   other meds?
24   A.  By the nurse.

Page 181

1    Q.  By the nurse.  Okay.
2    A.  Kiera and Carole.  They came on these -- they
3    were the faces that I seen the most, even though there
4    were two others who, you know -- probably temp nurses.  I
5    don't know.  But I know one was Danielle, because she was
6    really there to help.  And there was another one -- what
7    was her name?  Claire.  I remember Claire, because she's
8    the one that sent me to the outside hospital when I
9    dislocated my finger.  I remember her.
10   Q.  You've already described for me what Nurse
11   Kiera looks like.
12   A.  Yeah.
13   Q.  Can you describe Nurse Carole for me?
14   A.  Yeah.  Like I said earlier, she's probably
15   about 5-5.  Hair: Blondish probably with some highlights
16   in it, I think.
17   Q.  Okay.  So you already described her?
18   A.  Yeah.
19   Q.  That's ringing a bell to me.
20   A.  Yeah.  Carole Kozak.
21   Q.  Okay.  All right.
22   A.  European woman, you know.  She's generally got
23   an easy demeanor, you know.  Never heard her get loud or
24   nothing, you know.  She was all right.  She just messed

Lou Garden Price, Sr.

Page 190

1  anywhere you go, whether it's here, another state --
2      Q.  It's pretty standard?
3      A.  You know, everybody has a sick call procedure,
4  you know.  They call it sick line over in Pennsylvania.
5  You know, in New York it's sick call policy.  But it's
6  mandatory.
7      Q.  What do you mean?
8      A.  In New York you're seen the next day.
9  Prisoners sometimes use that like in a demonstrative type
10  of way.  And, you know, like the word will get out and
11  you got 2,000 people putting in sick call slips.  It's
12  mandatory.  And then they're doing sick calls day and
13  night, day and night.  And I was just like, wow.
14          I get down here and it's like 40 days
15  you got to wait.  You know what I mean?  I'm not saying
16  generally it's 40 days.  But, you know, to wait a week?
17  You know?
18          Like a guy opened his mouth and showed
19  me his throat, and I'm like:  Did you put a sick call
20  slip in?  It's like this guy had to wait like seven days.
21  I'm like:  I got to stay away from him.  You know what I
22  mean?
23      Q.  So can you tell me a little bit --
24      A.  That's crazy.

Page 191

1      Q.  -- about the procedure of how you get a sick
2  call visit?
3      A.  Well, you put a sick call slip in.
4      Q.  Where do you get a sick call slip?
5      A.  From an officer.
6      Q.  From an officer?
7      A.  In the MHU you get it from -- you got to get
8  it from the officer.  In population they got these little
9  slots that's right out when you're walking --
10      Q.  Okay.
11      A.  -- in and out of the yard.
12          You know, like your mailbox in the
13  office or something, you know.  And they're all marked --
14  sick call, law library form, you know, on down the line.
15  Counselor requests.  You know, things like that.
16      Q.  So --
17      A.  Telephone sheet.  Because you've got to put a
18  telephone sheet in to get your numbers approved -- your
19  phone numbers approved.
20      Q.  On September 21, 2005, you told me that you
21  were --
22      A.  That I put in a sick call slip?
23      Q.  No.  Let me finish my question.
24      A.  Oh, I'm sorry.

Page 192

1      Q.  That you, I guess, went to general population
2  after your intake.  Is that right?
3      A.  That night.
4      Q.  So you had access to sick call slips?
5      A.  Yes.
6      Q.  Did you put in a sick call slip on
7  September 21, 2005?
8      A.  I sure did.
9      Q.  Do you have any documentation of this sick
10  call slip that you allege to have put in on September 21,
11  2005?
12      A.  I don't believe so.  No, no.  Because --
13  remember I told you -- I learned later that I had to
14  start duplicating everything that I write by hand because
15  I can't get copies.
16      Q.  Now, you contend that you weren't seen by a
17  physician the next day during sick call; is that right?
18  So on September 22, 2005 you were not seen by a
19  physician?
20      A.  Not at all.
21      Q.  Okay.  Did you put in another sick call slip
22  on September 22, 2005?
23      A.  Did I put in another sick call slip?
24          I put in another sick slip, but, again,

