In The United States District Court
For The District of Delaware

| | |
|---|---|
| Lou G. Price, Sr.<br>Plaintiff,<br><br>v.<br><br>Lt. Taylor, CMS, Inc.<br>et al.<br>Defendants. | C. A. No.<br>05-871-SLR<br><br>Jury Trial Requested |

Motion For Enlargment Of
Time Re: Plaintiff's Response To
State Defendants AND CMS' Motions
To Dismiss

Comes NOW, Plaintiff Lou G. Price's
request for enlargment of Time to

respond to State Defendant's Motion To Dismiss and CMS, Inc. Motion To Dismiss for reasons set forth as follows:

1). Plaintiff's response to both Motions is due on Dec. 10th, 2007. Plaintiff, appearing pro se, has been unable to conduct proper research in a timely manner due to a sudden transfer from higher security (MHU) to lower security (inmate general population).

2). The transfer (still in DCC) has affected his use to/from MHU Law Library mail-paging system which is not used in his current building so he has

not been able to procure effectual research needed for said Response to the State's/CMS' Motions. The transition calls for Plaintiff to now actually attend Main Law Library and due to such things as scheduling difficulties, doctor appointments, conflicting with Law Library attendance, it has not been possible to effect meaningful research for these necessary Responses.

Wherefore, Plaintiff respectfully requests (15) days from December 10th, 2007 to file his Response(s) to State Defendants AND CMS, Inc.'s Motions To Dismiss.

December 5th, 2007

Respectfully Submitted,

Lou G. Price, Sr.
Lou G. Price, Sr.
Pro Se

I/M Lou G. Price, Sr.
SBI# 454309 UNIT 2 D/E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

U.S. District Court Clerk
844 N. King Street
Lockbox 18
Wilmington, De
19801