OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

December 10, 2007

**Lou Garden Price, Sr.**
SBI# 454309
Delaware Correctional Center
1181 Paddock Rd.
Smynra, DE 19977

    **RE:  Motion for Enlargement of Time Received 12/10/07**
         CA 05-871 <u>Price v. Taylor, et al.</u>

Dear Mr. Price:

    This office is in receipt of the above-referenced Motion.

    The Motion you submitted for filing does <u>not</u> conform to Rule 5 of the Federal Rules of Civil Procedure and L.R. 5.2(b) of the District Court's Local Rules.

    In order for your documents to be acceptable for filing, **you must serve a copy upon all other counsel of record**.  Service must be indicated on your letter, or by a Certificate of Service, attached to the back of your letter.

    A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

                                       Sincerely,

/rwc                                      PETER T. DALLEO
                                           CLERK

cc:  The Honorable Sue L. Robinson
enc.

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 10, 2007

**Lou Garden Price, Sr.**
SBI# 454309
Delaware Correctional Center
1181 Paddock Rd.
Smynra, DE 19977

    **RE:   Motion for Enlargement of Time Received 12/10/07**
         CA 05-871 <u>Price v. Taylor, et al.</u>

Dear Mr. Price:

    This office is in receipt of the above-referenced Motion.

    The Motion you submitted for filing does <u>not</u> conform to Rule 5 of the Federal Rules of Civil Procedure and L.R. 5.2(b) of the District Court's Local Rules.

    In order for your documents to be acceptable for filing, ***you must serve a copy upon all other counsel of record***. Service must be indicated on your letter, or by a Certificate of Service, attached to the back of your letter.

    A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

                                              Sincerely,

/rwc                                       PETER T. DALLEO
                                          CLERK

cc: The Honorable Sue L. Robinson
enc.