

US Dist. Ct. Clerk
Wilm. De 19801

12/11/07

Re: Motion For Enlargement of Time
C.A. No. 05-871-SLR

Dear Mr. Dalleo:

The motion I sent, asking the Court for an extension, was sent in good faith if not in conformity with L.R. 5.2(b) or Rule 5 of F.R. of C.P. The motion explained my turbulence and I clearly indicated that I was unable to attain copies or I would have a copy for myself of the motion (which I do not) and I would have notified the other parties. Unfortunately, I cannot control when or if I can attain copies, certificates of service or — as an indigent prisoner $1100 in the negative — when I'll have envelopes to write people with (like now; I'm using your

envelope to write back with). There's also times when I have a hard time obtaining a "Pay To" slip to attach to the envelope (that's the only way the mailroom will use the USPS Meter to pay postage, which is imputed to my "red" account). I don't have it as simple as ordinary persons. And I'm not looking for your permission to bend the Rules or allow me any extra leeway, (which is why I never tried to explain normal everyday prison chaos). I was only trying to file for extra time in 100% good faith, knowing the other parties would still get the motion. In no way was I trying to undermine or circumvent the Court or the Court's Rules. I was being respectful as to the Court's Order. As respectful as I could be, (esp. since time was running out).

I did not retain a copy of that Motion To Enlarge Time. In consideration of your notice, I ask that you send it back if you're required not to file it in its present form. ☺

Seasons Greetings,

Lou G. Price, Sr.

12/11/07

Dcc-Smyrna De 19977



Lou Garden Price, Sr
SBI# 454309
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

U.S.M.S
X-RAY

Legal Mail

Clerk's Office
US Dist. Courthouse
844 King St. Lockbox 18
Wilm, Delaware
19801-3570