OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

December 18, 2007

To:

**Lou Garden Price, Sr.**
SBI# 454309
Delaware Correctional Center
1181 Paddock Rd.
Smynra, DE 19977

```
     RE:  Deficiency Notice - No Proof of Service Upon Opposing
          Counsel
          CA No. 05-871 SLR
```

Dear Mr. Price:

   As we previously informed you in our letter dated 12/10/07, in order for your documents to be acceptable for filing, they must be served upon opposing parties or their counsel, when represented by counsel, and a certificate of service must accompany the document as proof of service.

   **No action will be taken by the Court until this deficiency has been corrected.**

```
                                   Peter T. Dalleo
                                   Clerk
```

/rwc
cc:  The Honorable Sue L. Robinson

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 18, 2007

To:

**Lou Garden Price, Sr.**
SBI# 454309
Delaware Correctional Center
1181 Paddock Rd.
Smynra, DE 19977

```
        RE:  Deficiency Notice - No Proof of Service Upon Opposing
             Counsel
             CA No. 05-871 SLR
```

Dear Mr. Price:

    As we previously informed you in our letter dated 12/10/07, in order for your documents to be acceptable for filing, they must be served upon opposing parties or their counsel, when represented by counsel, and a certificate of service must accompany the document as proof of service.

    **No action will be taken by the Court until this deficiency has been corrected.**

```
                                 Peter T. Dalleo
                                 Clerk
```

/rwc
cc: The Honorable Sue L. Robinson