**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

December 28, 2007

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:  *Price v. Taylor, et al.*,
          <u>D. Del., C.A. No. 05-871-SLR</u>

Dear Judge Robinson:

      Please allow this letter to reflect State Defendants Tom Carroll, Betty Burris, Ramon Taylor, Mark Forbes and Robert Durnan's waiver of their right to file a Reply Brief in support of their Motion for Summary Judgment and Opening Brief (D.I. 117 and 118). Plaintiff Lou G. Price filed an Answering Brief in the case on December 21, 2007 (D.I. 129). Plaintiff's Answering Brief however, does not dispute the facts or arguments set forth in State Defendants' Opening Brief. Given that the Plaintiff does not dispute the facts and law set forth by the State Defendants, the State Defendants stand upon the arguments contained in their Opening Brief and ask the Court to grant them judgment as a matter of law.

The Honorable Sue L. Robinson
December 28, 2007
Page 2

    If you have any questions or concerns, please feel free to contact me at (302) 577-8400.  Thank you.

                Sincerely,

                */s/ Erika Y. Tross*

                Erika Y. Tross
                Deputy Attorney General
                  Attorney for State Defendants

EYT/jl
cc:    Lou G. Price, Plaintiff
       Kevin J. Connors, Esq.