ORIGINAL

To: Hon. Judge Sue L. Robinson
       US District Court De.

Jan. 1, 2008

From: Lou G. Price, Sr.
         Del. Corr. Center

F I L E D

JAN – 7 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: State's Motion For Time Enlargement And
     Motion For Summary Judgment re: 05-871-SLR

Dear Judge Robinson:

Please allow this letter to act like a
motion regarding the above case/caption.
  1). First, let me address the State's motion
For (14) days time enlargement. It should not
be granted For the reasons set Forth in the
motion put before the Court because it's
an unreasonable request. I mentioned/pled the
Facts in my motion For injunctive relief. One
was that, despite the condition in my wrists/hands
(the Focal point of the injury in #05-871-SLR) I've
been Forced onto a Top Bunk by an Administration
who's been disgruntled by this Action to say the
least. I was provided medical documentation

in PDOC for Bottom Bunk Status (which the State attorneys have because they provided it to me in discovery); and I was provided medical documentation in the same manner here at DDC for Bottom Bunk status due to the same physical conditions. There's no motion for injunctive relief during my lengthy stay in SMHU because I had a Bottom Bunk the entire time — so that motion would have been moot.

   There's no way that DCC Administration does not know about my Top Bunk status and there's no way they don't know about my conditions. This is a deliberate act of defiance and retaliation against me and whatever the State requires of Defendants they have at their fingertips (Discovery). My condition(s) have not changed. Therefore, asking for (14) days at the time their response to my Motion for Injunctive Relief is due is unreasonable and thoughtless. Even without the Amended portion regarding "Clothing" (I'm still without a coat and proper footwear) I've simultaneously submitted with this missive to the Court.

I've submitted also a Motion To Amend/ Supplement to my Motion For Preliminary Injunctive Relief which opposing parties are only just now able to review, so this portion the Court shall have to direct the parties on how to respond (and when) regarding these new facts before the Court. Plaintiff, however, strongly opposes any further time given on present/initial issues before the Court. There's just no logical explanation I see. I'm the one at risk here for physical harm. I'm asking the Court to see that which it really cannot. I have no place to sit because the man I'm in here with has a TV so there's no TV stand. He uses the desk and so called bench for his TV and toiletries. The Top Bunk has a TV stand opposite where the bed is. And he's 60 years old and in need of a hernial surgery to which he's been waiting for apprx. 1 year. (Bruce Gronenthal).

So my point is that I'm forced to climb up and down a Top Bunk several times daily, day & night, whether it is to sit, write, rest, etc. with all of my limitations and there's absolutely no ladder, step stool up or down and I've already been injured because of the set up. Plus, I am not able (nor allowed) to place my mattress on the floor due to rules and a problem with insect and arachnid infestation in D-Bldg.

Therefore, I hope this letter has been illuminating and enough to give the Court good cause to DENY the State's Motion For Enlargement as well as any Motion from either opposing party For any Further motions For time extension. And GRANT my motions For Preliminary injunctive relief without any further delays.

Second, allow me to go on record saying that I vigorously dispute the Facts set Forth in the State's Motion For Summary now as I have previously.

Before this Honorable Court there has been miles of legal activity and as with my responses in the past with CMS (such as their motion to dismiss for Failure to state a claim in which this Court gave a July 3, 2007 (M. Opinion denying that motion), I answer them simultaneously. In many (perhaps all) senses, their arguments are the same. I've set Forth law and case law, and I've disputed the Facts over and over again From the State as well as CMS. The State tried to Falsely have me and the Court believe that Lieutenant Taylor was Raman Taylor but it was actually Lt. Scott Taylor because the State Finally admitted

this through discovery they had records of the entire time. I said the whole time Scott Taylor's description being a white male — I never said once the name "Ramon Taylor" I've went on record again and again disputing facts by the State and their co-defendants CMS and the two State Detectives.

So, like CMS' previous motion to dismiss, I stand on my previous answer to that as well as my current response in front of the Court regarding CMS AND the State's motions for Summary judgement. Neither should be granted, and the Court should proceed to set a trial date as soon as is convenient to the Court and its parties. Finally, just like my case at bar mirrors Walker vs. Benjamin 293 F.3d 1030 for wrongful actions by CMS, my case mirrors Walker v. Benjamin in wrongful

action taken by the State and a trial shall be the day both I and the opposing parties will receive our just dues, if a settlement is not reached before that time.

So, I have disputed the Facts regarding issues/Facts the State has constructed before the Court. And as a matter of law and legal conclusion by this Honorable Court, the ruling should be Denial of Summary Judgment For the State Defendants and CMS, Inc.

Thank You.

Respectfully Submitted.

Lou G. Price, Sr.

Dated: 1/1/08

## Certificate of Service

I, _Lou G. Price, Sr._ ,hereby certify that I have served a true

And correct cop(ies) of the attached: _Letter From Motion To Judge Robinson_

_re: States Motion For Time Enlargement And,_ upon the following

_Motion For Summary Judgment re: 05-871-SLR_

parties/person (s):

TO: _Erika Y. Tross, Esq_
_Dept of Justice_
_820 N. French St._
_Wilm. De 19801_

TO: _K. J. Connors, Esq_
_1220 SMarket St._
_P.O. Box 88888_
_Wm Del. 19899_

TO: _US Dist Courthouse_
_Judge Robinson_
_844 King Street_
_Lockbox 18_
_Wm Del. 19801_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this ___1___ day of ~~Decem~~ _January_ ,200_8_

_Lou G. Price, Sr._

I/M Lou L. Price Jr.

SBI# 454329   UNIT D/E

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

US Dist Court
Court Clerk
844 N. King St.
Wilm, De
19801