IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-871-SLR |
| | ) |
| C/O LIEUTENANT TAYLOR, CAROL | ) |
| KOZAK, NURSE KERA, WARDEN | ) |
| TOM CARROLL, CORRECTIONAL | ) |
| MEDICAL SERVICES, MARK FORBES, ) |
| ROBERT DURNAN, BETTY BURRIS, | ) |
| and CHRIS MALANEY, | ) |
| | ) |
| Defendants. | ) |

## SUPPLEMENTAL SERVICE ORDER

At Wilmington this 3d day of January, 2008, plaintiff having filed motions to

amend the caption of the complaint, having provided a new USM-285 form for unserved

defendant Nurse Kera, and defendant Correctional Medical Services having provided

the address of defendant Carol Kozak under seal;

IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. Plaintiff's motion to amend the caption of the complaint (D.I. 105) to change

the name of defendant Lt. Taylor to Lt. Scott Taylor is **granted**. The clerk of the court is

directed to amend the court docket to reflect the amendment. Because plaintiff did not

have the first name of Lt. Taylor, service was incorrectly accepted by Lt. Ramon Taylor.

He is **NOT** a party to the case. Lt. Scott Taylor has not been served.

3. Plaintiff's motion to amend the caption of the complaint (D.I. 110) to change

the name of defendant Nurse Kera to Nurse Kira Hargan ("Hargan") is **granted**. The

clerk of the court is directed to amend the court docket to reflect the amendment.

Defendant Hargan has not yet been served and plaintiff has provided a USM-285 form

to effect service upon Hargan.

4. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff has provided to the

clerk of the court **original** "U.S. Marshal-285" forms for **defendants Kira Hargan and**

**Carol Kozak. The address of Carol Kozak has been provided by Correctional**

**Medical Services and is filed under seal. The "Serve At" section of the USM-285**

**form for Carol Kozak will be completed by the court. Plaintiff shall also** complete

and return to the clerk of the court **an original** "U.S. Marshal-285" form for **defendant**

**Lt. Scott Taylor**. Additionally, plaintiff shall provide the court with a copies of the

complaint (D.I. 2) and its amendments (D.I. 11, 13) for service upon Lt. Scott Taylor,

Kira Hargan, and Carol Kozak. Plaintiff is notified that the United States Marshal will

not serve the complaint and its amendments until the "U.S. Marshal 285" form for Lt.

Scott Taylor and copies of the complaint and its amendments for the foregoing

defendants have been received by the clerk of the court. Failure to provide the "U.S.

Marshal 285" form for Lt. Scott Taylor and copies of complaint and its amendments for

each of the foregoing defendants within 120 days from the date of this order may result

in the complaint being dismissed or the foregoing defendants dismissed pursuant to

Federal Rule of Civil Procedure 4(m).

5. Upon receipt of the form(s) required by paragraph 4 above, the United States

Marshal shall forthwith serve copies of the complaint (D.I. 2) and its amendments (D.I.

11, 13), the court's orders dated March 2, 2006, June 6, 2006, May 11, 2007, July 3, 2007 (D.I. 12, 15, 63, 66, 67), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon each defendant identified in the 285 forms. The executed return of service or return of waiver form for **defendant Carol Kozak SHALL BE FILED UNDER SEAL**.

6. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

7. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

8. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

_____
UNITED STATES DISTRICT JUDGE