## CERTIFICATION OF SERVICE

I hereby certify that on January 24, 2008, I electronically filed the REPLY BRIEF OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, TO PLAINTIFF'S RESPONSE TO CORRECTIONAL MEDICAL SERVICES AND STATE DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT with the Clerk of Court using CM/ECF.

Erika Yvonne Tross, Esquire
Ralph Durstein III, Esquire
Deputy Attorney General
Department of Justice
820 N French Street
Wilmington, DE  19801

I hereby certify that on January 24, 2008, I have mailed by United States Postal Service, the REPLY BRIEF OF DEFENDANT, CORRECTIONAL MEDICAL SERVICES, TO PLAINTIFF'S RESPONSE TO CORRECTIONAL MEDICAL SERVICES AND STATE DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT to the following non-registered participant:

Lou Garden Price, Sr., SBI# 454309
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN

BY:  /s/ Kevin J. Connors
KEVIN J. CONNORS, ESQUIRE (DE ID # 2135)
1220 N. Market Street, 5th Floor
P.O. Box 130
Wilmington, DE  19899-0130
(302) 552-4302
Attorney for Defendant, Correctional Medical Services

DATED: January 24, 2008
15/573105.v1

Case 1:05-cv-00871-SLR    Document 134-2    Filed 01/24/2008    Page 2 of 2