IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-871-SLR |
| ) | |
| LT. SCOTT TAYOR, ET AL., ) | |
| Defendants. ) | |

**O R D E R**

WHEREAS, on January 3, 2008, the court granted plaintiff's motion for leave to amend his complaint to correct the name spellings of two defendants listed in his civil rights action;

WHEREAS, on January 3, 2008, the court entered an order requiring plaintiff to complete and return USM-285 forms within one hundred twenty (120) days for the two defendants listed in his amended complaint and that failure to timely provide the USM-285 forms may result in the dismissal of said defendants from this action pursuant to Fed. R. Civ. P. 4(m) (D.I. 44);

WHEREAS, to date, the required USM-285 form for Lt. Scott Taylor has not been received from plaintiff;

THEREFORE, at Wilmington this 21st day of May, 2008, IT IS HEREBY ORDERED that defendant Lt. Scott Taylor is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

_____
United States District Judge