May 27th, 2008

To: The Honorable Judge Sue L. Robinson
    In The District Court Of Delaware

From: Lou Garden Price, Sr. #454309
      Delaware Corr. Center
      Smyrna, DE 19977

Re: Cv Ac #05-871-SLR.....Dismissed Without Predjudice For failing to submit a USM-285

Dear Judge Robinson:

   This letter addresses the recent ORDER of the Court dismissing the above action for Price's failure to submit a USM-285 regarding Lt. Scott Taylor/Defendant.
   In no way was Price trying to circumvent the process or waste the Court's time in this matter. Abundant time, patience, energy, labor and resources have been sacrificed by all parties regarding this case. Price petitions forgiveness from the Court for this oversight and encloses the USM-285 Form that is missing from the record.

   Thank You for your consideration and diligent work.

                            Very Truly Yours and Respectfully
                                  Submitted,

                                               Lou G. Price, Sr.

Dated: 5/27/08

Proof of Service To Erika Tross, Esq. and Kevin J. Connors, Esq. Attached Hereto.........

## Certificate of Service

I, Lou G. Price, Sr. #454309 ,hereby certify that I have served a true

And correct cop(ies) of the attached: Letter to Judge Robinson Requesting that she accept overdue USM-285 as accidental oversight, upon the following parties/person (s):

TO: Hon. Sue L. Robinson
Delaware District Court
844 N. King St./Lockbox 18
Wilmington, DE 19801

TO: Ms. Erika Y. Tross, Esq
820 N. French St. 6th Fl
Wilmington DE 19801
Department of Justice

TO: Mr. Kevin J. Connors, Esq.
1220 N. Market St.
Wilmington, DE 19809

TO: Ralph Durstein, Esq.
Department of Justice
Wilmington DE 19801

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 27th day of May ,200 8

Lou Garden Price, Sr. #454309
1181 Paddock Road
Smyrna DE 19977

*[Envelope image with handwritten addresses]*

Return address (postmarked $01.68):
#454304
[illegible] dock Rd.
Smyrna DE 19977

Addressed to:
Hon. Judge Sue L. Robinson
US District Court - DE
844 N King Street
Lockbox 18
Wilmington DE
19801

Attn: Court Clerk's Office

Legal Mail