IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOU GARDEN PRICE, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-871-SLR |
| ) | |
| CARL KOZAK, NURSE KIRA HARGAN, ) | |
| WARDEN TOM CARROLL, ) | |
| CORRECTIONAL MEDICAL ) | |
| SERVICES, MARK FORBES, ROBERT ) | |
| DURNAN, BETTY BURRIS, and CHRIS ) | |
| MALANEY, ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington this 28th day of July 2008, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. State defendants' motion for summary judgment is **denied** as to the exhaustion issue and **granted** in all other respects.  (D.I. 117)

2. Correctional Medical Services, Inc.'s motion for summary judgment is **denied** as to the exhaustion issue and **granted** in all other respects.  (D.I. 121)

3. Plaintiff's motion for extension of time to file response to motions for summary judgment is **denied** as **moot**.  (D.I.125)

4. At the close of the case the clerk of the court is directed to enter judgment in favor of defendants Tom Carroll, Correctional Medical Services, Mark Forbes, Robert Durnan, and Betty Burris, and against plaintiff.

_____
UNITED STATES DISTRICT JUDGE