IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LOU GARDEN PRICE, SR.,                 )
                                       )
          Plaintiff,                   )
                                       )
     v.                                ) Civ. No. 05-871-SLR
                                       )
CAROL KOZAK, NURSE KIRA                )
HARGAN, WARDEN TOM CARROLL,            )
CORRECTIONAL MEDICAL                   )
SERVICES, MARK FORBES, ROBERT          )
DURNAN, BETTY BURRIS, and CHRIS        )
MALANEY,                               )
                                       )
          Defendants.                  )

## SERVICE ORDER

At Wilmington this ᴵ⁴ᵗ day of July, 2008;

IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. Lt. Scott Taylor was dismissed as a defendant for failure to serve pursuant to Fed. R. Civ. P. 4(m). (D.I. 135) Plaintiff recently submitted a USM-285 for Lt. Scott Taylor. (D.I. 136) The clerk of the court is directed to **reinstate** Lt. Scott Taylor as a defendant. Plaintiff is placed on notice that there will be **no further amendments or additional extensions of time** to complete service.

3. The U.S. Marshal shall forthwith serve copies of the complaint (D.I. 2) and its amendments (D.I. 11, 13), the court's orders dated March 2, 2006, June 6, 2006, May 11, 2007, July 3, 2007 (D.I. 12, 15, 63, 66, 67), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon defendant Lt. Scott Taylor as identified in the 285 form.

4. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from defendant, the United States Marshal shall personally serve said defendant pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

5. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

6. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

UNITED STATES DISTRICT JUDGE