Page 193

1  I don't have any verification of that, I don't believe.
2      Q.  We'll just go through the same thing for
3  September 23.  Did you put a sick call slip in on
4  September 23, 2005?
5      A.  I don't have verification of that.  But when I
6  got to Building 21, I did put in a sick call slip.
7      Q.  When you got to Building 21, you put in one
8  sick call slip or --
9      A.  I put in more than one sick call slip while I
10  was over there, but I just don't have verification that I
11  put a sick call slip in.  But I did write grievances and
12  stuff like that, because I was really trying to be seen.
13          I think maybe your kid is waiting.
14      Q.  That's okay.  I'd like to see if we can finish
15  it up and go for a few more minutes.
16          I'm sorry.  I don't remember if you
17  actually answered my question.  Did you put in a sick
18  call slip on September 23rd, 2005?
19      A.  I don't recall.  But I know when I got to
20  Building 21 I put in a sick call slip.  After that -- I'm
21  sure I put in other sick call slips right after that.
22  But I can't say honestly if it was the 23rd, the 24th,
23  the 25th.  I know when -- that first week that I was over
24  there, I was -- there was a volley of paperwork,

Lou Garden Price, Sr.

50 (Pages 194 to 197)

Page 194

1  including grievances and sick call slips. But I just
2  can't specifically point and be like, well, this
3  particular day -- but I know that first day I got over
4  there I did. And I had to get it from one of the
5  prisoners over there. I did -- I couldn't get paperwork
6  from the officers. I was trying to get grievances. But
7  then I was being told you got to write things out in
8  paper over here. They don't have forms and...
9      Q. Tell me what that sick call slip said on
10  September 21?
11      A. I had to tell them what the problem was. Only
12  briefly. Like what the problem was.
13      Q. And what was the problem on September 21,
14  2005?
15      A. I was in pain and I wasn't -- I needed to be
16  seen by a doctor, you know, because I was told to put in
17  a sick call slip. Basically, that's probably what I had
18  to put in, because, that -- you know, that's what Nurse
19  Carole said. And that's what I had to do. I was
20  probably a little upset, you know. I mean, I probably
21  didn't convey that in a sick call slip. I mean, a sick
22  call slip only has a few lines.
23      Q. So is it fair to say you don't recall what you
24  put in that September 21 --

Page 195

1      A. Not exactly.
2      Q. -- 2005 sick call slip that you claim that you
3  made?
4      A. That's fair to say -- that I can't say
5  verbatim what I put inside of that sick call slip.
6          MS. WOLHAR: I'll have this marked.
7          (Price Deposition Exhibit No. 6 was
8  marked for identification.)
9  BY MS. TROSS:
10      Q. The first sick call slip that I see in your
11  records is dated September -- what's the date on that?
12      A. 25th.
13      Q. 25th.
14      A. Building 21, C, Lower 9. That was my cell.
15      Q. Okay. Did you write that?
16      A. Yes, I did.
17      Q. Okay. Can you read that to me?
18      A. Pain from carpal tunnel surgery. Need brace
19  from my property. Need treatment for toenail fungus
20  infection, prescription for migraines, bottom bunk status
21  until pain heals in hand and cervical neck pain is cured.
22      Q. Okay. Would you agree that nowhere in this
23  sick call slip does it say that you have not been getting
24  your pain medicine? Would you agree with that?

Page 196

1      A. It does not say that.
2      Q. Can you point to --
3      A. But it says --
4      Q. Go ahead.
5      A. Oh, I'm sorry.
6          It says pain from carpal tunnel surgery
7  and -- but it doesn't say anything about any relief from
8  that pain. I wasn't getting...
9      Q. I'm just asking you if it says anything about
10  you not receiving your pain medicine in this sick call
11  slip.
12      A. No.
13      Q. Can you point to any documentation whatsoever
14  that demonstrates that you actually made a complaint that
15  you weren't getting your pain medicine from the time that
16  you came in to October 5, 2005 when you saw Sherel Ott?
17      A. Could I point to?
18      Q. Yeah. Something.
19          Can you show me something?
20      A. Other than probably the -- my complaints. I
21  don't know. If it's in my complaints. I wish I would
22  have reviewed all this stuff.
23      Q. What do you mean your "complaints"?
24      A. Huh?

Page 197

1      Q. What do you mean your "complaints?"
2      A. No. Like, you know --
3      Q. Well, I want something other than, you know,
4  what you say in a complaint. I mean, do you have
5  documentation, you know, other than just because you say
6  so it happened? Do you have some sort of form or
7  anything?
8      A. Slips or --
9      Q. Slips. Anything.
10      A. -- grievances or --
11      Q. Anything.
12      A. -- stuff like that.
13      Q. Yeah.
14      A. I have a grievance.
15      Q. You have a grievance?
16      A. (The witness indicated.)
17      Q. Okay.
18      A. Probably.
19      Q. You probably have a grievance?
20      A. Well, I know I have a grievance that I filed
21  on -- this is the grievance.
22      Q. Okay. And where is that found?
23      A. This is in the original complaint.
24      Q. Okay.

Lou Garden Price, Sr.

Page 198

1    A.  This is attached to the original complaint.
2    Q.  Okay.  And that's Exhibit A of the original
3  complaint?
4    A.  Exactly.
5    Q.  Okay.
6    A.  But -- wait a minute.  Let me look at it.
7  I'll say probably.
8    Q.  Okay.  While you're reading that, I'm going to
9  try and find it.
10    A.  Okay.  This is -- no.  It doesn't say that.
11  Hold on.  Let me -- there's a medical grievance that's
12  attached to the --
13    Q.  Okay.
14    A.  Oh.  You can look at the letter to Ms. Ott
15  that I wrote on the -- on 10/25.  On October 25th I wrote
16  a letter to her.
17    Q.  To Nurse Practicer Ott?
18    A.  (The witness indicated.)
19    Q.  Yes?
20    A.  Yes.
21    Q.  Okay.  So that's after, you know, you started
22  routinely getting your medications.  I guess I'm looking
23  for something, you know, from that time period of when
24  you claim you're not getting your pain meds.  You know,

Page 199

1  who are you telling you're not getting your pain meds?
2  Where is this documentation?  Where are these sick call
3  slips that have this information in them and I'm just not
4  seeing it?
5    A.  I --
6    Q.  I'm wondering if you can help me.
7    A.  Well --
8    Q.  I do see on the --
9    A.  The only logical explanation -- you're looking
10  at the medical grievance like I am right now.
11    Q.  Yeah.
12    A.  But that says 10/11 also.
13    Q.  Right.
14    A.  But let me explain that.  Maybe -- see, the
15  housing unit that I'm in, you know, when I was -- when I
16  was moved to Building 21 -- it's a very restrictive
17  housing unit.  There's -- I have no way of -- how can I
18  explain it?  There's a --
19    Q.  Just take your time.  And you know how I am.
20  I'll probably ask you 15 questions after that --
21    A.  Okay.
22    Q.  -- because I won't understand.
23    A.  No.  I want you to understand --
24    Q.  Yeah.

Page 200

1    A.  -- that over in Building 21 they will spin
2  you.  When I say "spin" you, they will tell you anything.
3  Like I need a medical grievance.  I might have to ask for
4  a medical grievance for three days before I can get a
5  medical grievance.  You understand?
6    Q.  Okay.
7    A.  So I complain to an officer.  Listen, man --
8  I've seen guys complain about tightening in their chest,
9  you know.  Chest pains, you know.  You're not getting no
10  help.  You're not getting no help.  If you don't fall
11  dead on the floor, your head split open, you and your
12  celly fighting or something like that, you are not --
13  they don't care, you know.
14          So if -- but I've complained.  I've
15  complained.  You know, you -- I can tell you all day,
16  hey, listen, I told officer Carter.  I told Andrews.  I
17  remember these dudes' names because I used to argue with
18  them about trying to get these nurses to get on their job
19  and I need some help.
20          Put in a sick call slip.  That's the
21  quickest way to get you up out their hair.  Or, hey,
22  write to such and such.  Write to the warden.  Write, you
23  know --
24    Q.  Are we talking --

Page 201

1    A.  I can't do nothing about that.
2    Q.  Are we talking about the same time period,
3  though?  Are you telling me that --
4    A.  Yeah.  When I first got --
5    Q.  Officer Carter, during this time period, you
6  told him?
7    A.  Yeah.
8    Q.  Okay.  You told him what?  What did you tell
9  him?
10    A.  I told him that the nurse -- I need to see one
11  of them -- I need to see the doctor when the doctor come.
12  Is there any way you can go in there and specifically
13  talk to the doctor yourself?  Because I'm getting -- you
14  know, I'm stonewalled by these nurses.  I'm trying to get
15  seen.  You know, I got some medical problems, you know.
16    Q.  And what did Officer Carter say?
17    A.  Officer Carter, like any other officer, is --
18  when I say "spin" you, they just telling you something,
19  you know, just to spin you around and get you --
20    Q.  And what did he say?
21    A.  -- out of their face.
22    Q.  What did he say to you?
23    A.  Yeah.  I got you.  I'll go talk to him.  And
24  you believe that they going to go -- you know, that he's

Lou Garden Price, Sr.

52 (Pages 202 to 205)

Page 202

1  going to go and to the doctor or something. I mean,
2  that's the general -- that's the practice, you know.
3  That's the practice. That's what they do. And the
4  officers can't tell no nurse what to do.
5          CMS -- I think it was -- it was probably
6  you that said it in one of the motions, I believe, that
7  Correctional Medical Services is not part of DCC. You
8  know what I mean? They're like two different -- they're
9  definitely two different entities. They definitely are.
10  And in some instances, they might work together, you
11  know. In a lot of instances they might work together.
12  But it's mostly against us. That's how it is, you know.
13  I'm fighting Iraq over here or something, you know.
14      Q.  Okay. Are you done?
15          I'm listening. I am. I'm really
16  listening.
17      A.  I don't know how else to explain it to you.
18      Q.  I understand.
19          But --
20      A.  I'm not trying --
21      Q.  -- I'm just trying --
22      A.  I might come off as sounding like I'm joking,
23  but I'm not joking.
24      Q.  I know. But I'm just trying to understand the

Page 203

1  answer to my question, which is, you know: Can you point
2  me to something? I mean, you just pointed me to an
3  Officer Carter. You say this is Officer Carter --
4      A.  You want me to point you to documentation.
5      Q.  I want documentation.
6          Do you have any of that?
7      A.  This is the only documentation --
8      Q.  Okay.
9      A.  -- I was able to provide.
10      Q.  All right.
11      A.  If I came up with something else --
12      Q.  You'll let me know.
13      A.  Listen, if I was to come up with something
14  else, it wouldn't be kosher. You understand? It
15  wouldn't be kosher. I gave you what I gave the Court.
16      Q.  Okay. Which is a September 25, 2005, sick
17  call slip that doesn't mention that you haven't been
18  getting your pain medications.
19      A.  Right. But that's not the form for that.
20      Q.  That's not the form for that.
21          What do you mean?
22      A.  Because you -- you know, on 9/25/05, I
23  believe -- well, I wasn't getting all of my medication
24  till I seen Dr. Ott. I didn't see Dr. Ott until the 5th

Page 204

1  of September.
2      Q.  Okay.
3      A.  And then, even though she prescribed me these,
4  you know -- the narcotic meds and stuff like that -- you
5  see on the -- October 11th I had to write her a letter --
6  I had to write her a letter and tell her, look, I'm not
7  getting my medication. I'm not -- you know, listen,
8  what's going on here? I'm not getting my medication.
9      Q.  Do you know where Sherel Ott is now?
10      A.  I heard she doesn't work here anymore.
11      Q.  Do you know where she is?
12      A.  No.
13      Q.  Have you spoken to her?
14      A.  Lately?
15      Q.  Yeah.
16      A.  The last time I spoke to her was probably, I
17  think, November or December last year.
18          MS. WOLHAR:  Okay. Off the record.
19          (A brief discussion was held off the
20  record.)
21          MS. WOLHAR:  We've been told that it's
22  getting toward the end of the day. And I actually have
23  somewhere we need to be. So we need to conclude this
24  session of the deposition. But I'm interested in

Page 205

1  continuing this deposition, so I will be contacting
2  Mr. Tross so she can help me arrange the continuation of
3  this deposition.
4          Do you have anything that you need to
5  add?
6          MS. TROSS:  I have no objection to that.
7  I will agree that we'll confer and either send out
8  another notice or just agree to come down again and let
9  you know the new date and time.
10          THE WITNESS:  Okay.
11          MS. WOLHAR:  Do you have any problem
12  with that?
13          THE WITNESS:  I don't have no problem
14  with that.
15          (The deposition adjourned at 3:10 p.m.
16  this same day.)
17          - - - - -
18
19
20
21
22
23
24

Lou Garden Price, Sr.

10 (Pages 242 to 245)

Page 242

1 pain got worse after I got here -- after this handcuff
2 incident, you know.
3          But I was -- I think -- in my mind I was
4 thinking: I got the EMG. And the EMG shows, hey,
5 there's -- you know, there's some carpal tunnel. I'm
6 thinking, you know, I don't -- I really didn't know what
7 the carpal tunnel was. You know what I mean? And --
8 well, actually, until I -- you know, I studied these
9 few -- I got a better understanding. It just never
10 occurred to me that I could get this material, you know,
11 until I asked for it -- you know what I mean? -- from the
12 law library. And that's because the law library went to
13 a mailing system. Before I wouldn't have been able to
14 get this. But pretty much they -- you know, they give
15 you pretty much anything you ask for now, you know, that
16 has something to do with your legal journey, you know.
17          But it -- I was trying to complete
18 that -- you know, in my mind, if I get the EMG and they
19 see that there's carpal tunnel, maybe I can get another
20 surgery done. And I remember saying somewhere that I was
21 asking -- probably asking the Court in my -- I don't
22 know -- one of my complaints if Dr. Yucha can go back and
23 do the surgery over again. Somewhere I think I said
24 that. But I know that probably wasn't an option, because

Page 243

1 he's so far away.
2          I didn't know what to do. Basically, I
3 didn't know what was exactly wrong with me. But when
4 they said there was a bilateral neuropathy in my wrist --
5 I mean, everybody knows what neuropathy is. You know,
6 it's a -- that's a disease, you know. And I -- you know,
7 it's permanent.
8     Q. The last time we were here we talked about the
9 injuries that you claimed as a result of the transfer
10 procedure that occurred between you and the state
11 defendants. Correct?
12     A. Yes.
13     Q. Now I want to move to any injury that you
14 claim resulted from the actions of CMS or CMS personnel.
15 Can you describe any injury that you received, much in
16 the same manner as you described to Ms. Tross about that
17 transfer procedure?
18     A. Besides what I said -- being denied
19 medication, being in pain -- as far as injury, the injury
20 that was caused probably was by the state defendants, you
21 know, as far as my understanding goes, especially after I
22 seen the EMG and then remembering the pain after I got
23 here, you know, during that day, September 21st, on.
24 And, you know, that -- and even though that initial --

Page 244

1 you know, initial pain always, you know, subsides. You
2 know that throbbing -- initial -- you know, it subsides.
3 But my problem has never went away.
4     Q. And that's attributed to that transfer
5 procedure that you claim --
6     A. I believe --
7     Q. -- you underwent?
8     A. I believe so. I'm sorry.
9          But as far as injury done by CMS? Pain
10 and suffering, you know. As I had explained, you know, I
11 haven't -- the only professional I have spoken to was
12 Dr. Islam at this -- at the MRI center. And I really
13 couldn't go into a whole bunch with her because -- you
14 know, I didn't feel comfortable, because the officers
15 were in the room at the time. And, you know, so I really
16 couldn't speak to her but, you know, got in a little here
17 and there, you know. But I didn't go into a whole bunch
18 with her.
19          And I think I asked -- I had wrote --
20 yeah. I told you I had wrote a letter to the MRI center,
21 which I believe you have on file. No. She had sent the
22 letter back to the court. I guess the court put it under
23 seal, or what have you. I never wrote and got a copy of
24 it or anything. I don't know if I can. Maybe I should,

Page 245

1 you know. I should try to write and get that letter.
2     Q. In the amended complaint against CMS and the
3 CMS personnel, under Requested Relief you claim
4 entitlement to a hundred thousand dollars for physical
5 and emotional injury compensatory damages. Do you recall
6 doing that?
7     A. Yeah.
8     Q. Can you tell me how you arrived at that
9 amount?
10     A. Same way I explained to her, her being
11 Ms. Tross -- that in the limited amounts of legal
12 materials that I can obtain from the law library, one of
13 them being -- there's a jailhouse lawyer's manual.
14 There's a self-help litigation manual. Those two in
15 particular. And inside of that there's a section where
16 they give you an example of a prisoner who went through
17 something similar that you did. Actually, this guy went
18 through something more severe. I -- you know, they went
19 high. They went really, really high on it. And this guy
20 got beat up by some officers. And he was denied due
21 process and all this because of hearings and stuff like
22 that, whatever. And there's a page where it says what
23 he -- what type of relief he's asking for, you know --
24 compensation and injunctive relief and stuff like that.

Page 246

1 And that's how I learned. And I kind of used that
2 pattern. And I basically arrived at it from there.
3     I mean, I didn't sit there, you know,
4 for, you know, a long time and was like, hey, you know --
5 you know? I don't know the law like that.
6     But I just now heard this past week that
7 the court goes -- that the court -- certain courts or
8 whatever has an actual scale or something like that, you
9 know. And I haven't phrased it to the law library yet
10 about that. You know what I mean? Because my biggest
11 thing was the injunctive relief. Let me get that right.
12 And that's kind of like what I'm aiming at. And I need
13 to look at that scale, because I don't know if there's a
14 right way to do it or a wrong way to do it, you know.
15     I didn't guess, if that's what you --
16 you know what I mean? I put exactly what that guy put in
17 the litigation manual. Or I think it was the jailhouse
18 lawyer's manual. And that's how I shaped that second
19 amended complaint that you got there. I shaped it from
20 that.
21     Q.  Okay.  In the --
22     A.  And help from other individuals that help out
23 with civil law and criminal law and stuff like that. I
24 shaped it from that, because I felt -- you know, kind of

Page 247

1 what that guy went through I went through, you know, even
2 though, I think, his was an ankle and mine is a wrist.
3     Q.  You also claim entitlement to punitive
4 damages. Can you tell me what punitive damages are?
5     A.  Punitive damages, I believe, is from your
6 suffering. Right?
7     Q.  I'm asking you.
8     A.  Yeah. I believe they're from your suffering.
9     Q.  Are there any additional facts that we haven't
10 already talked about that would support a claim for your
11 understanding of what punitive damages are? Are there
12 any other facts that we haven't talked about that you
13 think entitles you to punitive damages?
14     A.  I wouldn't know how to answer that, you know,
15 because I kind of -- I'm trying to remember what the word
16 "punitive" means. I don't remember what the word means,
17 but you hear here it a million times in your life. You
18 hear it on TV. This person was awarded -- you know, I
19 don't know. I haven't really gone through this before.
20 I'm kind of winging it.
21     Q.  Is it fair to say that had you seen a health
22 care provider for a visit, say a mental health visit,
23 during that September 21 to October 5 period of time --
24 had you seen a mental health provider, would you have

Page 248

1 told that mental health provider that you were not
2 getting medications?
3     A.  A mental health?
4     Q.  Right.
5     A.  That I wasn't getting what medications?
6     Q.  Any medications. Or pain medications.
7 Anything that you claim that you weren't getting.
8     Would you have told that person that you
9 went to see during that time period?
10     A.  Yeah. They're like counselors. You tell them
11 anything. You know, I probably would have said something
12 to them.
13     Q.  And I believe Erika Tross has already gone
14 over this with you, but I just want to confirm. You
15 don't have any medical bills related to the
16 constitutional violations that you claim by CMS or CMS
17 personnel?
18     A.  Let me restate that, because I don't -- well,
19 I'm not going to go into what I recall telling her. But
20 when I thought about it, I was thinking about, you know,
21 all the -- they have -- they call what they -- they have
22 what they call copays and medical holds as far as -- like
23 when you want to see sick call, you got to pay. When you
24 want a different kind of medication, you pay.

Page 249

1     So -- and I have a life sentence, you
2 know. And I can hope from here to Neptune, you know,
3 that one day -- you know, that I get out of prison. But
4 if I'm in prison, I'm going to have some bills. I'm
5 going to have some trouble. If I got permanent damage in
6 my wrist -- you know, there's some times where this thing
7 bothers me, you know, where I can't even lay on my right
8 arm. And there's other times where I can get up and it's
9 just, you know, a little mild or, you know, some
10 tingling. But I'm having discomfort from this. It's
11 fair to say I have discomfort every day.
12     But I can't go to sick call every day,
13 because sick call -- they might give you Motrin. Like
14 recently they took me off my pain medications. And I'm
15 suffering. Like if you look at me like right now and --
16 versus the last time I was in here -- I'm feeling a lot
17 more discomfort today than I was the last time I was
18 here. I mean, I'm in discomfort. Not just from this.
19 But I have a headache right now. So I have a lot more
20 discomfort.
21     I'm not on no pain medications right
22 now. They changed my medication and made me feel
23 miserable. They got me on a new medication called
24 Cafergot. Something about your stomach -- you know,